RECEIVED
APR 17 2026
PRO SE OFFICE
*rec in p drive from pro se dept on 4/24/26

"TRIAL BY JURY DEMANDED".
"A NON JURY TRIAL CASE".
@ COURT OF RECORD: FEDERAL COURT: @
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN NEW YORK 11210

(1)

MUHARREM BALKANLI
AGGRIEVED PLAINTIFF

against

ZENZO BETANCUR, CITY OF
NEW YORK ET AL.
WRONGDOER DEFENDANTS

→ NOTICE-AFFIDAVIT SWORN
AMENDED VERIFIED COMPLAINT

24 CV 7166 (AMD-CHK)

ACTION OF TRESPASS, FORGERY
ROBBERY, KIDNAPPING, VIOLATIONS
OF CONSTITUTIONAL RIGHTS US IN
COMMON LAW SUIT=BREACH OF
CONTRACT

TRIAL BY JURY DEMANDED - PRESERVED
U.S. CONST. AMENDEMENT 7 - "A NON JURY-TRIAL CASE"

1. Comes Now, the Aggrieved Plaintiff pro se Muharrem Balkanli being duly sworn, deposes and states verified claims of TRESPASS, BREACH OF CONTRACT, ROBBERY, FORGERY KIDNAPPING, UNLAWFUL IMPRISONMENT! VIOLATIONS OF U.S. CONSTITUTIONS AMENDEMENTS 2; 4 AND 8; AND 13 AND BREACH OF CONTRACT! US CONSTITUTIONS ARTICLE 4 SUBDIVISION SECTION TWO AND ARTICLE 6 SUPREMACY CLAUSE; OATH OF OFFICE TO UPHOLD THE CONSTITUTION OF US. AND SUBSEQUENT VIOLATION OF SUPREMACY CLAUSE THE PART WHERE IT STATES. "THE CONSTITUTION OR THE LAWS OF ANY STATE TO THE CONTRARY NOTWITHSTANDING." WITH CONTROVERSIAL INCOHERENT AMBIGIUS CONFLICT STATUTE OF PUBLIC LAW 265 INFRINGINGS RIGHT OF PEOPLE TO KEEP AND BEAR ARMS WHICH SHALL NOT HAVE BEEN INFRINGED. SEE AMENDEMENT 2ND

2.) MARBURY VS. MADISON 1803 US SUPREME COURT. "ANYTHING REPUGNANT TO CONSTITUTION is NOT LAW. NO JUDGEMENT, NO ARREST, DETENTION THEREOF is VALID OR LAWFUL OR LEGAL." REBUTTED 3695 TIMES OVER 223 YRS YEARS WHICH HAS BEEN NEVER OVERTURNED.

3- WRONGDOER DEFENDANT CITY OF NEW YORK, ADAPTED OFFICIAL POLICY AND CUSTOM OF CONTROVERSIAL VOID PUBLIC LAW OF NEW YORK STATE CPL-265 CRIMINAL POSSESSION OF WEAPON-LOADED FIREARM-AN ARMED OFFENSE IN CONTRORAV TO SECOND AMENDEMENT

②

IN CONFLICT WITH ARTICLE 6 SUPREMACY CLAUSE, WHICH INFRINGES, TRESPASSES, VIOLATES PEOPLE'S RIGHT TO KEEP AND BEAR ARMS." SEE MARBURY VS MADISON 1803 US SUPREME COURT. D.C (ID) ANYTHING IN LAW REPUGNANT TO US CONSTITUTIONS IS VOID, "THE LAWS OF ANYSTATE CONTRORAY (CONTRARY) IS NOTWITHSTANDING." (U.S. CONSTITUTIONS ARTICLE 6TH SUPREMACY CLAUSE)

4- PUBLIC LAW - STATUTE OF CPL 265 OF PERPETRATOR THE STATE OF NEWYORK, "WHICH IS NOT SOVEREIGN AS STATE IS BANKRUPT, GETS ITS FUNDING AND FINANCES FROM UNITED STATES, TO WHICH STATE OF NEW YORK CLAIM OF SOVEREIGNITY IS INVALID, AND ITS REPEALING OF SECOND AMENDEMENT, RIGHT OF PEOPLE TO KEEP AND BEAR ARMS SHALL NOT BE INFRINGED FROM ITS ORIGINAL NEWYORK CONSTITUTIONS OF 1706 WHICH BECAME THE US CONSTITUTIONS OF, AMENDEMENTS OF RIGHTS SIMILIAR 1846 CONSTITUTION OF NEW YORK, SUCH REPEALING TOOK PLACE IN 1938 IN NY CITY NULLIFIES THE LAW OF 265 OF PERPETRATOR NEW YORK STATE, BY CITY DEFENDANTS ADOPTING A POLICY, A CUSTOM VOID - UNCONSTITUTIONAL REPUGNANT - UNLAWFUL AND ILLEGAL PUBLIC LAW STATUTE CPL 265, CRIMINAL POSSESSION OF A WEAPON - LOADED FIREARM - AND ANARMED OFFENSE IN REPUGNANCY AND IN CONFLICT WITH ARTICLE 6 SUPREMACY CLAUSE, CONTRARY TO ARTICLE 4 SECTION 2 SUBDIVISION ONE. WHICH IF THE CITIZEN OF ONE STATE SHALL BE ENTITLED TO ALL THE PRIVILIGES AND IMMUNITIES OF CITIZENS OF ANOTHER STATES. WHERE AS PERPETRATOR NEWYORK STATE AND WRONGDOER DEFENDANT CITY OF NEWYORK ET AL

③

IS JOINTLY, AND INDIVIDUALLY LIABLE VICARIOUSLY AS PERPETRATOR-WRONGDOER-DEFENDANTS OPERATES, GOVERNS WITH VOID UNCONSTITUTIONAL-UNLAWFUL AND ILLEGAL INCOHERENT-AMBIGIOUS-REPUGNANT-NOTWIHSTA-NDING PUBLIC STATUTE-LAW OF 265 INFRINGING PEOPLE'S RIGHT UNDER SECOND AMENDENT SUBJECTING PEOPLE OF THIS STATE INTO TRESPASS, ROBBERY, KIDNAPPING, INTO UNLAWFUL AND ILLEGAL IMPRISONMENT WHICH IS INVOLUNTARY SERVITUDE AND SLAVERY UNDER 13TH AMENDEMENT AND IS A CRUEL AND UNUSUAL PUNISHMENT UNDER 8TH AMENDEMENTS OF FEDERAL CONSTITU-TION OF UNITED STATES AND INDEED A VIOLATION OF 14TH AMENDEMENT OF US CONSTITUTION, OF EQUAL PROTECTION OF LAW UNDER DUE PROCESS VIOLATION, UNDER THE COLOR OF LAW AND DEPRIVATION OF RIGHTS UNDER COLOR OF LAW OF 18 U.S.C SECTION 242, SECTION 243, 246 THERE BY MAKING WRONGDOER CITY DEFENDANTS, CRIMINAL COURT OF CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT AND PERPETRATOR NEW YORK STATE, QUEENS CRIMINAL SUPREME COURT LIABLE JOINTLY, INDIVIDUALLY AS THEY OPERATE POLICIES VOID CUSTOMS TOGETHER.

④ PAGE                                                                    ④

5-) WHEN THE CONSTITUTIONS OF UNITED STATES SECOND AMENDEMENT, FOURTH AMENDEMENTS AND ARTICLE 6, SUPREMACY CLAUSE AND ARTICLE 4 SECTION TWO SUBDIVISION PARAGRAPH ONE WHICH NULLIFIES THIS VOID CONTROVERSIAL UNLAWFUL AND ILLEGAL INCOHERENT AMBIGIUS REPUGNANT NOTWITSTANDING PUBLIC LAW I65 BECOMES A FORGED STATUTE, A FORGERY. ANY INSTRUMENT ISSUED BY THE WRONGDOER DEFENDANT CITY OF NEW YORK AND ITS AGENCIES OR EMPLOYEES OR PERPETRATOR NEW YORK STATE BECOMES FORGERY, IF USED TOGETHER WITH AUTHORITYES DURING A STOP, SEARCH AN SEIZURE, SUCH IS TRESPASS; ROBBERY IF PROPERTY TAKEN; KIDNAPPING, UNLAWFUL ILLEGAL IMPRISONMENT; INVOLUNTARY SERVITUDE AND SLAVERY, UNUSUAL CRUEL PUNISMENT AND VIOLATIONS OF FEDERAL CONSTITUTIONS AND RIGHTS UNDER US CONSTITUTIONS AS WELL AS BREACH OF CONTRACT BREACH OF OATH OF OFFICE OF ITS AGENTS WHICH ITS AGENTS HAVE DUTY AND OBLIGATION TO UPHOLD THE US CONSTITUTIONS AND IS A BREACH OF CONTRACT WITH US GOVERMENT.

6:) PERPETRATOR NEW YORK STATE CAN BE PRIMARYLY SUED IN CLAIMS COURT OF NEW YORK STATE, FIRST. RULE OF LAW REQUIRES THAT ALL CLAIMS (16 VERIFIED CLAIMS) AGAINST NEW YORK STATE MUST BE TRIED IN CLAIMS COURTS OF NEW YORK. THEREAFTER INDIVIDUALLY IN FEDERAL COURTS FOR VIOLATIONS OF US CONSTITUTION

⑤

7-) 16 VERIFIED CLAIMS OF INJURY AND PROPERTY WAS FILED WRONGDOER CITY OF NY DEFENDANT'S AGENCY KNOWN AS NYC COMPTROLLERS OFFICE VIA CERTIFIED MAIL R.R.R. FROM NOTORIUS RIKERS ISLAND - CITY JAIL LAW LIBRARY.

8-) A VERIFIED CLAIM OF TRESPASS, FORGERY AND ROBBERY, BREACH OF CONTRACT, KIDNAPPING AND UNLAWFUL IMPRISONMENT WAS FILED ALONG COP. 73 PAGES OF 16 VERIFIED CLAIMS AS EVIDENCE TO THE CLAIMS COURT OF NEW YORK STATE AS WITH THE NOTICE OF INTENT TO PROCEED AS POOR PERSON AFFIDAVIT TO WAIVE THE FEES AND COST WHICH WAS GRANTED.

9-) CLAIM No#142 059 . MOVED BEFORE SINGLE JUDGE; MARVIN, WHO ADAMANTLY DISMISSED THE 16 VERIFIED CLAIMS WHICH INDICATES TIME DATE PLACE OF TRESPASS AND INJURY INCURRED BASIS OF INEFFECTIVE SERVICE OF VERIFIED CLAIM, WHEN JUDGE KNEW HE COULD NOT DO SO. AS NOTICE TO PRINCIPAL IS NOTICE TO ITS AGENCIES AND ITS AGENTS, SO SERVICE TO ITS AGENTS OR AGENCIES IS SERVICE TO PRINCIPAL. (IN LAW AND IN LEGAL SYSTEMS) - AFFIDAVIT OF SERVICE WAS ATTACHED AND POOR PERSON APPLICATION WAS GRANTED TO WAIVE THE COSTS AND FEES. WHICH THE CLAIM COURT ALSO LIABLE TO SERVE THE SUMMON AND CLAIM VIA SHERIFFS OFFICE.

(6)

10-) AMENDEMENT 7 OF US CONSTITUTION AND NY CONSTITUTION 1 and OTHER NY CONSTITUTION GIVES RIGHT TO PROCEED IN COMMON LAW TO FRONT OF TRIBUNAL OF PANEL OF JUROR OF PEERS OF TWELVE (12) WHICH THE AGGRIVED PLAINTIFF PROSE; PROPIO PERSONAM PRESERVE AND RESERVE ALL RIGHTS RESERVED AT ALL TIMES WHATSOEVER WHEREEVER I GO. MY RIGHTS STAY IN TACT AT ALL TIMES. TRIAL BY JURY IS DEMANDED-PRESERVED. AGGRIEVED PLAINTIFF PROSE MOVES THE VEFIED CLAIMS BEFORE THE TRIBUNAL PANEL OF JUROR OF MY PEERS AS TO WHOM HAS THE LAWFUL RIGHT TO ADMINISTER AND TO DEMONSTRATE MY PROPERTY (PROHIBITED TO ALL OTHERS ITS EXCLUSIVE USE AND ENJOYMENT) SEE AMENDEMENT 7TH US CONSTITUTION WHERE IT DECLARES " IN SUITS AT COMMON LAW, WHERE THE VALUE IN CONTROVERSY SHALL EXCEED TWENTY (20) DOLLARS, THE RIGHT OF TRIAL BY JURY AND NO FACT [ALL ISSUES] TRIED BY A JURY [TRIAL BY JURY OF PEERS, NOT A JURY TRIAL-BENCH TRIAL-A JUDGE TRIAL) SHALL BE OTHERWISE REEXAMINED IN ANY COURT OF UNITED STATES, THAN ACCORDING TO THE RULES OR COMMON LAW (CONSTITUTIONAL LAW NYS CONSTITUTION) ARTICLE 1 RIGHTS STATES NO MEMBER OF THIS STATE SHALL BE DISFRANCHISED, UNLESS BY DUE PROCESS OR BY THE JUDGEMENT OF PEERS (TRIAL BY JURY)

④

11-) WHEN A VERIFIED CLAIM OF TRESPASS AND FORGERY WAS FILED TO THE COURT OF CLAIMS, ALONG WITH NOTICE OF INTENT TO PROCEED AS POOR PERSON-FORMA PAPERIUS TO WAIVE THE COST AND FEES (PLURAL) THE COURT OF CLAIMS OF NEW YORK WAS IN DUTY AND OBLIGATION TO PERSONALLY SERVE THE VERIFIED CLAIM TO ITS ATTORNEY GENERAL OF NEW YORK STATE BY COUNTY SHERIFF AS FEDERAL DISTRICT COURTS ADAPTED CUSTOM RULE OF LAW! WHEN AN ACTION FILED AS FORMA PAPERIUS; THE DISTRICT COURTS AUTOMATICLALY ORDERS US MARSHALS TO SERVE THE SUMMON AND COMPLAINT, INCLUDING AMENDED COMPLAINTS WHICH MEANS THIS AMENDED VERIFIED COMPLAINT.

12- SUFFICE TO SAY AND STATE IN COURTS THAT PERSONAL SERVICE MEANS SERVICE OF SUMMONS BY MEANS OF USPS MAIL AGENTS, BY ATTACHING AFFIDAVIT OF SERVICE SWORN BY NOTARY IN A NOTORIUS JAIL-CITY DEFENDANTS MAIL BOX WHERE ALL MAIL IS SUBJECT TO INSPECTION BY CITY DEFENDANT-JAIL CORRECTION-MAIL OFFICERS IS FAR ENOUGH.

13-) CITY DEFENDANTS NOTORIUS JAIL-LAW LIBRARY ONLY ALLOWS ONE CERTIFIED MAIL WITH R.R.R RETURN RECEIPT REQUESTED. INMATES PROHIBITED AND PRECLUDED FROM MAILING CERTIFIED MAIL RRR FROM MORE THEN ONE EXCLUSIVELY.

14-) CITY DEFENDANTS (PERPETRATOR'S AGENT; SUBDIVISION COMPTROLLING OFFICE ALL PROPERTY INJURY AND CLAIMS TO BE FILED CERTIFIED MAIL RRR AND NOTARIZED WHICH AGGRIEVED FILED 16 CLAIMS BY MEANS

14-) WHEN ONE OFFICIAL EMPLOYEE OR AGENT DOESN'T MATTER WHAT HIS POSITION IN GOVERMENT ACTING OUT OF HIS OR HER OATH OF OFFICE HE OR SHE IS LIABILITY (LIABLE) AS <u>HE OR SHE KNOWS AND HAS REASONS TO KNOW THAT HE OR SHE IS IN ERROR</u>, IN BREACH OF HER OATH <u>To UPHOLD THE CONSTITUTIONS OF UNITED STATES AND NEW YORK CONSTITUTIONS</u>, SHE OR HE HAS NO JUDICIAL OR PROSECUTIONAL IMMUNITY BECAUSE OF HE OR SHE HAS REASONS TO BELEVE THAT HE OR SHE IS VIOLATING CONSTITUTION BY PROCEEDING TO PROSECUTION OF DEFECTIVE STATUE PUBLIC LAW. (PL 265 AND PL 730)

15-) NY CONSTITUTIONS + US CONSTITUTIONS REQUIRE THAT ALL ISSUES AND FACTS TRIED BY JURY — TRIBUNAL PANEL OF JUROR OF JUDGES OF PEERS.

16- NY CONSTITUTION THE CRIMINAL DEFENDANTS MUST <u>CONSENT</u> TO SINGLE JUDGE WHILH IS CALLED <u>JURY-TRIAL OR BENCH TRIAL</u> OR <u>JUDGE TRIAL</u> IN <u>WRITTEN FORM</u> BUT THIS PART IS <u>DISREGARDED</u> BY <u>PUBLIC</u> DEFENDERS AND ATTORNEYS AS THEY FAIL TO INFORM THEIR UNEDUCATED CLIENTS OR UNEDUCATED DEFENDANTS

17-) PRIOR TO 1938, CITY OF NEW YORK AND ALL COUNTIES, COUNTY COURTS, JUDICIAL BENCH TRIAL COURTS WHICH A MAGISTRATE JUDGE PRESIDED OVER, DISTRICT AND COUNTY JUDGE TO ENSURE COMMON LAW AND CONSTITUTIONAL LAW

OF NEW YORK STATE WAS PERFORMED, WHICH THE DEFENDENT AND PLAINTIFF WHO BROUGHT THE ACTION RESERVE AND PRESERVE TRIAL BY JURY OF 12; SUCH RIGHT WAS A COMMON LAW AND CONSTITUTIONAL RIGHT.

18-) COLONIAL COURTS OF CANADA, AUSTRALIA IRELAND, SOUTH AFRICA, NEW ZEALAND, INDIA HAS THIS THREE JUDGE COURTS.

19-) TURKISH COURTS TO THIS DATE ENGAGES IN SAME SYSTEM; DEFENDANTS AND PLAINTIFF "SINGLE PERSONS" RESERVE AND PRESERVE TO BRING THEIR SIDE OF CASES; VERIFIED CLAIMS OR COMPLAINTS VIVA VOCHE, INFRONT OF 12 - TRIAL BY JURY WHICH CAN NOT BE AVOIDED :- (WAIVED BY CONSENT:B4 JURY PANEL.)

20-) THIS AMENDED VERIFIED COMPLAINT ITS CONTAINS WILL BE USED IN MY MOTION TO RECONSIDER WHICH WILL BE FILED TO PERPETRATOR NEW YORK STATE' COURT OF CLAIMS; JUDGE MARNIN'S COURT WHO EGREGIOUSLY DISMISSED MY VERIFIED CLAIM BASIS ON INEFFECTIVE SERVICE AGAINST THE NEW YORK STATE WHAT (NOT A WHO) IS LIABLE JOINTLY AND INDIVIDUALY FOR THE DEFECTIVE PUBLIC LAW OF 265 AND THE ACTION OF TRESPACS, BREACH OF CONTRACT; ROBBERY; KID- NAPPING, UNLAWFUL IMPRISONMENT AND ALL OTHER ... AS IS AS UNUSUAL CRUEL PUNISHMENT

(10)

21-) THE QUESTION IS NOT THE QUESTION UNLEESS; OF COURSE I A MAN (AMEN) PLAINTIFF AGGRIEVED PRO SE; PROPIO PERSONAM SHALL SAITH (SAY+STATE) THAT THIS INDEED IS THE QUESTION: (IGNORANTIA JURIS NUMINEM EXCUSAT;) THE QUESTION IS IGNORANCE TO LAW IS NOT SUFFICIENT ENOUGH TO AVOID THE CONSEQUENCES OF REPERCUSSIONS. THE ONE WHO BRINGS CONTROVERSY MUST HOLD LIABILITY AS THE ONE WHO HOLDS LIABILITY MUST AFFORD REDEMPTION. LAWS OF MAXIM AND EQUITY

22.) I A MAN (AMEN-AMIN) AGGRIEVED PLAINTIFF PROSE AM VERY AWARE OF MY RIGHTS; ALL OF IT; RESERVED AND PRESERVED IT AT ALL TIMES WAIVE; NONE WHATSOEVER; MY RIGHTS STAY IN TACT AT ALLTIMES WHEREVER I GO. ITS WHY I AGGRIEVED A MAN SIGNED PLEA AGRREMENT "WHERE I WAS FORCED TO TAKE A PLEA, "UNDER DURESS". SIGNED AS "ALLRIGHTS" "RESERVED" AS A DEFENDANT WHICH IS "NON ASSUMPSIT". IN COURTS AS SUPPOSEDLY PLEA AGGREMENT WAS WAVING; MY RIGHT TO APPEAL THE CRIMINAL CONVICTION OF VOID-UNCONSTITUTIONAL-UNLAWFUL ILLEGAL REPUGNANT INFRINGING PUBLIC LAW OF 265.

23-) THERE IS NO IMMUNITY WHEN THEY"
ALL ACTED OUT OF THEIR OATH OF OFFICE
IN CONFLICT. THE PERPETRATORS AND ITS AGENTS
PRODUCED, PROGLAMATED AND CHOSE TO PROCEED
IN PROSECUTION; IN WHICH THEY ALL ARE LIABLE
JOINTLY, INDIVIDUALLY AS THEY CONTINUED
To PROSECUTE ME; SUBJECTING ME TO UNUSUAL
CRUEL PUNISHMENT.
      IN COOPER VS. AARON 1958 US SUPREME
COURT DC DECIDED "NO JUDICIAL OFFICER
VIOLATE THE CONSTITUTIONS WITHOUT BREACHING
VIOLATING HIS OR HER OATH OF OFFICE.
24-) THEY ALL ACTED OUT OF THEIR OATH
OF OFFICE WITHOUT ANY IMMUNITY THEREOF
VIOLATING CONSTITUTIONS OF UNITED
STATES AND CONSTITUTIONS OF NEW YORK
INCLUDING: BY RACKEETERING WHICH WITH
DEFECTIVE-VOID PUBLIC LAW OF 265 AS THE
PERPETRATOR-CITY DEFENDANT AND ITS AGENTS
EMPLOYEES ACTED AS JUDGING AUTHORITY
WHEN THE JOINT DEFENDANTS HAS REASON
To BELEIVE AND EDUCATED "IN LAW" AND "IN LEGAL"
THAT THIS A DEFECTIVE-VOID-UNCONSTITUTIONAL
STATUTE OF PUBLIC LAW THAT IS INFRINGING
WITH RIGHTS OF PEOPLE AND "IN CONFLICT"
WITH SUPREMACY CLAUSE: A VOID POLICY-VOID:
:CUSTOM; "MALIS OPERANDIS MODIS"

(12)

25-) THE QUESTION IS NOT THE QUESTION UNLESS OF COURSE; I "A MAN" (AMEN-AMIN) AGGRIEVED PROSE PLAINTIFF; PROPIA PERSONAM SHALL SAITH THAT THIS IS THE QUESTION;

INDEED IT IS EMPATICALLY OF THE PROVINCE DUTY AND OBLIGATION OF THE JUDICIAL DEPARTMENT OF BALKANLI'S COURT OF RECORD; WHERE THE TRIBUNAL AGGRIEVED CLAIMANT PLAINTIFF; (JUDGE-JUDGING-PROSECUTING MY CLAIM VERIFIED); THE DISTRICT COURT JUDGES! CLERKS MAY CALL IT COMPLAINT; IN COMMON LAW AND IN CONSTITUTIONAL LAW IT IS A VERIFIED CLAIM; AS CLAIMS OF INJURY-TORT HAPPENED; I AM NOT COMPLAINING I AM CLAIMING INJURY % (001) TO STATE FOR THE RECORD WHAT THE LAW IS...

THOSE APPLY RULE OF LAW TO PARTICULAR CASES; MUST OF NECESSITY EXPOUND AND INTERPRET THE RULE OF LAW;'

HERE IN BALKANLI'S COURT IF TWO LAWS CONFLICT WITH EACH OTHER; ONE AND TWO; VICE A VERSA; WHICH ONE OF THESE; WHETHER STATUTORY PUBLIC LAW ACT OR CONSTITUTION YIELD IS THE QUESTION OF LAW "THE PRECISE ISSUE" IS THE BALKANLI'S COURTS TRIBUNALS MUST DECIDE ON THE OPERATION OF EACH; THE COURT MUST DECIDE AND DETERMINE WHICH ONE OF THESE RULES GOVERN THE CASE.

THIS IS OF VERY ESSENCE OF JUDICIAL DUTY AND OBLIGATION AS: STATUTORY ACT: : PUBLIC LAW: MUST YIELD ⇒ TO CONSTITUTION OF US.

"AS CLEARLY AND CONSPICIOUSLY AND AS THE (13) "PRIMARY WORD" THAT "ARTICLE 6 SUPREMACY CLAUSE" PARAGRAPH STARTS WITH "THE CONSTITUTION(1ST)" AND SECOND (2ND) FEDERAL STATUTORY ACTS TOGETHERWITH BEING SUPREME LAW OF LAND. IT CONTINUES AS: "THE CONSTITUTION OR LAWS OF ANY STATE [CONTRARY] NOTWITHSTANDING." "SEE MARBURY VS. MADISON 1803 US SUPREME COURT, DC" "THE HIGHEST COURT OF UNITED STATES" WHERE COURT OF SUPREME DC IN 1803 DECLARED "ANYTHING IN LAW OR IN LEGAL REPUGNANT TO CONSTITUTION OF UNITED STATES IS VOID AND NULL AB INITIO, NUNC PRO TUNC, NOW FROM THEN FROM ITS BEGINNING. THIS APPLIES TO COMMON LAW ALSO, IF COMMON LAW IS REPUGNANT TO CONSTITUTION, VOID IT IS: "NO JUDGEMENT, NO ACCUSATION NO REPOSSESSION, NO DETENTION is VALID, LAWFUL OR LEGAL THEREOF. IS THE RULE OF LAW."

THE LANDMARK CASE OF MARBURY VS. MADISON WAS REBUTTED 3695 TIMES OVER 223 YEARS BY BAR ASSOCIATION MEMBERS ATTORNEYS AND HAS NEVER BEEN OVERTURNED BY US SUPREME COURT—HIGHEST COURT OF USA AND KING'S COURT (LORD'S COURT) OF ENGLAND

(14)

26-) RULE OF LAW MUST APPLY TO THE STATUTE PUBLIC LAW OF ORDINANCE ; POLICY; CUSTOM) CONFLICT WITH THE CONSTITUTION OF US AND NY THEREFORE VOID, THE ACT WAS HOLD TO BE UNCONSTITIONAL . (SEE PEOPLE VS. SPRING VALLEY ; SEE ALSO PEOPLE VS. SCHILDHAUSE) AND WHEREAS NULL...

27-) A STATE IN UNION; UNDER US GOVERNMENT CAN HAVE NO PUBLIC POLICY; LAW OR ORDINANCE OR STATUTORY PUBLIC ACT: EXCEPT WHAT IT IS TO BE FOUND: "IN ITS CONSTITUTION: AND LAWS WHICH MAY NOT BE REPUGNANT; CONTRORAY TO THE CONSTITUTIONS OF UNITED STATES; THAT THE STATE INCORPORATED UNDER . (SEE HOLLIS VS. DREW THEOLOGICAL SEMINARY 95 N.Y. 166) AND (SEE CROSS VS. U.S TRUST CO., 139 N.Y. 343) (SEE ALSO DAMMERT VS. OSBORN 140 N.Y. 40) (SEE ALSO PEOPLE VS. HAWKINS 157 N.Y. 1).

28-) "MAKING IT CYRISTAL CLEAR"; IT IS FURTHER ARGUED (CLEARIFICATION) THAT THE CONSTITUTION OF THIS STATE AND U.S. VIOLATED WHEN IT PROVIDES; (SEE EXHIBIT A7 PRIVATE PROPERTY)(4T-US-A VIOLATION:):
"NO PERSON SHALL BE DEPRIVED OF LIFE, LIBERTY AND PROPERTY WITHOUT THE "DUE PROCESS OF LAW, NOR SHALL BE DEPRIVED OF PROPERTY, NOR PRIVATE PROPERTY BE TAKEN FOR PUBLIC USE WITHOUT JUST COMPENSATION. SEE NYS CONSTITUTION ARTICLE 1 SECTION 6 AND 14 AMENDEMENT EQUAL PROTECTION (SEE PEOPLE EX. RELATOR BOLTON VS. ALBERTSON 55 N.Y. 50)

(15)

29-) A STATUTORY ACT WHICH HAS RECEIVED LEGISLATIVE ENACTMENT EVADING TERMS AND FRUSTRATING THE GENERAL AND CLEARLY EXPRESSED OR NECESSARILY IMPLIED PURPOSES OF THE CONSTITUTION IS CLEARLY NULL AND VOID; AS IF EXPRESS TERMS FORBIDDEN WITH SUCH A MERE COLORABLE CHANGE WILL HOLD THE ACT VOID; UNLESS THE CHANGE IS REAL AND SUBSTENTIAL IN ITS FORM, TO THE EXTENT THE ACT WAS UNCONSTITUTIONAL AND VOID.

AS INDEED THE ACT IN ITSELF AS CHARACTER OF ITS ELEMENT INCOHERANT (AMBIGIOUS) IN ITS OPERATION IS UNCONSTITUTIONAL AND VOID.
(See PEOPLE Vs. Draper 15 N.Y. 532)
(See PEOPLE vs. Sheperd 36 N.Y. 285)
(See State Vs. Ohio ~~~~Comrs, Perry Co. 5 OHIO; ST 497)

WHERE PROVISIONS DECLARED UNCONSTITIONAL.
30-) RULE OF LAW IS "REPUGNANT TO CONSTITUTION VOID".
NYS CONSTITUTION ARTICLE 14 STATES - IN THE SAID COLONY OF NEW YORK COMMON LAW SHALL BE LAW OF LAND; TOGETHER WITH STATUTORY ACT REPUGNANT PARTS OF COMMON LAW IS HEREBY ABROGATED.
(SEE RATHBONE Vs. WIRTH 6 AD 277)
(SEE PEOPLE RELATOR BOLTON Vs. ALBERTSON 55 V.50)
(SEE SHULTZ Vs. STATE NY 108 AD 858)
(SEE RODMAN Vs. MUNSON 13 BARB 63)
(SEE CENTRAL SAV. BANK Vs. NEW YORK 280 N.Y. 9)
(SEE PEOPLE Vs. TOYNBEE 20 BARB 168)
(SEE MILN Vs. NEW YORK 11 PETERS )
(SEE AUSTIN Vs. STATE 139 )
(SEE MOOT Vs. MOOT 164 AD 525 / 10 MISC 104)
(SEE BARKER Vs. PEOPLE JOHNS )
(SEE PEOPLE VS HAWKINS 457 / 10 MISC 65 )

33-): IGNORANCE TO LAW IS NOT AN ⑰ EXCUSE. BE IT THE CAUSE! BECAUSE I A MAN (AMEN) AGGRIEVED PLAINTIFF (DEFENDANT IN THEIR PROCEEDINGS OF LAW OF HIGH SEAS) IN UNKNOWN JURISDICTION! WITH UNKNOWN ETHICS OF UNKNOWN LAW OF CITY COURTS HEREAFTER, COLLECTIVELY NAMED "PIRATE COURTS" AM AWARE OF ALL OF MY RIGHTS AND KNOW THE COMMON LAW! AND ALL OTHER LAWS MARITIME, ADMIRALTY, COMMERCIAL, NAVAL AND CONSTITUTIONAL LAW AND FEDERAL AND STATE LAW WAS CALLED IN "PIRATE COURTS" AS (:ID1:) "SOVEREIGN CITIZEN": THESE TWO TERMS DOES NOT GO "TOGETHER. CITIZEN IS "A" "SUBJECT" OF "CITIZENSHIP" CITIZEN — SHIP. IS A MEMBER OF SHIP; A SUBJECT." WHILE "SOVEREIGN IS INDEPENDENT, INSTANT SAMPLE LORD ALMIGHTY IS SOVEREIGN. UNITED STATES IS SOVEREIGN.

34-) BOTH OF THE CASES! FROM 01-12-2022 AND PRIOR WAS DISMISSED UNDER PROVISIONS OF ANOTHER VOID-UNCONSTITUTIONAL, CONTRA-VERSIAL INCOHERANT PUBLIC ACT OF 730. BE IT THE CAUSE! I AGGRIEVED DID NOT PLAY ACTOR OF DEFENDANT, SUPPOSEDLY I WAS FOUND MENTALLY INCAPABLE. (VOID STATUE) CPL 730 IS VOID AND UNCONSTITUTIONAL "BOX STROM VS. HEROLD 383 U.S. 107"

(18)

35-) CPL 730 KNOWN AS PUBLIC STATUTORY ACT PL.730 VOID AND UNCONSTITUTIONAL
CPL 730 IS REPUGNANT TO US CONSTITUTION IS THEREBY VOID AND UNCONSTITUTIONAL! CONTROVERSIAL! VIOLATING PRISONER'S EQUAL PROTECTION RIGHTS UNDER 14TH AMENDEMENT EQUAL PROTECTION-DUE PROCESS CLAUSE AND UNDER DUE PROCESS OF COLOR OF LAW BY PERMITTING "JURY TRIAL - BENCH TRIAL-JUDGE TRIAL" ON THE ISSUE. (ARTICLE 6TH-SUPREMACY CLAUSE:) "BOXSTROM VS. HEROLD 383 U.S. 707

AGGRIEVED PLAINTIFF STRONGLY BELEIVES,' I THE AGGRIEVED HAVE RIGHTS UNDER "4TH AMENDEMENT" INCLUDING "MY BODY."(:MY MIND:) WHICH :IS" :MY PROPERTY: PROHIBITED TO ALL OTHERS! ITS EXCLUSIVE USE AND ENJOYMENT BELONGS TO "ME! ORIGINAL" COMPETENT JURIS- DICTION AS I AGGRIEVED PLAINTIFF HAVE "RIGHTS TO BE SECURE". IN "MY PROPERTY"..
36-) INVOLUNTARY CIVIL COMMITMENT IS MASSIVE CURTAILMENT OF LIBERTY.
(SEE VITCK VS. JONES 445 US 480-1980 Year) (SEE PROJECT RELEASE Vs. PREVOST 722 F2D 966,971) 37-) THERE CAN BE NO DOUBT THAT INVOLUNTARY COMMITMENT TO MENTAL HOSPITAL LIKE INVOLUNTARY COMMITMENT OF INDIVIDUAL FOR ANY REASON IS DEPRIVATION OF LIBERTY WHICH STATE CAN NOT ACCOMPLISH WITHOUT THE DUE PROCESS OF LAW. (SEE SAVASTANO VS. NURNBERG 77 NY2D 300) SEE HUMPREY VS. CADY 405 US 504).

(14)

38-) IT CAN NOT BE ADMINISTERED WITHOUT DUE PROCESS.
[ SEE RODRIGUEZ VS. CITY OF NEW YORK 72 F 3D 1051 ]
[ SEE PEOPLE EX RELATOR DELIA VS. MUNSEY 26 N.Y. 3D 124 YEAR 2015 )
[ SEE O'CONNOR VS. DONALDSON 422 US 563,579 YEAR-1975 ]

39.) CAUSE OF ACTION ACCRUED AND OCCURED BY WAY OF TRESPASS; WITH UNLAWFUL AND ILLEGAL SEARCH AND SEIZURE UNSUPPORTED BY AN OATH AND AFFIRMATION (AFFIDAVIT SWORN BEFORE PUBLIC NOTARY) BY WRONGDOER DEFENDANT RENZO BETANCUR; ON THE INTERSECTION (SE) SOUTHEAST (SE) OF 35TH STREET AND 21ST AVENUE, COUNTY OF QUEENS ON DECEMBER 31ST, 2023 ABOUT 16.30 HRS AND 16:40 MT-EASTERN BASED ON 911 CALLER, HE CONDUCTED UNLAWFUL AND ILLEGAL STOP AND SEARCH; AND SEIZURE OF MY TRUCK WHILE I WAS TRAVELLING TO MY OTHER TRUCK'S LOCATION; TRESPASSED UPON ME AND MY PERSON; IN VIOLATION OF MY 4TH AMENDEMENT RIGHT OF US CONSTITUTION WHEREAS IT DECLARES;" THE RIGHT OF PEOPLE TO BE SECURE IN THEIR PERSONS, HOUSES, PAPERS AND EFFECTS (PROPERTY) AGAINST UNREASONABLE SEARCHES AND SEIZURES, SHALL NOT BE VIOLATED, AND NO WARRANTS SHALL ISSUE, BUT UPON PROBABLE CAUSE,

(20)

SUPPORTED BY OATH AND AFFIRMATION, AND PARTICULARLY DESCRIBING THE PLACE TO BE SEARCHED, AND THE PERSONS OR THINGS TO BE SEIZED".

WRONGDOER DEFENDANT RENZO BETANCUR KNEW, HAD REASON TO BELEIVE, AS DEFENDANT WRONGDOER HAS AN OATH OF OFFICE TO UPHOLD THE CONSTITUTIONS OF US AND NY; WHICH BINDS HIM DID VIOLATE, BREACHED HIS OATH, CONDUCTED "A WARRANTLESS STOP," AN "UNLAWFUL" AND "ILL-LEGAL" SEARCH AND SEIZURE, WITHOUT ANY ~~OATH~~ SUPPORTING OATH AND AFFIRMATION (AFFIDAVIT SWORN ~~BEFORE~~ PUBLIC NOTARY OR JUDGE ORDER OF SEARCH WARRANT) DID TRESPASS UPON ME BY WAY OF ROBBERY; KIDNAPPING; IN VIOLATIONS OF MULTIPLE CONSTITUTIONS OF US AND NY CONSTITUTIONS. SUBJECTED ME UNLAWFUL IMPRISONMENT UNUSUAL CRUEL PUNISMENT, AN INVOLUNTARY SERVITUDE AND SLAVERY, NEVER READ ME MY RIGHTS (SEE EXHIBIT A - "FORGED INSTRUMENT) (SEE MAPP VS. OHIO LANDMARK US CASE) UNDER MIRANDA. (SEE MIRANDA VS. ARIZONA LANDMARK US CASE) THE UNLAWFUL ILLEGAL WARRANTLESS STOP, SEARCH AND SEIZURE WAS AT GUNS DRAWN-COCKED IN READY TO SHOOT, I WAS ORDERED EXIT MY TRUCK HANDS UP OR ELSE! THE DEFENDANTS WERE GOING TO SHOOT ME!

(21)

40-) CAUSE OF ACTION ACCRUED AND DID OCCUR ON OR ABOUT 16:40 LATER ON DECEMBER 31ST, 2023 AT 114 PRECINT OF NYPD BY WAY TRESPASS AND FORGERY VIA FORGED INSTRUMENT KNOWN AS CHARGING INSTRUMENT, NOT SIGNED NOR SWORN BY PUBLIC NOTARY, WHEREIN WRONGDOER DEFENDANT ADMITS TRESPASS! FORGERY! ROBBERY! KIDNAPPING ME AND MY PERSON; IN BREACH OF HIS OATH OF OFFICE IN VIOLATION OF MY CONSTITUTIONAL RIGHTS UNDER U.S. AND NY; WITH CONTROVERSIAL UNCONSTITUTIONAL VOID-REPUGNANT INCOHERANT PL.265. STATUTORY ACT OF PERPETRATOR NEW YORK STATE WHAT IS LIABLE JOINTLY INDIVIDUALLY VICARIOUSLY AS DEFENDANT WRONG DOER ADAPTED A POLICY, CUSTOM INFRINGING PEOPLES RIGHT TO KEEP AND BEAR ARMS, A POLICY, CUSTOM OF "WARRANT-LESS" STOPS AND SEARCH AND SEIZURE WHICH VIOLATES 4TH AMENDEMENT OF CONSTITUTION OF UNITED STATES; SUBJECTING PEOPLE TO UNLAWFUL IMPRISONMENT AND UNUSUAL CRUEL PUNISHMENT UNDER 8TH AMENDEMENT; TRANSFERING INVOLUNTARY SERVITUDE AND SLAVERY INTO CRIMINAL COURT OF CITY OF NEW YORK, AND THEN TO NYC DEPARTMENT OF CORRECTION NOTORIUS RIKERS ISLAND CITY JAIL BY VIOLATING 13TH

AMENDEMENT OF CONSTITUTIONS OF US AND DEPRIVATION OF RIGHT UNDER COLOR OF LAW EQUAL PROTECTION-DUE PROCESS CLAUSE OF 14TH AMENDEMENT AND DEPRIVATION OF RIGHTS UNDER ARTICLE 1 SECTION 1 AND ARTICLE 1 SECTION 6 OF NEW YORK CONSTITUTIONS WHEREAS DECLARES,

"NO MEMBER OF THIS STATE SHALL BE DISFRANCHISED UNLESS BY THE "DUE PROCESS" OR BY THE JUDGMENT OF HIS PEERS" (TRIAL BY JURY PANEL) SEE ARTICLE 1 SECTION 1 NYS CONSTITUTION)

"NO PERSON SHALL BE DEPRIVED LIFE, LIBERTY PROPERTY WITHOUT "DUE PROCESS", NOR PRIVATE PROPERTY BE TAKEN WITHOUT JUST COMPENSATION SEE NYS CONSTITUTION ARTICLE 1 SECTION 6

41-) WRONGDOER DEFENDANT CITY OF NEWYORK IS IN CONTROL AND IN CHARGE OF ITS POLICE DEPART MENT AND CRIMINAL COURTS OF CITY OF NEW YORK AND NEWYORK CITY DEPARTMENT OF CORRECTION. ON DAILY BASIS UPGRADE POLICIES AND CUSTOMS OF THESE DEPARTMENTS AND MAINTAIN DATABASE THAT TRAINS THESE DEPARTMENTS. WRONGDOER DEFENDANT CITY OF NEW YORK IS LIABLE, WHEN OFFICERS OF THESE DEPART MENTS FOLLOWS A POLICY CUSTOM OF "WARRANTLESS" STOPS, UNREASONABLE "UNLAWFUL ILLEGAL" SEARCHES AND SEIZURES WITHOUT SUPPORTING OATHS AND AFFIRMATIONS SUBJECTING PEOPLE TO UNLAWFULL IMPRISONMENT AND SUBJECTING PEOPLE INTO MALICIOUS PROSECUTION IS AN OBVIOUS MANNER OF MODIS OPERANDIS WHEREBY WRONGDOER DEFENDANT CITY OF NEWYORK JOINTLY AND INDIVIDUALLY LIABLE VICARIOUSLY AS THE

WRONGDOER DEFENDANT CITY OF NEW YORK OPERATED IN MODIS OPERANDIS CUSTOM POLICY THAT VIOLATES THE CONSTITUTIONS OF UNITED STATES AND CONSTITUTIONS OF NEW YORK STATE BY ADAPTING CONTROVERSIAL VOID UNCONSTITUTIONAL INCOHERANT PUBLIC LAW OF 265 AND PUBLIC LAW OF 730, AS GOVERNING AGENCY IN A UNKNOWN JURISDICTION OF UNKNOWN LAW OF HIGHSEAS WHICH RESEMBLES "PIRACY" (TERRORIST-TREASON OR PIRATE-ZONE) (HIGH SEAS) 42-) PARTICULARLY CITY OF NEW YORK WRONGDOER DEFENDANTS AND ITS POLICE DEPARTMENT AND ITS EMPLOYEES, HERE WRONGDOER DEFENDANT RENZO BETANCUR, PROSECUTED PLAINTIFF AGGRIEVED WITH FORGED INSTRUMENT (CHARGING DOCUMENT) SEE EXHIBIT A ) PROCESSED IN MALICIOUS PROSECUTION IN CRIMINAL COURT OF CITY OF NEW YORK, UNSIGNED-UNNOTARIZED FORGED DOCUMENT INFRINGING PLAINTIFF AGGRIEVED RIGHTS BY WAY OF FORGERY, TRESPASS ROBBERY AND KIDNAPPING; UPON WARRANTLESS STOP, "A UNLAWFULL-ILLEGEL" SEARCH AND SEIZURE WITHOUT ANY OATH AND AFFIRMATION BY NOTARY OR BY THE ORDER OF STATE COURT SIGNED BY A JUDGE. NO MIRANDA RIGHTS WERE READ TO, PLAINTIFF AGGRIEVED WHO NEVER CONSENTED THE SEARCH; UPON HIS PERSON OR HIS PROPERTY. ALL WAS AT "GUN POINT COMPULSION- PIRATE ORDERS "OF LAW OF HIGHSEAS OF MODIS OPERANDIS OF "A- -POLICY CUSTOM" WHEREBY PROSECUTED IN, BY CRIMINAL COURTS OF CITY OF NEW YORK, QUEENS COUNTY AND ITS JUDGES WHO HAVE OATH OF OFFICE TO UPHOLD THE CONSTITUTION; BARRATRY AMBULETE CHASING MALICIOUS PROSECUTION; UPON A DEFECTIVE VOID FORGED INSTRUMENTS UPON WHICH INDICATES "A CONTROVERSIAL VOID INCOHERANT REPUGNANT PUBLIC LAW OF 265" MAKES A CUSTOM OF MODIS OPERANDIS OF CITY DEFENDANT LIABLE JOINTLY AND INDIVIDUALLY, VICAROUSLY. ADAPTION OF A CUSTOM; "CUSTOM=VOID"

(24)

43 - THE QUESTION OF LAW IS NOT THE QUESTION OF LAW UNLESS OFCOURSE; I A MAN (AMEN) AGGRIEVED PLAINTIFF PROSE SAITH THAT THIS IS THE QUESTION OF LAW;

"IN CAMERA INSPECTION OF ALL ISSUES IN LAW: IGNORANCE TO LAW IS NOT AN EXCUSE"... SPEAKING LIBERALLY THE COURT MUST BE REMINDED OF DOCTRINE OF UNCLEAN HANDS THAT "THE PARTY A"; HERE IN WRONGDOER DEFENDANT "RENZO BETANCUR" TO WRONGDOER CITY OF NEW YORK AND ITS COURTS BRINGS AN INDIVIDUAL PLAINTIFF AGGRIEVED WITH A FORGED INTSTRUMENT (SEE EXHIBIT A) AGAINST THE "AGGRIEVED PARTY B"; TO THE "COURTS OF CITY PARTY C"; PARTY C THE COURT SHOULD HAVE KNOWN THAT PARTY A IS UNCLEAN BY WAY OF FORGED INSTRUMENT IN VIOLATIONS OF PLAINTIFF'S RIGHTS UNDER CONSTITUTIONS US WITH DEFECTIVE VOID STATUTORY ACT AND AUTOMATICALLY REFUSE AND DISMISS CHARGES BUT DID NOT DO SO. (PARTY C IS LIABLE)

44-) WHEREAS BY PROSECUTING MALICIOUSLY DEFENDANTS "MELINDA KATZ AND NATASHA LEVI" WHO ACTS AS DISTRICT ATTORNEYS AT LAW. WORD ATTORNEY AT LAW IS SPECIFIC. AT LAW MEANS "PERSON KNOWS" COMMON LAW AND CONSTITUTIONAL LAW" ALONG WITH "PUBLIC LAW." THESE WRONGDOER DEFENDANTS HAVE NO PROSECUTORAL IMMUNITY WHEN THEY ALL ACTED OUT OF THEIR OATH OF OFFICE UNDER PERPETRATOR NEW YORK STATE, THEY HAVE OATH OF OFFICE TO UPHOLD US AND NY CONSTITUTIONS AND ARE ATTORNEYS AT LAW WHO HAS PRECISE KNOWLEDGE WHICH PUBLIC LAW IS VOID DEFECTIVE; DISREGARDED ALL BY CONTINUANCE OF PROSECUTION WITHOUT ANY IMMUNITY THEREOF JOINTLY, INDIVIDUALLY LIABLE AS VICARIOUSLY OUT OF SCOPE OF THEIR OATH OF OFFICE... (FATAL-DEADLY 4 REPERCUSSIONS)

45-) IGNORANCE TO LAW IS NOT AN EXCUSE. THE DOCTRINE OF FRUIT FROM POISONOUS TREE IS POISON. ARREST! CHARGES WERE FRUIT OF A POISONOUS TREE WHICH MADE ITS FRUIT-POISON, BASIS UPON WARRANT(s) STOP-ALONG WITH NO OATH SUPPORTING WITH AFFIRMATION. (FATAL-DEADLY CONSEQUENSES)

46-) WRONGDOER DEFENDANTS KNEW CASE WAS VOID DEFECTIVE POISONOUS-WARRANTLESS STOP (AND EDUCATED AT LAW) THAT THE PUBLIC STATUTORY ACT WAS VOID CONTROVERSIAL UNCONSTITUTIONAL IN BREACH OF THEIR OATH OF OFFICE PROCEEDED To MALICIOUS PROSECUTION; OUT OF IMMUNITY WHEREAS BOTH DEFENDANTS JOINTLY AND INDIVIDUALLY LIABLE FOR DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW. (BREACH OF CONTRACT) FORGERY, ROBBERY, TRESPASS, KIDNAPP.

47-) WRONGDOER DEFENDANT AUDREY PHEFFER, CLERK OF THE COURTS, CLERK OF SUPREME COURT OF QUEENS AND CLERK OF CLERKS OF QUEENS COUNTY WHO IN BARRATRY THEN PROCESSED CONSTRUCTIVE TRUST/CRIMINAL CASE OF CR000073-24 QN BY CRIMINAL COURT OF CITY OF NEW YORK, QUEENS TO BE PROSECUTED. THIS WRONGDOER DEFENDANT IS LOCATED AT QUEENS CLERKS OFFICE, QUEENS COUNTY AT 88-11 SUPTHIN BOULEVARD, JAMAICA NY 11435. AGGRIEVED PLAINTIFF I PRO SE HAVE A COPY OF HER OATH OF OFFICE, SIGNED BY HER WHEREIN SHE STATED THE AS COUNTY CLERK SHE WILL UPHOLD THE CONSTITUTIONS OF US AND NEW YORK CONSTITUTIONS, SIGNED BEFORE PUBLIC NOTARY IN FRONT OF QUEENS COUNTY ADMINISTRA- TORS OFFICE. THIS DEFENDANT WRONGDOER TOGET- HER WITH DEFENDANTS NATASHA LEVI AND ME- LINDA KATZ AND CITY DEFENDANTS IN THEIR PERSONAL INDIVIDUAL CAPACITY AND JOINTLY LIABLE FOR FORGERY, FRAUD, AND BARRATRY, AND VIOLATIO (SEE EXHIBIT A-1) OF US CONSTITUTIONS, AND NY CONSTITUTIONS.

THESE DEFENDANTS ENGAGED IN SECURITY FRAUD BY CREATING CONSTRUCTIVE TRUST DOCUMENT/ CRIMINAL COURT CASE (SEE BEATTY VS. GUGGENHEIM EXPLORATION CO., 122 N.E. 378 [919]. 225 N.Y. 380. 119 N.E. 575. 223 N.Y. 294. [918] LANDMARK CASE LANDMARK CASE ALL CONSTRUCTIVE TRUST. (SEE EXHIBIT A-1) SEE EXHIBIT A-3)

Case 1:24-cv-07166-AMD-CHK Document 62 Filed 04/24/26 Page 25 of 163 PageID #: 801

48-). IN DOCKET # 000073-24 ON, ATTACHED WITH ARREST # Q23650600 OF NYPD-BETANCUR, I WAS PROCESSED TO CENTRAL BOOKING OF 12501 QUEENS BOULEVARD, KEW GARDENS, OF QUEENS COUNTY, OF CITY OF NEW YORK WHERE CRIMINAL COURT OF CITY OF NEW YORK, AND SUPREME COURT OF STATE OF NEW YORK, QUEENS COUNTY OCCUPY SAME BUILDING A.K.A QUEENS CRIMINAL COURT HOUSE, ON JANUARY FIRST, 2024. INTO BASEMENT JAIL CELLS WHERE I MET FRANCIS GIBBONS WHO CLAIMED TO BE A "COUNSELOR AT LAW", AN ATTORNEY AT LAW," A PUBLIC DEFENDER; WHO WAS APPOINTED BY CRIMINAL COURT OF CITY OF NEW YORK WHICH I INFORMED HIM ABOUT TRESPASS; ROBBERY, FORGERY BREACH OF CONTRACT; KIDNAPPING (COMMON LAW TERMS) BREACH OF CONTRACT ; VIOLATIONS OF US AND NY CONSTITUTIONS; WARRANTLESS STOP, SEARCH AND SEIZURE WITHOUT SUPPORTING OATH AND AFFIRMATION COMBINED. VIOLATION OF OATH OF OFFICE. (TRESPASS+BREACH OF CONTRACT)

49-) HE FRANCIS GIBBONS, AN ATTORNEY IN LAW INFORMED ME THAT IF I COME TO A PLEA AGGREMENT, I WOULD BE FACING (5) FIVE YEARS JAIL TIME, THAT THIS WAS FIRST APPEARANCE IN COURTS, KNOWN AS ARRAIGMENT; A BAIL WILL BE SET; HE WILL ATTEMT TO INFORM THE COURT OF WARAANTLESS - VOID STOP AND SEARCH; THAT HE WILL TRY TO GET ME LOWEST BAIL HE CAN GET OUT OF COURTS. (SUPPOSEDLY) ON JANUARY FIRST (1st) 2024; IN ARRAIGNMENT COURT; AT FIRST APPEARANCE; I WAS ARRAIGNED AT 35000.00 US CASH / 50000,00 BOND AS THE ONLY WORDS THIS MR. FRANCIS GIBBONS, PUBLIC DEFENDER AN ATTORNEY IN LAW DECLARED WAS: YOUR HONOR YOU KNOW THE "MENS REA" LATIN TERM OF INTENT OF CULPABILITY. WHERE I KNEW I AM NOT IN US COURTS I AM IN UNITED NATIONS / TRADE TRUST LAW COURTS AND THE CASE BEING ADMINISTERED AS "TRUST" WITH "CONSTRUCTIVE TRUST / CRIMINAL CASE" A VIOLATION OF CUSTODIAL LAWS OF TRUST / ADMIRALTY / MARITIME. MR. GIBBONS WAS "AN IN LAW COUNSELOR", AN ATTORNEY WHO HAS LIMITED KNOWLEDGE IN COMMON LAWS OF UNITED STATES, AND NEW YORK; HE WAS INCOMPETENT IN CONSTITUTIONAL LAWS OF UNITED STATES AND NEW YORK.

50-) BACKGROUND INFORMATION

A=) COMMON LAW OF NEW YORK AND USA

COMMON LAW IS SIMPLE, COMMON LAW BASED, UPON "NO HARM AND NO WRONG" DO "NOT STEAL" DO "NOT DAMAGE PROPERTY; PRIVATE" THAT BELONG TO OTHERS AND "DO NOT KILL". COMMON LAW IS BIBLICAL AND QURANIC WHICH IS ISLAMIC BASED UPON 10 COMMANDEMENTS OF TORAH FOLLOWED BY GOSPEL AND HOLY QURAN, (1600-1933) "9" (WOW-9 CENTURY EVER LASTING EMPIRE) (OTTOMAN-KARAMANID) (1076-1925) COMMON LAW WAS ALSO USED IN OTTOMAN EMPIRE. "WE" THE KARAMANID DYNASTY OF ANATOLIA WHO WAS EXILED AS FRONTIERS TO BALKANS AND NORTH AFRICA AS KARAMANOGULLARI OF '1790' TRIPOLI DYNASTY (SEE TRIPOLI TREATY, US CONGRESS 5TH, NO #122) USED COMMON LAW AS LAW OF LAND, KNOWN AS BARBARY PIRATES WHICH "WE ARE NOT PIRATES" BUT WHO TURNED "MEDITERRIAN SEA" INTO A "TURKISH LAKE" FROM BALKANS TO SHORES OF GIBRALTAR, ALGIERS AND TRIPOLI TO ALEXANDRIA WAS IN CONTROL AND IN CHARGE BY US; BY (EGYPT) WE THE PEOPLE OF; BEYS (SULTAN-KING) OF BARBARY, THE CONSTITUTIONAL ANGLO-LEASH (ENGLISH) IS WRITTEN IN CONSTITUTIONS OF GOVERNMENT LAWS OF ALGIERS, TUNUS, LIBYA EGYPT AND BULGARIAN CONSTITUTIONS OF TODAY: (WE ARE SULTANS HUNS=TURKS-MONGOLS (WE WERE SULTANS OF OTTOMAN=PROPHET JOSEPH AS TO EGYPT) TRESPASS, FORGERY, BARRATRY, ADULTERY, KID-NAPPING, ROBBERY, THEFT ARE TERMS USED) IN COMMON LAW. "WHILE ROBBERY" HAPPENS ONE IS PRESENT "(OWNER OF PROPERTY), WHILE "THEFT CAN ONLY OCCUR IN ABSENCE" OF ONE. BURGLARY IS ALSO A TERM IN COMMON LAW. "COMMON LAW IS THE BEST AND SUPREME LAW OF LAND" COMMON LAW IS: "NO HARM" "NO CRIME," "NO FACE NO CASE" ALL CASES WAS DECIDED IN THREE DAYS IN ENGLAND AND IN COLONIES OF ENGLAND AND SAME IN OTTOMAN EMPIRE AND

AND SAME WAS USED AS CASES SETTLED BEFORE A KADI (PROUNOUNCED CAD-HUH) AND ONE RABBI ALONG WITH ONE PRIEST. WAS THE THREE TRIBUNAL JUDGES OF BALKANS AND COLONIES OF AFRICA NORTH SHORES. OF OTTOMAN EMPIRE.

No CASE BEYOND THREE DAYS OF OF ITS SCOPE. (:ONLY SEVENTY TWO (72) HOURS, PERIOD:)

B#1 CONSTITUTIONAL LAW OF USA

IN 1706, CONGRESS OF US ESTABLISH ORDAINED THE CONSTITUTIONS OF UNITED STATES, BASED UPON MAGNA CHARTANUM OF GREAT BRITAIN A.K.A GREAT CHARTERS OF ENGLAND OF KING JOHN. (:1600 — 1933 = 433 YEARS IN CONTROL LAW:)

THE ORIGINAL 1706 CONSTITUTIONS OF US WAS UPTO 13TH AMENDEMENTS WHICH RIGHT OF PEOPLE WAS NOT TO BE BREACHED (VIOLATED — A TERM IN LEGAL SENCE; USED ONLY IN ADULTERY, RAPE CASES; HAVING PERPETRATOR USING HIS GENITAL ORGANS; TO RAPE; TO VIOLATE OTHER SEX ORGANS)

THE CONSTITUTIONAL LAW WAS ORDAINED TO REGULATE AS THE COLONIES OF USA WAS SICK AND TIRED OF BEING ROBBED, TRESPASSED UPON, ENGLISH GOONS-SOLDIERS BACK THEN.

IT IS A CONTRACT REGULATING THE AUTHORITY AS GOVERNING (GOVERNOR MEANS PAMPER, IN ENGLAND; IN WORLD CHILDREN UNDER FIVE YEARS OLD, GOVERNED BY GOVERNORS 'PAMPERS' BECAUSE MOST OF CHILDREN CAN NOT HOLD THEIR TOILET.) (:GOVER-NOUR = GOVERNOR = PAMPEROR:)

ALL THE STATUTORY ACT IS BASED UPON COMMON LAW OF ENGLAND, GREAT CHARTERS OF ENGLAND AND CONSTITUTIONS OF UNITED STATES

SUCH ACTS AS LONG AS NOT REPUGNANT TO COMMON LAW BECAME THE PUBLIC LAW OF NEW YORK AND OTHER STATES EXCEPT STATE OF ALABAMA WHICH USES FRENCH CIVIL CODE - ROMAN JUSTINIAN CODEX - BYZANTIN LAWS. (CALIGULA - JUSTINIAN - NEROIAN IDIOTIC CODEX - LEG)

IN MY ORIENTAL HANDMADE CARPET - RUG PICTORIAL ART BUSINESS; I AVOIDED STATE OF ALABAMA FOR TWO REASONS

ONE: BECAUSE OF THEIR LAWS, HOSTILITY OF ITS COPS ON ROADS, IN CITYS.

SECOND: MY FRIEND; PROFESSOR KARL LENTE STATE OF ALABAMA, CHILD SERVICES ROBBERY TRESPASS; KIDNAPRING HIS PROPERTY (CHILDREN) (AND HIS GUN)

ITS BECAUSE OF HIM I LEARNED ONE PAGE VERIFIED CLAIM OF TRESPASS, ROBBERY, FORGERY KIDNAPPING AND BREACH OF CONTRACT.

A PACER SEARCH WILL SHOW HIS VERIFIED CLAIMS. (QNE PAGE)

51-) NOTICE TO PRINCIPAL IS NOTICE TO AGENT NOTICE TO AGENT IS NOTICE TO PRINCIPLE. LAWS OF MAXIM. WHEN A VERIFIED CLAIM FILED IS A NOTICE, PRINCIPALS BEARS LIABILITY AS THE PRINCIPAL MAINTAIN TRAIN, EDUCATE, ADOPTS POLICY WHEREFORE DEFENDANTS BEARS LIABILITY VICARIOUSLY JOINTLY AND INDIVIDUALLY IN TRESPASS, FORGERY, BARRATRY, ROBBERY, KIDNAPPING

IN FEDERAL STATUTORY ACTS OF USA, THIS ACTION IS ACTION OF TRUST FRAUD, MONOPOLIZING TRADE OF A TRUST IN COMMERCIAL VENUE BREACH OF 15 U.S.C SECTION ONE AND TWO

52-) WHEREAS DEFENDANT INDIVIDUALS ACTED AS PRINCIPAL, A SUPERIOR OFFICERS OF THEIR OFFICES IN CHARGE, AND IN CONTROL OF ALL OF THEIR AGENTS, EMPLOYEES, AND THEY ALL ARE LIABLE JOINTLY, INDIVIDUALLY VICARIOUSLY UNDER THE LAWS OF MAXIMS AND LAWS OF EQUITY FOR BREACHING, IS USC SECTION ONE AND TWO; AS CRIMINAL DEFENDANTS FOR MONOPOLIZING TRADE OF A TRUST "MUHARREM BALKANLI" SS# 068 80 25 19 A FOREIGN GRANTOR TRUST AND INTERNATIONAL PRIVATE FOREIGN TRUST AND TRADE MARK REGISTERED TO US POSTAL SERVICE, UNDER MINISTRY OF FOREIGN AFFAIRS OF SUPERIOR CHURCH, OF NETHERLAND (SEE EXHIBIT A 2 - DIPLOMATIC MINISTERIAL IMMUNITY FROM PROSECUTION WHICH WAS DISREGARDED BY DEFENDANTS ON DEZEMBER 31 2023 AND FILED INTO INDICTMENT - IND# 70440-24/001 ON MAY-30-2025 BY THE MINISTRY AS MOTIONS SEE DISCOVERY OF INDICMENT - COURT FILES OF SUPREME COURT WHICH WILL BE PRODUCED BY DEFENDANT] (SEE COPYRIGHT EXHIBITS)

53-) DEFENDANTS WERE IN DUTY AND OBLIGATION UNDER "ARTICLE 6 SUPREMACY CLAUSE" WITH OATH OF OFFICES, TO GIVE FULL FAITH AND CREDIT UNDER "ARTICLE 4 SECTION ONE" IS A BREACH OF "AMENDEMENT 4TH RIGHT". SUCH IMMUNITY MINISTERIAL WAS APPROVED AND PROCESSED BY THE STATE DEPARTMENT OF UNITED STATES OF AMERICA, NEW YORK STATE AND SUPREME COURT OF NEW YORK STATE, ALBANY. (BREACH OF CONTRACT) THE DEFENDANTS FAILED KNOWINGLY AND WILLINGLY WITH MALFEASENCE WITH NONFEASENCE, MISFEASENCE

54-) 27 C.F.R. (CODEX FEDERAL RULE) DEFINES ANY TYPE OF OFFENSE/CRIME AGAINTS FEDERAL OR STATE CODES, STATUTORY ACTS, AS A COMMERCIAL EXERCISE (COMMERCIAL BUSINESS, TRANSACTION) (SEE COMMERCIAL CRIMES) (SEE EXHIBIT-A³ MEMORANDUM OF LAW (SEE U.S. Vs. TWEEL 550 F2D 297, 299-300) (SEE FORGERY, FRAUD CONSTRUCTIVE TRUST-MANIPULATION OF A TRUST -TRUST LAWS)

55-) COUNTERFEIT SECURITIES-"FORGED INSTRUMENT. SEE 18 U.S.C SECTION 4-CRIMES RECOGNIZAB BY YOUR MAJESTY'S COURT-US DISTRICT COURT UNDER 18 USC SECTION 513 TO WIT. ("SEE MEMORANDUM PAGE 5 OF 10 OF EXHIBIT A³) (SEE ALSO SECTION 2311, 2314 AND 2320 FOR ADDITIONAL FINES AND SANCTIONS.

56-) DEFENDANTS CONDUCTED, PRODUCED COUNTER FEIT SECURITIES/CONSTRUCTIVE TRUST DOCS) FORGED INSTRUMENTS/COMMERCIAL FORGED NOTES MONOPOLIZING TRADE OF A TRUST IN A COMMERCIAL VENUE A.K.A BANKER'S COURT A.K.A A TRUST, AKA TRUST COURT IN UNIFIED COMMERCIAL CODE/TRUST LAW JURISDICTION, IN OPERATION MODUS OPERANDIS WITH MALFEASENCE, NONFEANCE, MISFEASEN) WITH COMPLETE DISREGARD OF LAWS OF USA

DEFENDANTS INDIVIDUALY, JOINTLY VICARIOUSLY BETWEEN BANKERS TRUST CORPORATIONS AND AGENTS WITH THEREOF EXCHANGING AND DEPOSITING IN PRIMARY MARKET A.K.A BANKERS TRUST MARKET, EXCHANGE ANEXCHANGE MARKET KNOWN AS PRIMARY LIKE STOCK MARKET/SECONDARY MARKET FOR FINANCIAL GAIN OBTAINING FEDERAL RESERVE LEGAL NOTS FOR LAWFUL MONEY BY MONOPOLIZING MY INTERNATIONAL FOREIGN TRUST/AN USA FOREIGN GRANTOR TRUST/SOCIAL SECURITY ACCOUNT AT D.T.C

57-). DEFENDANTS INDIVIDUALLY AND JOINTLY LIABLE VICARIOUSLY FOR VIOLATING, BREACHING 15 U.S.C SECTION ONE AND TWO, BY MONO-POLIZING TRADE OF A TRUST "MUAARREM BALKANLI" ALL IN CAPS, A CESTEQUI VIE TRUST BUT PRIVATE INTERNATIONAL FOREIGN TRUST BY NOT ALLOWING ACCESS TO COMMON LAW COURTS OF STATE OF NEW YORK WHEREAS DEFENDANTS INDIVIDUALS LIABLE $ 1,000,000.00 PER PERSON, DEFENDANT CITY OF NEW YORK, AND EACH OF THE DEFENDANT AGENCIES IS LIABLE $ 100,000,000.00 PER ENTITY, UNDER 15 USC SECTION ONE AND TWO.

58-) DEFENDANTS LIABLE JOINTLY AND INDIVIDUALL VICARIOUSLY AS MY TRUST CAPITAL NAME IS COPYRIGHTED AND TRADEMARKED BY ~~UNITED POSTAL SERVICE~~ / USPS (SEE UNITED STATES POSTAL SERVICE / EXHIBIT TRADEMARK OFFICE WITH SPECIFIC REGISTRY NUMBERS AS DISCOVERY OF THESE TRADE INFERIOR LOWER COURTS WILL SHOW MINISTRY OF FOREIGN AFFAIRS OF SUPERIOR CHURCH OF NETHERLAND'S MOTIONS WHICH INCLUDE COPYRIGHT AND TRADE MARK IN ORDER TO HAVE ME RELEASE FROM DEFENDANTS NOTORIOUS COURTS + JAIL.

59-) DEFENDANTS IN BARRATRY_ A.K.A. IN RACKEETERING IN VIOLATIONS OF R.I.C.O (SEE FEDERAL STATUTORY ACT OF RACKEETEERING INCORPORATED COMMERCIAL ORGANIZATION ACT. (CRIMINAL BARRATRY.)

60.) DEFENDANTS INDIVIDUALLY AND JOINTLY USED TO COMMIT THEIR BARRATRY/RACKETEERIN VIA U.S. MAIL/U.S.P.S TO MAIL THE FORGED INSTRUMENTS/COUNTERFEIT SECURITY NOTES/ CONSTRUCTIVE TRUST AND ITS BONDS BY POSTAL TO COUNTY CLERKS OFFICE, QUEENS COUNTY, NEW YORK

(3

61.) WHEREAS THE DEFENDANTS JOINTLY AND INDIVIDUALLY LIABLE FOR CRIMINAL FINES AND IMPRISONMENT UNDER 18 U.S.C. SECTION 1346 AND 1347 UPTO 25 YEARS IN PRISON, IF DURING NATIONAL EMERGENCY PANDEMIC 5 ADDITIONAL YEARS TO TALLING 30 THIRTY YEARS. MAIL FRAUD

62.) MY "INTERNATIONAL FOREIGN PRIVATE TRUST" : US FOREIGN GRANTOR TRUST." IS ALSO REGISTERED WITH US TREASURY AND I.R.S AS "SECURED PARTY CREDITOR" WITH "A MENU OF SCHEDULE OF FEES" FOR USE OF PROPERTY AND TRADEMARKED COPYRIGHTED NAME FOR $100.000.000.⁰⁰ PER EVERY MINUTE IF USED BY ANY AUTHORITIES WHETHER THE AGENCY IS CITY.OR STATE OR FEDERAL OR INTERNATIONAL. (SUBJECT TO CHANGE WITHOUT NOTICE)
SUCH MENU OF SCHEDULE OF FEES OF "SECURED PARTY CREDITOR"/ A FOREIGN GRANTOR TRUST" UNDER US TREASURY - A BANK-BACKED BY 999.000.000.000.000.⁰⁰ PRIVATE SET OFF DISCHARGE BOND- REGISTERED AND DEPOSITED IN US TREASURY. REGISTERED TO CITY NY AS WELL.
WAS AUTHENTICATED. BY THE DEPARTMENT OF STATE, FOR FULL FAITH AND CREDIT, RECORD WITH THE SUPREME COURT OF STATE OF NEW YORK KINGS COUNTY IN THE YEAR 2022. (SEVERAL TIMES+YRS)

63.) MY COPIES IN MY VERSACHE LEATHER BAG ALONG WITH ONE SET OF ORIGINAL OF AUTHENTIC FEE SCHEDULE WAS DESTROYED AS IT WAS CONFISCATED ON GUN CHARGE/TRESPASS-ROBBER ON 01-12-2022 BY CITY DEFENDANTS, MY OTHER COPIES OF COPIES WAS CONFISCATED AND DESTROYED QUEENS CRIMINAL COURTS ON OR ABOUT ON A PROCEEDING WHEN I WAS REARRESTED IN THEIR BANKERS TRADE TRUST COURT. IN 2022 LATE. WHICH THE DEFENDANTS COURT DISMISSED THE GUN CHARGES BY VOID CPL-730 CONTROVERSIAL UNCONSTITUNAL- STATUTARY ACT

64-) DEFENDANTS JOINTLY AND INDIVIDULY LIABLE FOR MULTIPLE VIOLATIONS OF US LAWS THOSE ALSO BANKING AND TRUST AND TAX EVASION LAWS, INCLUDING EMBEZLEMENT OF TRUST FUNDS, GENERATED VIA DTC A.K.A DEPOSITORY TRUST COMMERCIAL CORPORATION A.K.A D.T.C.C. LOCATED 50 or 55 WATER STREET NEW YORK CITY.

FORGED INSTRUMUNTS/CONSTRUCTIVE TRUST/ COMMERCIAL NOTES AS COMMERCIAL CREDIT EXERCISE. A TRANSACTION WHICH THEN CREDITED FOR LAWFUL MONEY TURNED INTO FEDERAL RESERVE NOTES WHICH TRANSFERRED COURT/ CLERK'S/CITY'S/ BANK ACCOUNTS AT LOCAL BRANCH BANK OF FEDERAL RESERVE.

US GOUERNMENT IS A NATIONAL TRUST A BANK, A NATIONAL ASSASOCIATION WHICH US GOVERNMENT IS A FEDERAL CORPORATION. WITH A DUNNS-BRAD NUMBER SHOWING MULTIPLE EMPLOVEES (WHICH I DO NOT REMEMBER"

GOOGLE IT AND YOU WILL SEE THAT U.S. IS A FEDERAL CORPORATION. DUNNS BRAD SHOWS ON COMPUTER AS A COMMERCIAL CORPORATION / GOVERNMENTAL AGENCY.

I ONCE LOOK-UP (LOOKED-UP PAST TENSE) IN 2020 SEEING WITH MY TWO EYES WHOLE ALL COURT OPERATING AS TRUST, LIKE BANKS, A BANK INCLUDING US DISTRICT COURT.

WE ARE NOT NATION OF PEOPLE BUT NATION OF TRUST, IN IT WITH 300 000 000 TRUSTS WITH SS# WITH UNLIMITIDED CREDIT CREATION OF FIAT CURRENCY VIA DTCC AND FEDERAL RESERVE AND US TREASURY THE TRUST-BANK-COURT THAT CONTROLS GOVERN 50 STATE-TRUST-BANKS INCLUDING CITY OF NEW YORK, A TRUST UNDER U.N. CREATED IN US AND ENGLAND. IS US DISTRICT COURT

(35)

65-) IN HOUSE JOINT RESOLUTION. A.K.A. HJR 190 WHICH IS PUBLIC LAW 93.54 IF I AM NOT MISTAKEN, EVERY NATIONAL DEBT, PUBLIC OR PRIVATE BEING DISCHARGED DOLLAR FOR DOLLAR IN SET OFF, LANGUAGE OF BANKERS THE RATIO OF LAWFUL MONEY IS ONE FOR TWO FEDERAL RESERVE NOTES A.K.A FIAT CURRENCY. HJR 190 WAS PRODUCT OF CONGRESS AND BANKERS RESOLUTION REMOVING LAWFUL MONEY (ON DOLLARS BEFORE 1933 WROTE IN FINE PRINT THIS LAWFUL MONEY IS TENDER FOR GOLD AND SILVER WHILE "FIAT CURRENCY-FEDERAL RESERVE" NOTES UPON IT WITH THIS LEGAL NOTE TENDERS PUBLIC AND PRIVATE DEBT. )

"SEE A DOLLAR BILL AND TELL ME WHAT YOU THINK!"

66.) CITY OF NEW YORK, IS AN UNINCORPORATED CORPORATION BUT A TRUST INCORPORATED IN CITY OF LONDON. CITY OF LONDON IS A ROMAN CITY CONTROLLED OR TODAY TAXED BY CITY OF VATICAN INCORPORATED UNDER ROMAN EMPIRE.

ITALIAN POLICE DEPARTMENT HAS NO JURISDICTION IN VATICAN CITY WHICH IS NOT PART OF ITALIAN GOVERNMENT, CITY OF VATICAN HAS ITS OWN GOVERNMENT, RECENTLY CONVICTED A PRIEST WHO OVERSEE ITS TRUST ACCOUNT AS THE PRIEST ALONG WITH OTHERS EMBEZZLED CITY OF VATICAN TRUST, FOR MONEY.

CITY OF LONDON GOVERNED BY BANK OF ENGLAND AND BAR ASSOCIATION A.K.A BRITISH ATTORNEY "ASSOCIATION"-REGISTRY CONTROLLED BY MASON LODGE.

CITY OF LONDON IS 1 OR 5 MILES SQUARE IT HAS ITS OWN MAYOR AND POLICE DEPT. IT IS CIRCLE SHAPE. WHILE GREATER LONDON COVERS IT, AUTHORITIES OF GREATER LONDON CAN NOT GO IN AS THEY ARE PROHIBITED IF KING WALKS IN CITY OF LONDON, HE WILL BE HOLD FOR RANSOM AS ENGLAND OWNS TAXES!

To City of Vatican. The debt is owed since 1600, from the Great Fire of London which when England was in debt internationally, was not able to collect taxes from colonies instant sample Ireland was in national disaster - U.S did not wanna pay STAMP TAX to Britain in 1700.

My forfathers, Beys were all trademan seaman's trade as we brought coffee and Turkish tabacco to Europe Dutch primarily, we also brough cofeee, tabacco tea to United States, City of Manados A Roman-Greek Byzantine, Commandeer who came first to Port of "FIVE POINTS" "CITY OF MANADOS" today known AS "MANHATTAN" WHICH WAS SMALL CITY, A PIRATE'S HEAVEN. LATER BECAME PART OF "NEW AMSTERDAM" WHEN DUTCH PIRATES TOOK OVER IN 1500'S. NAMED THIS CITY "NOVO AMSTERDAM." DUTCH PIRATES BACKED UP WITH DUTCH GOVERMENT TOOK OVER ENTIRE REGION WAS NAMED. "NOVO BELGIUM (NEW YORK)."
LETTER OF MARQUEE WAS ISSUED TO ALL PIRATES WHO WAS PIRATING IN ATLANTIC OCEAN AND MEDITERREAN, AND COAST OF SOUTH AFRICA AND AMERICAS AS ENGLAND WAR WITH FRANCE. (BY ENGLAND) THE ENGLISH PIRATES ALONG WITH HUDSON COMPANY CAME TO AMERICAS IN 1500.
SO LONG STORY SHORT, CHRISTOPHER COLOMBUS DID NOT DISCOVER "AMERICA, WAS DISCOVERED BY VIKINGS WHO SETTLED IN CANADA AND NORTH AMERICA IN 1300."
1400 YEARS AGO TO TODAY HOLY QURAN READ "A PRAYER WHERE DO STATES WE DO NOT MIX TWO OCEAN TOGETHER". "ATLANTIC OCEAN WITH MEDITERR MEDITERREAN OCEAN DOES NOT MIX TOGETHER."

WE THE PEOPLE OF <u>KARAMANID DYNASTY</u> KNEW IF OCEAN DOESNT MIX, TWO OF THEM, THERE MUST BE ANOTHER LAND AT OTHER SIDE.

DURING CHRISTIAN CRUSADES VIKING-NORMANDIAN SEAMAN FREQUENTLY VISITED COSTANTINAPOLIS (ISTANBUL - TODAY'S TURKEY) ROMAN BYZANTINE GENERAL <u>MANADOS</u>" LEARNED "<u>ABOUT AMERICAS</u> FROM VIKINGS."

"<u>A BYZANTINE ROMAN CROSS</u>" WAS FOUND IN A "<u>DESERT IN ARIZONA</u>", SO GO FIGURE!

IN <u>1933</u> AFTER GREAT DEPRESSION U.S.A ENGLAND, CITY OF LONDON, BANKERS, BANK OF ENGLAND INVENTED, AND RENTED CITY OF "<u>NEW AMSTERDDAM</u>" ("CITY OF NEW YORK" IS CONTROLLE, BY UNITED NATIONS) (AS A TRUST UNDER US AND ENG

SUPPOSEDLY, UNITED NATIONS IS TO STOP ALL WARS AND BRING PEACE. (<u>NEW WORLD ORDER</u>) UNITED NATION DID NOTHING IN BALKAN WARS OF FORMER YUGOSLAVIA AND DOES NOT CARE ABOUT GENOCIDE HAPPENING IN PALASTINE, AS U.S. SELLS TOMAHAWKS TO KILL CHILDREN IN PALESTINE TO ZIONIST STATE OF ISRAEL - <u>A THEFT STATE FROM OTTOMA</u>, <u>EMPIRE</u> - DO NOT LET ME GET STARTED I AM <u>ABE</u>,

EVEN WARS OF SUDAN AND IN WARS OF AFRICAN COUNTRIES. <u>U.N.</u> DOESNT MOVE A FINGER.

I.R.S IN EVERY COLONY INCLUDING AUSTRALIA, NEW ZEALAND, CANADA, IRELAND AND EVEN HAS A LOCATION IN TURKEY THEY COLLECT TAXES FOR <u>HOME OFFICE</u> TAX DEPARTMENT OF ENGLAND.

IRS IS A BRITISH AGENCY - A TRUST - A BANK - THAT USES TO BRING TAX EVASION CHARGES HAS ITS OWN <u>TAX COURT</u> ALSO IN D.C.

I SENT TAX FORMS OF A3949, I901 INFORMING DEFENDANTS FRAUD OF BANKING, AND TAX EVASIONS AND TRUST FRAUD.

67-) DEPARTMENT OF CORRECTION OF CITY OF NEW YORK THE FAMOUS NOTORIUS CITY JAIL IS A TRUST GOVERNED CONTROLLED BY TRUSTEE BOARD OR BOARD OF TRUSTEES.

A FEDERAL TAKE OVER DUE AND IN ORDER IN 2027. THE AMOUNT OF LAWSUITS FILED AGAINST CITY OF NEW YORK, NYPD AND NYC DOC SPEAKS FOR ITSELF. OVER 2200 FOR WRONGDOING BY NYPD, GO FIGURE FOR OTHER FOR VIOLATIONS OF RIGHTS SECURED BY CONSTITUTIONS. I HAVE 16 OTHER VERIFIED CLAIMS, NOT COMPLAINTS. CLAIMS THAT INJURY AND PROPERTY LOSS HAPPENED.

I AS A INMATE WITNESSED 6 DEATH'S OVER TWO YEARS OF INCARCERATION. DURING WHICH I WAS BRUTALLY BEATEN DOWN BY ANOTHER INMATE. I WAS SEXUALLY HARRASSED / ASSAULTED BY NYC DOC CORRECTION OFFICERS.

68- MAIL IS NOT DELIVERED BY NYC DOC MAIL-CORRECTION OFFICERS ON TIME, ON DECEMBER FIRST 2025, I RECEIVED MAIL OF DISTRICT JUDGE ANN DONNELLY ORDERS AND YOUR MAJESTY LOIS BLOOM'S ORDERS HERE IN WOODBURN STATE PRISON.

69-) FROM DECEMBER 31ST, 2023 TO UNTIL OCTOBER 14TH, 2025 IN CUSTODY OF NYC DOC RIKERS ISLAND, DURING WHICH FROM MAY 06, 2024 TO UNTIL OCTOBER 30, 2024 TOTALLING 177 DAYS I WAS IN MENTAL PYSHIATRIC HOSPITAL-PRISON WHERE I GOT DRUGGED, INJECTED WITH PYSCHO PATIC DRUGS REPEATEDLY UNDER THE VOID UNCONSTITUTIONAL-CONTRAVERSIAL- UNLAWFUL ILLEGAL STATUTORY ACT - PL730, AND ITS VOID ORDER 730 ON FEBRUARY 8TH, 2024 BY FRANCIS WANG" WHO REPEATEDLY ORDERED STENOGRAPHER OF CRIMINAL COURT OF CITY OF NEW YORK ON SECOND APPEARANCE ON JANUARY 5TH 2024

TO DELETE, WHERE I DECLARED "I INVOKE COMMON LAW AND I DON'T CONSENT TO THIS PROCEEDING. JUDGE YOU HAVE A CONSTITUTION. OATH TO UPHOLD THE CONSTITUTION UNDER ARTICLE 6 SUPREMACY CLAUSE BINDS YOU."

AT SAME DATE ON RECORD "I RESERVED ALL MY RIGHTS VIVA VOCHE, ON RECORD, FOR THE RECORD, I PRESSED UPON RECORD AND I FIRE THIS INCOMPETENT-INEFFECTIVE ATTORNEY IN FRANCIS GIBBONS, THREE TIMES VIVA VOCHE FIRST IS MISTAKE, SECOND TIME IS STYLE THIRD TIME DECLARATION IS DEAD BOLD POINT PRECISE. "LAWS OF MAXIMS." GOD SPOKE THREE TIMES IN BIBLE, TORAH AND HOLY QURAN. "THREE TIMES NOTICE" IS BIBLICAL ALSO

WITH 730 ORDER, I WAS SUBJECTED TO TORTURE. EACH TIME I GOT ARRESTED, THE DEFENDANTS CALLED ME SOVEREIGN CITIZEN DELUSIONAL, MENTALLY INCAPABLE DISMISSING CONSTRUCTIVE TRUST-COMMERCIAL NOTE CASE BY 730, LOCKING ME UP AS ALL I DID WAS TO "UPHOLD CONSTITUTIONS OF US" AND GIVE NOTICE "I KNOW MY RIGHTS" AND I "DO NOT CONSENT" TO THEIR JURISDICTION OF HIGHSEAS, WITH UNKNOWN LAW OF HIGH SEAS (PIRATES)

"VOID-UNCONSTITUTIONAL CONTROVERSIAL UNLAWFUL AND ILLEGAL THE PUBLIC STATUTE OF 730 "

SEE BOXSTROM VS. HEROLD 383 US 107" PL 730 IS VOID AND CONTROVERSIAL AND UNCONSTITUTIONAL VIOLATING PRISONER'S EQUAL PROTECTION RIGHTS UNDER DUE PROCESS COLOR OF LAW BY DECIDING "JURY TRIAL-JUDGE TRIAL-BENCH TRIAL" ON THE ISSUE. IN PREVIOUS PAGES I HAVE INDEXED MANY OTHER CASES WHICH INVOLUNTARY COMMITMENT IS VIOLATION OF DUE PROCESS, PLS SEE PREVIOUS PAGES OF THIS VERIFIED CLAIM.

70 -) DECEMBER FIRST 2025; I RECEIVED ORDERS LATE WHICH WERE SENT TO RIKERS ISLAND-N DOC BY JUDGE DONNELY, AND ORDERS OF MAGIS BLOOM; I IMMIDIATELY HEREBY AMENDED MY COMPLAINT TO NEW AMENDED COMPLAINT.

I UNDERSTAND AMENDED COMPLAINT WILL REPLACE OLD ONE. BY ACCIDENTLY I RECEIVED ALSO LATE, THE CORRESPONDENCE OF CITY DEFENDANTS WHICH I RESPONDED TWICE CONSENT TO OBTAIN UNSEALING DOCKET 70440/24 AND DOCKET# 000073-24 QN

71-) WRONGDOER "FRANCIS WANG" ATTEMPTED TO REMOVE THE PART OF VIVA VOCHE IN THE RECORD WHERE I NOTIFIED HER ABOUT HER OATH OF OFFICE WITH STENOGRAPHER AS I KNEW THE ONLY PERSON WHO WORK FOR ME, WAS STENOGRAPHER ON JANUARY 5TH 2024 IN CRIMINAL COURT OF CITY OF NEW YORK, QUEENS COUNTY.

72-) WEBCRIMINAL WHICH SHOWS INDEX FOR COURT DATES OF DEFENDANTS DOES NOT INDICATES THE COURT CASE OF "000073-24QN ON DATES "JANUARY FIRST 2024, JANUARY FIFTH 2C AND SUPPOSEDLY "FEBRUARY 8TH, 2024 IS THE FIRST APPEARENCE" AND ITS ARRAIGMENT COURT AND I AM INVOLUNTARY COMMITTED TO, MENTAL HYGIENE. IT IS THE DATE "FRANCIS WANG" SIGNE 730 ORDER. JANUARY 24TH, 2024 COURT APPEARENCE ALSO MISSING FROM INDEX OF WEBCRIMINAL DATABASE. (SEE EXHIBIT A-6

73-) ON JANUARY 5TH, 2024 AT CRIMINAL COURT OF CITY OF NEW YORK, QUEENS COUNTY WITH AN ATTORNEY IN LAW INCOMPETENT-INEFECTIVE ASSISTANCE WHERE I FIRED THRE THE LAWYER. DECLARED ON RECORD "I INVOKE COMMON LAW AND I DO NOT CONSENT" TO THESE PROCEEDINGS. I RES ALL MY RIGHTS UNDER THE LAWS OF REPUBLIC, MY RIGHTS STAY TACT AT ALL TIMES WHATSOEVER WHEREEVER I GO. ALL RIGHTS RESERVED.

I REMINDED FRANCIS WANG, THE JUDGE OF COURT ON RECORD THAT SHE HAS OATH OF OFFICE TO UPHOLD THE CONSTITUTIONS OF US WHICH SHE IS BOUND BY ARTICLE 6 SUPREMACY CLAUSE!

ON RECORD, I REMINDED THE COURT THAT COMMON LAW AND THE CONSTITUTION IS LAWS OF LAND. I FIRED THE ATTORNEY IN LAW THREE TIMES STATING ON RECORD THAT HE IS FIRED. FIRED HE IS. FIRED.

74-) THIRD APPEARENCE, JANUARY 8TH, 2024 AT THE COURTHOUSE, CRIMINAL COURT OF CITY OF NEW YORK, QUEE COUNTY, CIRCUS JUDGE OR CIRCUIT JUDGE JESSICA WHO STATED ON RECORD: WE WILL DO 730 EVALUATION IF HE DOES NOT WALK FROM GRAND JURY PROCEEDINGS, BEFORE THIS ATTORNEY IN LAW WHO WAS FIRED. ON JANUARY 8TH, 2024, ON RECORD THAT I CAN NOT FIRE HIM. ONLY THE CRIMINAL COURT OF CITY OF NEW YORK OF QUEENS COUNTY CAN FIRE HIM. IS STATEMENT HE GAVE ON DATE OF SUCH COURT. AND PLACE.

SUPPOSEDLY, I WAS TO PROCEED BEFORE PANEL OF 23 OR 25 PEOPLE OF PEERS KNOWN AS GRAND JURY PROCEEDINGS WHICH IS CALLED 180/80 or 190/50 PROCEEDINGS. I ANNOUNCED - READY FOR GRAND JURY PROCEEDINGS AS I AM NOT WAIVING MY RIGHTS

AFTER MORNING PROCEEDING, I WAS REMOVED TO JAIL CELL TO WAIT TO BE CALLED FOR GRAND JURY. NO COURT OFFICER CALLED ME UNTIL 8PM OF JANUARY 8TH 2024, I WAS INFORMED THAT I GOT INDICTED WITH INDICTMENT # 70440/24 BY JAIL CELL-CORRECTION-COURT OFFICER. LATER DATE CONVERSATION WHEN ASKED IF HE WAIVED MY RIGHT TO GRAND JURY AS HE INDICATED THAT HE WAIVED MY RIGHT WITHOUT CONSENT. IS ANOTHER VIOLATION OF 6TH AMENDEMENT. (BY ATTORNEY IN LAW)

AT THIS POINT I HAVE HAD THE KNOWLEDGE THAT PROCEEDINGS CALLED GRAND JURY OF 23 OR 25 PEERS THAT BY LAWS OF PUBLIC, THAT THE DEFENDANTS HAD 180 HOURS /80 HOURS OR 190 HOURS/50 IN BANKING RULE OF LAW ALSO IN COMMERCIAL LAW IS 72 HOURS, THAT THEY HAD MAXIMUM OF TEN DAYS WITH WEEKENDS TO BRING ME IN FRONT OF GRAND JURY OF 23 OR 25. AT THIS TIME, BEING INDICTED I'M IMAGINING THAT GRAND JURY IS BUNCH OF UNEDUCATED PEOPLE WHO ARE IMBICILES, NOT PEERS OF MY EQUAL AS U.S. NATIONALS

75-) ON FEBRUARY 8TH, 2024, AT SUPREME COURT OF STATE OF NEW YORK, QUEENS COUNTY WITHIN SAME COURTHOUSE, WITH CRIMINAL COURT OF CITY OF NEW YORK QUEENS COUNTY, BUT IN PART A / CRIMINAL PART OF QUEENS SUPREME COURT, BEFORE THIS WOMAN FRANCIS WANG WHO BREACH HER OATH OF OFFICE BY COMPLETE DISREGARD OF CONSTITUTIONS AND H. OATH; INFORMING THAT SHE WILL BE SIGNING ORDER OF COMMITMENT INVOLUNTARY TO MENTAL INSTUTION OF MIDHUDSON UPON DEFECTIVE VOL UNCONSTITUTIONAL CONTROVERSIAL REPUGNANT PUBLIC LAW OF 730, IN DIRECT VIOLATIONS OF MY 4TH AMENDEMENT AND 14TH AMENDEMENT, WITHOUT ANY JURISDICTION AND IMMUNITY THERE ACTING OUT OF A CLOAK OF A MANTEL OF A JUDGE IN BREACH OF HER CONTRACT WITH US. (SEE ARTICLE 6 SUPREMACY CLAUSE) (·TREASON· BREACH OF CONTRACT)

"COOPER VS. AARON 1958 US COURT SUPREM DECIDED" NO JUDICIAL OFFICER CAN VIOLATE THE CONSTITUTIONS OF UNITED STATES WITHOUT BREACHING HER OR HIS OATH OF OFFICE."

WHEN ONE VIOLATES, BREACHES HIS OR HER OATH OF OFFICE, HE OR SHE BECOMES, ONE OF THE PEOPLE ON STREET, HAS NO IMMUNITY, HAS LIABILITY MUST OFFER REMEDY.

LAWS OF MAXIMS AND LAWS OF EQUITY THE ONE WHO BRING CONTRAVERSY MUST HOLD LIABILITY. THE ONE WHO HOLDS LIABILIT. MUST HOLD AND OFFER REMEDY.

75.) PERPETRATOR FRANCIS WANG SHOULD HAVE KNOWN TO DISMISS THE CASE WHEN I MADE ANNOUNCEMENT NOTICE TO COURT THAT: I INVOKE COMMON LAW" AND "I DO NOT CONSENT" "I RESERVE MY RIGHTS"... "SEE MIRANDA VS. ARIZONA" "WHEN SUBSTENTIAL RIGHTS IN QUESTION THEN THE COURTS MUST BE SILENCED" COURT SHOULD HAVE DISMISSED THE CASE ON JANUARY 5TH, 2024 KNOWN AS CRIMINAL COURT OF CITY OF NEW YORK QUEENS COUNTY. SHE SUBJECTED ME TO CRUEL

UNUSUAL PUNISHMENT UNDER 8TH AMENDMENT, SUBJECTED ME INTO INVOLUNTARY COMMITMENT THAT INVOLUNTARY SERVITUDE; SLAVERY BY SIGNING THE 730 ORDER WHEN SHE WAS ACTING OUT OF HER OATH OF OFFICE; IN BREACH AS A REGULAR PERSON; A WOMAN FROM PUBLIC BEARING LIABILITY, IS DIRECT LIABILITY!

76-) I WAS TRANSFERED ON MAY 6TH, 2024. I WAS IN CUSTODY OF MIDHUDSON PYSCHIATRIC PRISON HOSPITAL (SEE EXHIBITS - A3 AND A4 WHERE I GOT REPEATEDLY INJECTED, DRUGGED WITH PYSCHOPATIC MEDICATION) (TORTURE):

77-) UNTIL MAY 6TH, 2024; I WAS ASSAULTED; AND BEATEN UP BY ONE OF INMATES AND DURING MONTH OF RAMADAN WHILE FASTING, CORRECTION OFFICERS SEXUALLY ASSAULTED/HARRASSED ME WITH THEIR ILLEGAL SEARCHES—STRIP-SEARCH "SHOW ME YOUR GENITAL AREAS, LIFT YOUR BALLS UPWARD WITH RIGHT HAND, TURN OVE BEND OVER SHOW ME YOUR ASSHOLE AREAS WITH TWO HANDS HOLDING MY BUTTCHIKS; WAS FEW OF COMMANDS OF CORRECTION OFFICERS WITH BODYCAM SHUT DOWN—TURNED OFF. STRIP—SEARCH WAS CONDUCTED IN BATHRO OF DORMS; FIVE AT A TIME - (·· TORTURE ·· SEXUAL ASSAULT·)

78-) AT ONE POINT; I WAS KIND OF HAPPY SO I THOUGHT. I WAS WRONG. MIDHUDSON WAS WORST. NIGHTMARE. TORTURE FOR 177 DAYS. "DR. RICHARD WANG", NOT RELATED TO FRANCIS WANG SO HE SAYS. HE LIES ON LETTER OF COURT ON SAMEDAY ON HIS REPORT. ONE LETTER STATES I AM DANGER TO MYSELF AND TO OTHERS; ON REPORT I AM NOT A DANGER TO MYSELF; AND NOT A DANGER TO OTHERS. IN CONFLICTING HIMSELF. UNCLEAN HANDS. THE DISTRICT COURT OF U.S MUST TAKE NOTHING FROM THE DEFENDANTS, DOCTRINE OF UNCLEAN HANDS - THEY ALL ARE DIRTY.

79-) DEFENDANTS JOINTLY AND INDIVIDUALLY IN BREACH OF 18 U.S.C. SECTION 4, SPECIFICALLY TITLE 18 U.S.C. SECTION 513 TO A WIT; (SEE EXHIBIT A-3)(A) II 513 (A) WHOEVER MAKES ... UTTERS OR POSSES A COUNTERFEITED SECURITY OF A STATE OR PUBLIC POLITICAL SUBDIVISION (SEE EXHIBITS A-AND EXHIBIT A-1- AND EXHIBIT A-5 ~~ASE~~ AS COUNTEFEIT SECURITY/FORGED COMMERCIAL NO. BEARING ARREST# , CASE NUMBER WHICH ARE DEPOSITED TO D.T.C.C. INTO TRUST DEPOSITORY ACCOUNTS "T.D.A" TO BE CONVERTED INTO LAWFUL MONEY OF FIAT CURRENCY OF FEDERAL RESERVE NOTES AS CREDIT, BEING ACCREDITED TO TO THE TDA ACCOUNTS, TRUST ACCOUNTS OF THEIR SUBDIVISIONS 1 ) ( TRUST FRAUD-BANKING FRAUD) -EMBEZLEMENT- DEFENDANT'S FILES 1041 IRS TAX RETURN WITH A FORGED 1099 OID " ORIGINAL ISSUE DISCOUNTS STEALING AGGRIEVED'S EXEMP. UNDER SOCIAL SECURITY ACC# 068802519 FROM D.T.C.C. BONDING THEIR COUNTERFEI FORGED SECURITIES, WITH G.S.A FORMS KNOWN AS GOVERNMENT SECURITY AGENCY FORMS OF 90, OF 91', SF25A ,SF24, SF28 BY FORGING MY SIGNATURE AS "ACCOMODATING PARTY" CONVERTING SUCH FORGED NOTES AS COUNTERFEIT SECURITY DO TRADE IN TRUST TRADE MARKET A.K.A PRIMARY BANKER'S EXCHANGE. (TAX-MAIL FRAUD) THIS IS DONE THE DEFENDANTS INDIVIDUAL AND JOINTLY UTTERS, POSSESES FORGED COUNTER FEIT SECURITIES WITH INTENT TO DECEIVE OTHERS, SHALL BE FINED $250.000.~~ ~~ 00 OR IMPRISONED NOT MORE THEN TEN YEARS OR BO. SEE ALSO SECTIONS 2311, 2314 AND 2314 2320 FOR ADDITIONAL FEES, FINES AND SANCTIONS. 2311 IS INCLUDED "EVIDENCE OF INDEBTNESS" WHICH IN BROAD SENSE, MAY MEAN ANYTHING THAT IS DUE AND OWING THAT INCLUDES A DUTY, OBLIGATION, RIGHT OF ACTION

45

80.) DEFENDANTS. JOINTLY AND INDIVIDUALLY COMMIT MULTIPLE BREACHES OF BANKING LAWS, SECURITY EXCHANGE LAWS, SECTIONS OF, AND TAX FRAUD AND TAX EVASION, AND PERTINE SECTIONS OF TRUST LAWS, (.TRUST FRAUD.)...

SPECIFICALLY BY MONOPOLIZING TRADE OF A TRUST IN COMMERCIAL VENUE. (SEE 15 USC SECTION ONE AND TWO) (BANKING FRAUD)

81-) DEFENDANTS INDIVIDUAL, JOINT ACTIONS OF COMMITTING, BREACHING IS BARRATRY AN RACKETEERING BY USING FORGED INSTRUMENTS TO DECEIVE OTHER WHICH BREACHES (RICO, RACKEETERING INCORPORATED COMMERCIAL ORGANIZATION ACT OF FEDERAL STATUES.

82-) DEFENDANTS CARRIES TWO SETS OF ACCOUNTING BOOK A.K.A CAFR BOOK CAFR IS CASH ACCOUNTING FINANCIAL RECORDS. ONE? FIRST ONE IS KEPT IN PREMISE TO DISPLAY TO OTHER AGENCIES; STATE AND AUTHORITIES, POLITICAL DIVISIONS AND IT IS ALWAYS IS IN LOSS, SHOWING MINUS BALANCE BALANCES WHILE SECOND ONE CAFR BOOK IS LOCATED ONE OF THE PROPERTIES THEY REGISTERED THEMSELVES AS TRUSTEE UNDER A.C.R.E.S. (TAX FRAUD)

83-) ACRES SHOW ANY INDIVIDUAL PERSON IN NEW YORK STATE WHO OWNS PROPERTY DISPLAYING PLOT AND PARCEL INFORMATION INCLUDING MORTGAGE AND DEED INFORMATIO

84-) NYC B.I.S IS KNOWN AS NEW YORK CITY BUILDING INFORMATION SYSTEM, SHOWS PYSICHAL ADDRESS LOCATIONS OF PLOTS AND PARCEL IN CITY OF NEW YORK. (FORGERY-FRAUD) IT NYC BIS ALSO DISPLAYS ALL OF BUILDING VIOLATIONS OF SUCH PROPERTIES.

46

85.) DEFENDANT-PERPETRATOR AUDREY I. DHEFFER WHO IN BREACH OF HER OATH, AFTER SEARCH ON ACRIS APPEARS TO HAVE MULTIPLE PROPERTIES, 6 OR MORE MOSTLY AS A TRUSTEE; CLERK OF CLERK'S OFFICE OF QUEENS COUNTY.

ITS VERY OBVIOUS, THAT SECOND BOOK OF CAFR WITH PROFITS AND KICK BACK INFORMATION WHICH IS RECORDED IS LOCATED ONE OF THESE PROPERTIES.

IT HAS RECORDS OF CAFR OF COURTS, COUNTY CLERKS OFFICE AND OTHER ENTITIES WHICH RECEIVED KICK BACKS FROM 401K ACCOUNTS OF FEDERAL RESERVE OF DEFEND ENTITY, WHICH SHOWS CREDIT TRANSFERS TO OFFSHORE 802K ACCOUNTS. (WIRE FRAUD)

THE RECORDS AND TRANSFERS OF KICK BACK, GIFTS MAYBE RECORDED IN EXCEL FORM IN THEIR PRIVATE COMPUTERS IN THEIR PRIVATE PROPERTIES. (ROBBERY-THEFT)

86-) PERPETRATOR JEREMY S. WEINSTEIN A RETIRED SUPREME COURT JUDGE RECORDS IS PROPERTIES IS A FREQUENT VISITOR OF CLERK'S OFFICE OF AUDREY PHEFFER GREED MUST BE THE REASON OR I WONDER WHY. (AFTER RETIREMENT) (TRUST-TAX-BANK-MAIL-FRAUDS)

87-) 706 AND 709 IRS GIFT FORMS ARE SUBSEQUENTLY FILED BY DEFENDANTS AND NOT REPORTED ON THEIR 1041 IRS RETURNS

88.) DEFENDANTS RECORDS OF SUCH ACTUAL FORMS ARE IN COMMERCIAL AND PRIVATE PREMISES ARE EVIDENCE OF TAX FRAUD AND EVASION. DESPITE DEMAND TO SEE COPY OF 1099 OID, (SEE EXHIBIT A-3) TO THIS DATE, OP. 1099 OID WAS NOT PROVIDED BY DEFENDANTS.

89-) DEFENDANTS JOINTLY AND INDIVIDUALLY COMMIT AND BREACH OF TRADEMARK INFRINGEMENT, DID VIOLATE COPYRIGHT LAWS, WHEN THE DEFENDANTS KNEW, HAD REASON TO BELIEVE UPON INFORMATION BY AGGRIEVED THAT THE NAME THE DEFENDANTS USING UPON FORGED INSTRUMENT/COUNTERFEIT SECURITIES/CONSTRUCTIVE TRUST/COMMERCIAL NOTES <u>IS COPYRIGHTED</u>, A BUSINESS LOGO WITH A COPYRIGHT NUMBER <u>OOO73238-1</u> RECORD ON 11-12-2021 AND REGISTERED AND RECORDED TO THE TRADEMARK OFFICE, US POSTAL SERVICE BY THE MINISTRY OF FOREIGN AFFAIRS OF SUPERIOR CHURCH OF NETHERLAND, WITH A MENU-FEE SCHEDULE OF $100,000,000.00 EACH MINUTE FOR USE OF PROPERTY (NAME OR ETC) WITH ANOTHER FEE OF $100,000,000.00 FOR EACH MINUTE UPON ITS UNLAWFUL ILLEGAL INTERCEPTION OF VOID ARREST AND IMPRISONMENT, WHICH IS REGISTERED TO MULTIPLE AGENCIES AS DEPARTMENT OF STATE, NEW YORK, IRS, US TREASURY, CITY OF NEW YORK COMPTROLLERS OFFICE ARE SOME OF THE AGENCIES OF GOVERNMENT. (SEE EXHIBIT.

90-) AGGRIEVED PLAINTIFF IS A SECURED PARTY, CREDITOR, BACKED UP BY INTERNATIONAL PRIVATE TRUST-BANK SET-OFF DISCHARGE BOND UNDER SOCIAL SECURITY NUMBER 068 80 2519, A FOREIGN GRANTOR TRUST IN THE AMOUNT OF $999,000,000,000,000.00 US FIAT CURRENCY REGISTERED AND RECORDED WITH SECRETARY OF US TREASURY, BY US TREASURY ALONG WITH COPYRIGHT INFO, TRADEMARK REGISTRY IS A DIPLOMAT/MINISTER AND BANKER, TRUST, AS WELL AS A INTERNATIONAL TRADEMAN WHO DEALS IN ART AND JEWELLERY HANDMADE GOODS SUCH AS ORIENTAL HANDMADE RUGS TURKISH AND PERSIAN CARPET

91-) AGGRIEVED KNOWS; EDUCATED WITH LAWS OF USA, HOW TO CREAT FIAT CURRENCY FROM DTCC UNDER TDA ACCOUNT AND THAN CRE[...] SUCH FIAT CURRENCY INTO FEDERAL RESER[...] BANK ACCOUNT; OF COURSE TO THIS DATE NEITHER I AM GONNA DEPOSIT NOTES NOR I AM GONNA OPERATE TDA ACCOUNT AS I HAD MY OWN TRADE PLUS FAMILY. CUSTOMERS (10 000 000) OF USA IN 50 STATE WHICH ALABAMA IS EXCLUDED, BE IT THE CAUSE OF ITS FRENCH CIVIL CODES, A ROMAN BYZANTIAN CODEX OF JUSTINIAN A[...] HAWAII THAT IS LOCATED 6 HRS AWAY OF CALIFORNIA IS A MULTIPLE ISLAND WITH ~~CITIES~~ CITIES ARE EXCLUDED EVEN THOUGH 300000 CLIENTS IN SUCH STATE MOST ARE ELITE CLIENTELE. (·PLAINTIFFi's SECURED PARTY CREDITOR·)

MULTIPLE ARRESTS UNLAWFUL ILLEG[...] 99% WHICH WERE 99% DISMISSED; WHICH TURNED INTO FEDERAL LAWSUITS OF TORT AS UNLAWFUL ILLEGAL IMPRISONMENT; REPOSSESSION OR MY PROPERTIES WHICH ALL COMPLAINTS PREPARE[...] BY ME AS PLAINTIFF PROSE; KEEPING ME BUSY AMONG ALL OTHER THINGS WITH MY WIFE AND TWO YOUNGSTER SONS "WHOLE AMERICAN CITIZENS AND US NATIONALS WHO ALSO BECAME HOMELESS MULTIPLE TIMES, AND DROP OUT COLLEGE BECAU[...] OF DEPRESSION OF MINE BECAUSE OF DEFENDAT[...] ACTIONS AGAINST ME AND MY PERSON.

THIS WAS THE LAST DRAW, MY ELDEST SON WHO NOW IS 25 YRS OLD WOULD NOT TALK TO ME, NEITHER MY WIFE WAS SICK AND TIRED OF LOOSING PROPERTYIES BECOMING HOMELESS MULTIPLE TIMES, STOCKED WITH MULTIPLE RESPONSIBILITIES OF OUR FAMILY. WHICH KEPT ME BUSY DURING 25 YRS OF MY LIFE!

92-) AGGRIEVED I AM, AS I AM THE BREADMAKER OF MY HOUSE AND MY FAMILY.

HENCE I AM THE BREADMAKER! EACH TIME DEFENDANTS ACTIONS, IN LOST OF PROPERTY, LIFE LIBERTY AS A TRADEMAN AND AS A BEY',

I RAISED UP ON MY FEET, HALLELUJAH, HALLELUJAH, HAMDULLILLAH, LIKE JESUS PEACE BE UPON HIM, MADE JIHAD OF LEGAL BATTLE LIKE MOHAMMAD. PEACE BE UPON H.

I RAISED LIKE JESUS' SHOWN MY OTHER CHEEK TO DEFENDANTS AND ITS AGENCIES MADE JIHAD OF LAW IN FEDERAL COURTS LIKE MOHAMMAD (P.B.U.H.)

JIHAD MEANS BATTLE; FIRST JIHAD IS BATTLING ONE'S OWN SELF IN CORRECTION OF HIS OR HER ACTIONS, IN ATTEMPT OF NOT COMMITTING SINS (PRIMARYLY BREACH OF COMMANDEMENTS MAJORLY 10 AND MORE IN HOLY BOOKS, TORAH, ZEBUR, TANACH, GOSPEL AND HOLY QURAN.

PROPHET MOHAMMAD WAS A DIPLOMAT, OF HIS TIME AND PLACE OF LORD ALMIGHTY ALLAH. WE ALL BELEIVE IN ONE GOD, WE TRUST (BANK). PROPHET MOHAMMAD AND JESUS THOUGHT-TEACHES TO RESOLVE ADVERCITY BY MAKING TREATIES. (i.e. SAMPLE TREATY OF HUBEIDA WITH NONBELEIVERS AND POLYTHEISTS IN HUBEIDA OF MECCA). PROPHET JESUS ALLWAYS STATED MAKE PEACE WITH YOUR ENEMIES. FOLLOW LOVE. DO UNTO OTHERS WAS FEW ORDERS OF JESUS, PEACE BE UPON HIM.

PROPHET MOHAMMAD SAITH, "MAKE PEACE, KILL THEM WITH KINDNESS". PEACE BE UPON HIM.

HOLY QURAN SAYS - STATES - GOD SPOKE! "THOU SHALL NOT MAKE DISTINCTION BETWEEN PROPHETS AND PROPHETS BOOKS, CALL JESUS SON OF MARY"

93-) SEE BAKARA 136, TRANSLATION OF MUSTAFA KHATTAB'S ENGLISH VERSION AND OTHERS TRANSLA OF ENGLISH VERSIONS A.K.A CLEAR QURAN, HOLY QURAN IN ENGLISH ETC.

94-) I AGGRIEVED, WRONGED IS A ONE OF THE BEY (BEY'S, KING, A SULTAN) OF BALKANLI FAMILY WHO WAS ONCE IN CHARGE OF ENTIRE BALKAN CONTINENT, A STATE. AND HIJAZ ANOTHER STATE UNDER OTTOMAN EMPIRE, NORTH AFRICA SHORES FROM EGYPT TO GIBRALTAR, A VAST AMOUNT OF LAND,

MY FAMILY OWS 550 ACRES LAND WHERE OF, WE RAISE BARBARY LION, ITS CUBS AS IT IS LARGEST OF ITS KIND AND DISTINCT IN NORTH AFRICA AS PETS. AND 250 ACRES AROUND CITY OF KONYA (ICONIA OLD ROMAN BYZANTINE - A CITY OF RELIGIOUS WORSHIP OF CHURCH, SYNAGOGUES AND MASJEEDS OF WHIRLING SUFI DERVISH, PLACE OF MEVLANA) IN THE LAND OF MINOR ASIA WITH FIRST FIVE CHURCHES OF CHRISTIANITY, ANTIOCH, EPHESUS AND NICESIA="IZNIK", AND CONSTANTIN POLE WITH BIGGEST MASJEED+CHURCH OF HAGIA SOPIA OVER 1500 YEARS OLD.

95-) NO WHERE RELIGION IS CALLED JUDAISM OR CHRISTIANITY EXCEPT IN HOLY QURAN, LORD ALMIGHTY, MOST MERCIFUL HIS FIRST RULE OF LAW, IS GOD'S LAW, WHEN GOD TOLD! NOTICED THAT IN A PRAYER; TODAY I HAVE PERFECTED YOUR RELIGION OH MOHAMMED! IS ISLAM (ISMI SELAM) (SELAM IS PEACE. LOVE, MERCY, KINDNESS WHIL "ISMI" MEANS "NAME". WHEN SPOKEN ISMISELAM PROUNOUNCED AS "EES-MEEH SALAM" ISLAM A DUTY AND OBLIGATION OF KINDNESS, MERCY PEACE AND LOVE REQUIRED TO BE SHOWN!

(51)

96-) DURING MY MINISTERIAL YEARS! CLENIFICATION IN ARGUMENT NO RABBI AND PRIEST WAS ABLE TO SHOW ME ANYOTHERWISE, (NAME OF RELIGION)
PROPHETS ABRAHAM, JESUS, SOLOMON, DAVID JOSEPH, NOAH, ZACHARIA, JOHN BAPTIST "YAHYA-TAHI" THEY "PEALE BE UPON THEM" FALL ON THEIR FACE PRAY TO LORD ALMIGHTY ALLAH. (GO SEE HOW MUSLIMS P.
BIBLE, GOSPEL, TORAH MANY PLACE OF PAGES PROSTRATION CAN BE READ. (BY FACE)

97-) WHY THERE IS CONFLICT OF SON OF GOD

WHILE HOLY QURAN CALLS IN CORRECT FORM GOD CALLED FOR CORRECTION OF HIPOCRAT ROMAN SOLDIER! A BELEIVER OF TWO RELIGION MITRAISM AND JUDAISM, A FOR HIRE-SINNER OF HIS TIME, A ROMAN DUAL CITIZEN OF TARSUS AND COLONY OF JERUSALEM, HIRED BY 12 ZIONIST RABBI TO KILL CHRISTIANS (MUSLIM - HIGHEST DEV. BELIEVER - MOUH-SELAM) (MISTER SAUL / ST PAUL)
WAS THE FIRST STONE THROWER OF KILLING OF SAINT APOSTLE STEPHAN-OUS.
THE NAME STEPHEN IS STEPHANOUS IN GREEK AND ARAMIAC AS BIBLE GOSPELS FIRST VERSIONS ARE IN ARAMIAC AND THEREAFTER IS GREEK - ICONIAN, IN ARABIC STEPHEN IS MUSTAFA.
JESUS (P.B.U.H) STATED "THOU SHALL A DIE IN THE HANDS OF OTHER, EXCEPT ONE" WHICH CAN BE VERIFIED IN ALL GOSPELS IS KEY SPECIFIC STATEMENT.
SAUL WHO TOOK NAME OF PAUL, BECOMING SUPPOSEDLY A SAINT, KILLED ALL APOSTLES OF JESUS, EXCEPT ONE JOHN OF EPHESUS "NOT TO BE CONFUSED AS JOHN THE BAPTIST ARE TWO DIFFERENT WHO IS SON OF PROPHET ZACHARIA KILLED BY KING HEROD, (P.B.U.H)

98-) RELIGION AND ITS LAWS CONTROL.
GOVERNED PEOPLE ALTHOUGH ROMANS
CRUCIFIED CHRISTIANS BECAUSE CHRISTIANS
WOULD NOT PAY TAXES IN FORM OF SACRIFICATI.

CRUCIFICATION IS A METHOD OF KILLING
PEOPLE OR CRIMINALS DURING TIMES OF
EGYPTIAN EMPIRE, ADAPTED BY ROMAN EMP.

ROMANS DECLARED THEIR FATHERS, MOTHER
AS GODS WERE POLYTHEIST, ALSO BELEIVED
THE MITRA WHO WAS SUPPOSEDLY ON <u>DECEMI</u>
<u>25TH</u>, WHILE <u>JANUS</u> TWO FACED GOD (JANUARY
ADAPTED AS A MONTH BEGINNING OF NEW YE

SAUL (SAINT PAUL) WHO IS ROMAN-PER
HIPOCRAT, A TENT MAKER-TRADEMAN WITH HIS
70 FOLLOWERS-ROMAN SOLDIERS WHO BELEIVEI
MITRAISM — A NEW TRINITY RELIGION OF
PAUL FATHER, MOTHER, SON KILLED AND TRAO
TO ROME TO KILL THE LAST, <u>APOSTLE PETER.</u>

<u>AD 49</u>, NERO BURNED ROME; MAKING
AND EXCUSE TO KILL CHRISTIANS, UPON THE
MOUNTAIN WHERE <u>NERO WISHED</u> TO BUILD
A PALACE WAS OCCUPIED BY <u>TWO SEC;</u>
OF CHRISTIANS! BELEIVERS OF ONE GOD
AND SAINT APOSTLE PETRUS (PETER) AND
OTHER SAINT PAUL (ROMAN-MITRA-PERSIAN J
—CHRISTIAN TRINITY LEADER CONVERTING ROM.
EASILY TO HIPOCRACY—POLYTHEIST WAY INVENTED)

SAUL WAS THE ONE WHO IMPRISONED JOHN
OF EPHESUS; OBTAINED LETTERS OF JOHN; AND
CHANGED SECTIONS AS "<u>SON OF GOD</u>" FROM SON C
<u>MARY IN GOSPEL, BIBLE</u>; IMPRISONED JOHN OF
EPHESUS IN KOS (OTTOMAN-ROMAN-GREEK ISLAND
ONE HOUR AWAY FROM EPHESUS BY SAILING)

TODAY WE HAVE NEW YORK STATE CHANGING
REPEALING ITS CONSTITUTIONS, WHICH ARE US CONST
AS SAUL/ST PAUL!

99-). PERPETRATOR NEW YORK STATE LIKE SAUL/SAINT PAUL-ROMAN-PERSIAN JEW-MITRA, A TRINITY CHRISTIAN INVENTED WHO CHANGED, EDITED GOSPEL, HOLY BIBLE A HIPOCRAT, REPEALED KNOWINGLY ITS CONSTITUTION AND CREATED A VOID CONTROVERSIAL PUBLIC LAW THAT INFRINGES PEOPLE RIGHTS UNDER ITS 4TH AMENDEMENT AND SECOND AMENDEMENT, IN BREACH OF ITS CONRACT WITH US, IN ORDER TO EMBEZZLE THE EXEMPTION ACCOUNTS OF PEOPLES SOCIAL SECURITY ACCOUNTS, FUNDS OF US TREASURY

100-) I AM A BEY, SCHOOLED AT LAW. KNOWN LAWS AND ABLE TO SPEAK, READ AND WRITE ENGLISH, TURKISH, SPANISH, ARABIC, RUSSIAN HEBREW, ARAMIAC, AND ANCIENT ROMAN (11) GREEK DIALECT ICONIAN AS I WAS BORN IN STATE OF AYDIN (IONIA) NEAR BY EPHESUS A CITY WHERE SECOND CHURCH OF SAINT JOHN BY THE AGEAN OCEAN WHERE MOTHER OF JESUS, MARIAM THE DEVOTE WORSHIPPER OF GOD

101-) I AM PROTECTED UNDER THE TREATIES OF TRIPOLI, WHICH ARE CURRENT, SPECIFICAL WITH THE 1790 US CONGRESS 5TH, NO # 122 AM A DIPLOMAT/MINISTER PROTECTED BY EXHIBIT A-2. 1790 TRIPOLI TREATY IS HANGED ON THE WALLS OF SUPREME COURT, WASHINGTON DC. ALONG WITH A HOLY QURAN WITH STATEMEN OF COURT OF SUPREME STATING PROPHET MOHAMMED (P.B.U.H) AND HIS TEACHINGS OF ISLAM BEING WORTHY OF PRAISE, AND PEACEFUL.

102-) I AGGRIEVED AN ADMIRAL CAPTAIN, A SEAMAN HOLD CAPTAIN LICENSE IN CONNECTICUT, IS INTERNATIONAL DIPLOMAT/MINISTER/TRADEMAN, BANKER KNOW LAWS OF UCC; AS WELL OPERATED IN BUSINESS WITH 1099 EMPLOYEES, MANAGED MY GRAND UNCLE BUSINESS, WITH 24 EMPLOYEES FROM 2004 TILL 2023 WAS RANSACKED BY THE CITY DEFENDANTS OVER THE COURSE OF 19 YEARS.

103-) FOR INSTANCE; BLOOMBERG IS A JEW/MITRA FOLLOWER WHO FREQUENTLY VISITS MITRA TEMPLE LOCATED IN THE CITY OF LONDON, OF GREATER LONDON TO DO HIS PRAYERS, AND TAKE A SHOWER WITH BLOOD OF SACRIFICAL, A BULL, WITH OTHER FOLLOWERS, BANKERS, BAR MEMBERS FROM ALL AROUND THE WORLD.

WHO ADAMANTLY ATTEMPTED TO VISIT CITY OF GAZIANTEP, OF MINOR ASIA OF TURKEY TO VISIT AN UNDER GROUND TEMPLE OF MITRA IN ROMAN POINT CASTLE-MILITARY STATION WHICH OVERLOOKS ROADS THAT RUNS TO SYRIA, IRAQ AND IRAN. IN ATTEMPT TO RESTORE SUCH TEMPLE OF MITRA, MAKE IT LIKE TEMPLE OF CITY OF LONDON AND DO WORSHIPPING, TO DO SACRIFICE CEREMONY ON DECEMBER 25TH, WAS NOT ALLOWED AND WAS WARNED TO REFRAIN TO DO SO.

TURKISH GOVERNMENT IS ALSO A GOVERNMENT / A COMMERCIAL CORPORATION WHICH HAS TWO EMPLOYEES WITH OFFICE IN WASHINGTON DC FOLLOWS COMMON LAW/CONSTITUTIONAL LAWS OF OTTOMAN WITH COMBINE STATUTORY ACTS OF SWISS LAW AND ROMAN JUSTINIAN CODEX IS A SECULAR GOVERNMENT THAT ALLOWS ONLY THREE RELIGION OF ABRAHAM "PEACE BE UPON HIM", ALL OTHER WAYS OF WORSHIPPING WAYS OF POLYTHEISM IS PROHIBITED AND FORBIDDEN.

ANOTHER 12000 YRS OLD TEMPE WAS FOUND OUTSKIRTS OF CITY OF URFA OF TURKEY (PROPHET ABRAHAM AND HIS WIFE SARA'S RESTING PLACE, PROPHET ABRAHAM'S WIFE SARA WAS FROM HITITE EMPIRE AS TORAH INDICATES. (GOBEKLITEPE

(5)

104-) WITH OVER 217 LAWS WAS FOUND CLOSE TO CITY OF BABYLON, IRAQ A.K.A HAMURABI CODEX, WHICH CONTAINT TERM FROM TORAH, SUCH AS "EYE FOR EYE, TOOTH FOR A TOOTH". BIBLICAL. (CODEX OF HAMURABI)

AB MEANS FATHER IN ARAMIAC, ALSO IN HEBREW AND ARABIC; WHILE RAHAM O RAHEEM MEAN CREATOR, GOD IN THREE LANGUAGES, WHILE I BELEIVE HAMUR MEANT "GOD" IN ANCIENT SUMMERIAN LANGUAGE. *GOD-FATHER= SERVANT FOR GOD*

HITITES SPOKE ACCADIAN LANGUAG SARA WIFE OF ABRAHAM. WAS AN HITITE WOMAN, WHILE PROPHET DAVID WHO KILLED GOLIAT MARRIED HIS WIDOW OF GENERAL NAMED URIA (HURIYA) IS HITITE, TURKIC NAMES! HAD SON PROPHET SOLOMAN, A KM AS WELL.

I BELEIVE PROPHET ABRAHAM (PBUH) WAS HAMURABI WHO CREATED THE CODEX THE TABLETS FOUND IN SUMMERIAN EMPIRE AND TABLETS FROM HITITE EMPIR CONFIRMS; THE GREAT FLOOD OF PROPHET NOAH AND FIRST BATTLE BETWEEN HITITES AND EGYPTIANS, ARMY BENG 30000 AND INVENTION OF WHEELS USED AS CHARIOTS.

RELIGION, LAW, HISTORY WAS SUBJECT JURISDICTION OF MY STUDIES.

I KNOW THE LAWS AND I DID NOT COMMI ANYCRIME. MY BROTHER ELDEST IS A DOCTOR DEAN PROFFESSOR IN POLITICAL SCIENCE, IN ECONOMICS IN ISTANBUL UNIVERS. GOOGLE ALI OSMAN BALKANLI ON INTERNET.

(56)

105-) DEFENDANT INDIVIDUALLY AND PERPETRATORS ARE MEMBERS OF BAR ASSOCIATION OF CITY OF NEW YORK, ALSO MEMBERS OF BAR OF NY STATE WHO HAVE OATH OF OFFICE WITH BAR ASSOCIATION TO PROTECT AND HOLD HARMLESS ONE ANOTHER IN COURTS ARE SWORN BY SUCH.

DEFENDANTS ; CLERKS, JUDGES, DISTRICT ATTORNEYS ALSO CARRIES ANOTHER OATH OF OFFICE TO UPHOLD CONSTITUTIONS OF US AND NY; IS A CONFLICT OF INTEREST.

U.S. DISTRICT JUDGES ARE BAR MEMBERS, AND APPOINTED BY CONGRESS AND US PRESIDENT WHILE MAGISTRATE JUSTICES ARE SWORN IN COURT OF FEDERAL TO PRACTICE, AND HAVE OATH OF OFFICE UNDER ARTICLE 6, SUPREMACY CLAUSE ARE LAW SCHOOL GRADUATES WITH LAW CLERK EXPERIENCE AS THE "MAGISTRATES" START THEIR LADDER WITH BEING "A LAW CLERK" AT US DISTRICT COURTS. (MAGISTRATES ARE JUSTICES OF PEACE)

INCOURTS, OR INNCOURTS ARE LOCATION IN CONTROL OF BAR ASSOCIATIONS WHERE BAR MEMBERS SETTLE MATTERS, CASES AND KICKBACKS IN FORM OF PAYMENT IS SETTLED OFF 99%.

OR KICK BACKS, SETTLEMENTS TAKES PLACE IN PRIVATE PLACES OR PROPERTIES WITH THE SECOND SET OF CAFR BOOKS. JUSTICE FOR SALE OR FOR HIRE AS DEFENDANTS SEES FIT TO IT. JUSTICE IS JUST AS THEY SEE FIT, REGARDLESS WHAT IS CONTROVERSY - (·BIASED·)(·JUSTICE 4 SALE·)

(57)

106- OCTOBER 30TH; 2024, TRANSFERRED BACK TO HOSTILE NOTORIOUS JAIL-NYC-DOC RIKERS FROM TORTURE OF NYS-MIDHUDSON PSYCHIATRIC PRISON HOSPITAL'S SLAVERY, WAITING TO APPEAR AT JUDGE-PERPETRATOR "IRA MARGOLIS" COURT ROOM AT QUEENS SUPREME COURT CRIMINAL PART ON NOVEMBER 21, 2024 (WHO CALLED ME SOVEREIGN)

107-) PERPETRATOR-JUDGE-DEFENDANT "IRA MARGOL ORDERS ANOTHER VOID STATUTORY ACT OF 730, FOR EVALUATION; CONSENTED BY INCOMPETENT IN-EFFECTIVE ATTORNEY IN LAW WHO WAS FIRED ON RECORD. WHICH I DID NOT CONSENT. DID REQUESTED ANOTHER ATTORNEY AT LAW, PREFER AN 18B-PRO BONO LAWYER TO BE ASSIGNED TO THE CASE WAS GIVEN ANOTHER ORDER OF VOID-STATUTORY ACT PL730 (HE ADMITS I AM SOVEREIGN)

108-) MINISTRY OF FOREIGN AFFAIRS OF SUPERIOR CHURCH OF NETHERLAND FILES MOTIONS AND EVIDENCE OF COPYRIGHT, TRADEMARK AND EVIDENCE OF DIPLOMATIC/MINISTERIAL IMMUNITY REQUESTING COURTS TO RELEASE ME UNDER TRUST LAWS; AS MY NAME AND ME BEING A TRUSTEE, PROPERTY OF INTERNATIONAL PRIVATE TRUST WHICH THE COURTS LACKS SUBJECT MATTER JURISDICTION. (ON RECORD) (SEE COURT FILES AND MINUTES OF PROCEED-INGS ON VARIOUS DATES UNTIL 05.19.2025.

109-) AT THIS POINT, 6TH AMENDMENT VIOLATION OCCURING, IN BREACH OF MULTIPLE LAWS, INCOMPETENT, INEFFECTIVE COUNSEL IN LAW WARNS ME IN JAIL-CELL ADVISES ME NOT TO MENTION THE CONSTITUTIONS IN COURT. HE THEN RIPS APART THE DIPLOMATIC IMMUNITY PAPERS IN FRONT OF ME STATING THAT THESE ARE BULLSHIT, A HORSESHIT, NOTHIN GIVES ME IMMUNITY. (VIOLATION OF ARTICLE 4 SECTION ONE US CONSTITUTION

110-) MAY, 19TH 2025; AT THIS POINT I AGGRIEVED AM EXHAUSTED, RESTLESS OVERWHELMED WITH REPEATED TORTURE, BY WAY OF IMPRISONMENT, DRUGS, PYSHCOPATIC INJECTIONS FROM MID HUDSON PYSLHIATRIC POISON HOSPITAL CONTINUED TO "MENTALLY-ILL DORMS" WHICH MEDICAL NURSES, DOCTORS ON STANDBY; WAS HOPELESS THAT THE CASE IS GOING NO WHERE BUT TO TRIAL BY JURY OF TWELVE; WITH A INCOMPETENT, INEFFECTIVE ATTORNEY IN LAW "MR. FRANCIS GIBBONS"; WHO WARNED ME NOT TO TALK ABOUT CONSTITUTIONS OR VOID PUBLIC LAWS WHO STATED THAT DIPLOMATIC MINISTERIAL IMMUNITY DOCUMENTS ARE BOGUS, HORSESHIT AND ARE BULLSHIT, THEREAFTER RIPPED THEM APART; DECLARES THAT I AGGRIEVED GO TRIAL INFRONT OF 12 JURORS WHICH HE WILL REPRESENT AND BLOW THE CASE GO IN PRISON FOR 15 YEARS OR MORE ON 8 COUNTS OF PL 265 VOID STATUTORY ACT OR TAKE THE PLEA DEAL FOR ONEDAY OVER-LIFE A.K.A 330OE WHICH I AM KEPT FOR 10 YEARS AT MENTAL HEALTH HOSPITAL-PRISON, LIKE MIDHUDSON PYSCHIATRIC PRISON-HOPITAL UNDER ORDER OF 730-50 OR TAKE THE TWO AND HALF YEARS IN PRISON AND BE FREE WITH TWO YEARS OF PAROLE WAS ONLY OPTIONS ON TABLE!...

Case 1:24-cv-07166-AMD-CHK Document 62 Filed 04/23/20 Page 57 of 158 PageID #933

111-) ALL PROSECUTION CHARGING PAPERS ARE SIGNED BY DEFENDANT MELINDA KATZ (CATS) HEREAFTER COLLECTIVELY CALLED, NAME "CATS" THEY HAD IT FOR ME; FROM PRIOR YEARS, PRIOR PROSECUTION OF VOID CONTROVERSIAL-UNCONSTITUTIONAL PUBLIC LAW 265 WHICH WERE DISMISSED OR DISMISSED UNDER VOID CPL730, REALLY HAD IT FOR ME AS ONE OF THE ATTORNE AT LAW WHO WAS IRISH, A FINE MAN WHO KNEW ENGLISH AND U.S COMMON LAW WHO ALSO KNEW ALL THE CONSTITUTIONS OF NY AND US, KNEW LAW OF MAXIMS AND LAWS OF EQUITY NOTICED ME AND INFOR ME THAT D.A. "MELINDA KATZ" AND "NATASHA LEVI" IS "PISSED OFF" AND HE CAN NOT ASSIST ME CAUSE THE "CATS" REALLY WAN GET ME AND I AM ON MY OWN AT VOID CHARGE OF VOID PL 265 ON 01-12 2022 ARREST. (NATHAN R. BROWN) (DISMISSED)

112-) THE CATS DEFENDANTS CONSIDERED DECEMBER 31, 2023 AS VIOLENT AS THE, OBTAINED A DETAINEE WARRANT BY I.C

113-) DECEMBER 1ST, 2025, WOODBOURNE PRIS I RECEIVED PAROLE RELEASE PAPERS SHOWING ICE WARRANT, AM TO PROCEE UPON RELEASE. CONDITIONAL RELEASE IS 4 MONTHS 10 DAYS EARLIER ON FEBRUAR 12, 2026 DUE GOOD BEHAVIOUR. (TO DHS)

114-) CANCELLATION REMOVAL IS (10) TEN YEAR IT IS AFFORDED TO ALIENS WHO HAVE US TIES. IN 1993, I WAS CHARGED WITH VOID PL CONVICTED UPON PLEA WHICH I AM APPEA FEDERAL IMMIGRATION JUDGE IN HARTFOD, CONSTITUTION STATE ON RECORD, HE DECLARED TH 1993 CONVICTION INCOHERANT, MADE ME THINK FOR 16 YEARS AS HE WAS CURRENT TO HIS OATH

114-) BECAUSE OF JUDGE GRANTED MY CANCELLATION OF REMOVAL REQUEST, I WAS ABLE TO ADJUST MY STATUS TO LAWFUL PERMANANT RESIDENT IN 2010.

115-) ON 02-23-2023, I BECAME A FOREIGN PUBLIC - A US NATIONAL WITH DECLARATION OF IN ITINERE, APOSTLE STATUS WITH IMMUNITY FROM PROSECUTION FROM COURTS OF STATES AND COURTS OF UNITED STATES, RECORDED REGISTERED TO USA - UNITED STATES OF AMERICA, STATE OF NEW YORK, DEPARTMENT OF STATE, ON MARCH 17TH, 2023 SIGNED BY DEPUTY SECRETARY OF STATE. (SEE EXHIBIT A-2)

116-) ARTICLE 4 — SECTION 1

"FULL FAITH AND CREDIT SHALL BE GIVEN IN EACH STATE TO THE PUBLIC ACTS, RECORDS, AND JUDICIAL PROCEEDINGS OF EVERY OTHER STATE."

PERPETRATORS AND DEFENDANTS ARE IN BREACH OF ARTICLE 4 SECTION ONE WHEN AND WHERE THE DEFENDANTS FAILED TO GIVE FULL FAITH AND CREDIT (SEE EXHIBIT A-2) ALSO IN BREACH OF ARTICLE 4 SECTION TWO - SUB-DIVISION ONE WHICH "THE CITIZENS OF EACH STATE SHALL BE ENTITLED TO ALL PRIVILIGES AND IMMUNITIES OF CITIZENS IN THE SEVERAL STATES." (SEE EXHIBIT A-2) WHERE AS DEFENDANTS WRONGDOERS WERE AND ARE DIRECT BREACH OF 4TH AMENDEMENT AS I AGGRIEVED APOSTLE DIPLOMAT PLAINTIFF HAD AND HAVE RIGHT TO BE SECURE ON MY PAPERS.

4TH AMENDEMENT GUARANTEES THAT "THE RIGHT OF THE PEOPLE TO BE SECURE IN THEIR PERSONS, HOUSES, PAPERS AND EFFECTS AGAINTS UNREASONABLE SEARCH AND SEIZURE SHALL NOT BE VIOLATED, NO WARRANTS SHALL

(6)

ISSUE, BUT UPON PROBABLE CAUSE,
(WITH) SUPPORTED BY OATH OR AFFIRMATION
(AFFIDAVIT SIGNED BEFORE PUBLIC NOTARY
WHICH THEN TRANSFERRED TO A JUDGE WHO
HAS AN OATH OF OFFICE, IN CRIMINAL OR
CIVIL COURTS; ATTACHED TO WARRANT TO
COMPLETE THE WARRANT)

117-) DEFENDANTS-WRONGDOERS AND PERPETRATOR
JOINTLY AND INDIVIDUALLY CORPORATED AND
INCORPORATED, PRODUCED FORGED INTRUMENT
CONSTRUCTIVE TRUST/FORGED COMMERCIAL NOTE
UNDER U.C.C /FRAUD DOCUMENTS WHICH
THE DEFENDANTS KNEW THE DEFENDANTS
COULD NOT DO SO, DID COMMIT ACTIONS
OF TRESPASS, CONSTRUCTIVE TRESPASS,
ROBBERY, KIDNAPPING, BARRATRY (RACKETE
RING) (VIOLATIONS OF RICO), UNLAWFUL AND
ILLEGAL IMPRISONMENT WITH CRUEL UNUSUAL
PUNISHMENT, INTO SLAVERY WITH INVOLUNTA
SERVITUDE;

118-) WHEREBY IN BREACH OF THEIR CONTI
WITH-US GOVERNMENT UNDER ARTICLE 6 SUPRE
MACY CLAUSE;
WHEREAS ALL THE DEFENDANTS WRONG
DOERS-PERPETRATORS ARE IN RIGHT SMACK
DAB CENTER OF VIOLATIONS OF 15 USC
SECTION ONE AND TWO AND IN VIOLATION
OF CONSTITUTIONS OF UNITED STATES IN
DEPRIVATION OF RIGHTS UNDER THE COLOR
OF LAW (TITLE 18 U.S.C SECTION 242
AND 241 AND 243)
WHEREFORE DEFENDANT WRONGDOERS ARE
(INCLUDING THE PERPETRATORS) FULLY LIABLE
JOINTLY, INDIVIDUALLY, VICARIOUSLY FOR
THEIR ACTIONS AND INACTIONS WITH WHICH
WERE WITH MALFEASENCE, MISFEASENCE AT
NONFEASENCE WHICH PUTS THEM, RIGHT

121-) WHEREAS I THE AGGRIEVED, PLAINTIFF PRO SE PROPID PERSONAM; THE FOREIGN US NATIONAL GRANTOR, BENEFICIARY CREDITOR; ALL CAPS COPYRIGHTED-TRADEMARK NAME <u>MUHARREM BALKANLI</u>; AN INTERNATIONAL FOREIGN PRIVATE TRUST, "<u>ENS LEGIS</u>" AND A DIPLOMAT/MINISTER APOSTLE HEREBY PRAYS AND RESPECTFULL REQUIRES OF BALKANLI'S COURT'S TRIBUNAL PANEL OF JURORS OF JUDGES OF MY PEERS; WHO MUST BE ONLY US NATIONALS TO DECE AND ORDER IN THE FOLLOWING MANNER WHEREFORE;

1-) AN ORDER, A DECREE NULLYFYING PUBLIC LAW OF 265 AND 730 AND DIRECT; CONGRESS OF NEW YORK, AND ITS PRINCIPAL AND ITS AGENCIES TO NULLIFY SUCH SAID STATUTORY ACTS AS THE PUBLIC LAW OF 265 AND PUBLIC LAW 730 ARE VOID-AB INITIO-NULL- NOW FROM THEN' FROM ITS BEGINNING, NUNC PRO TUNC CONTROVERSIAL-UNCONSTITUTIONAL- UNLAWFUL AND ILLEGAL STATUTORY ACTS.

2-) ISSUE AN ORDER, A DECREE IN RES; RATION OF ITS ORIGINAL CONSTITUTION OF NEW YORK OF 1706 YEAR OF MY LOR AND OR 1846 CONSTITUTIONS OF NY WHICH MANDATES RATIFICATION DIRECTING NYS CONGRESS TO REFLECT SUCH RESTORATION TO ITS ORIGINAL VERSIONS OF 1706 OR 1846 YEAR OF MY LOR NOTIFYING ORDER TO MAKE THE NECES CHANGES TO NY PRINCIPALS, GOVERNOR ITS AGENTS; FURTHER'

(64)

3-) DECREE AN ORDER, NULLIFYING ALL CRIMINAL CASES UNDER PUBLIC LAW 265 AS IT IS VOID-INCOHERANT UNLAWFUL STATUTORY ACT; IN ALL OPEN CASES IN ALL COUNTIES OF NY

4-) DECREE AN ORDER NULLIFYING ALL CASES WHICH ARE PENDING WHICH RECEIVED VOID CPL 730 ORDERS ON IT, UNLAWFULLY SUBJECTED THE PERSONS INTO INVOLUNTARY COMMITMENT IN ALL COUNTIES OF NEW YORK STATE AND DELIVER SUCH ORDERS TO NYS GOVERNOR AND NYS CONGRESS ALBANY TO HAVE REFLECTION OF NULLIFICATION.

5-) DECREE AN ORDER; RELEASING DEFENDANT FROM PRISONS OF NY STATE WHO ARE IN UNLAWFUL CUSTODY BY VOID STATUTORY ACT PL 265; NOTIFYING ORDER TO NY STATE GOVERNOR, CONGRESS AND ITS AGENTS TO HAVE SUCH PRISONERS TO BE RELEASED UNDER "BALKANLI'S AMNESTY AND RESTORATION OF LIBERTY" ACT.

6-) DECREE AN ORDER; DIRECTED TO NY STATE AND NYS CONGRESS TO ISSUE EMERGENCY ACT OF RESTORATION OF LIBERTY TO ALL PATIENTS UNDER ARTICLE 730 CPL-VOID STATUTORY ACT; A ORDER RELEASING ALL ARTICLE 730 PATIENTS TO THEIR FREEDOME AS THEIR CASES PENDING ARE NULLIFIED BY VOID CPL 730.

7-) DECREE AN ORDER, ACCOMPANIED WITH THIS AMENDED VERIFIED COMPLAINT THAT IS A NOTICE, AN AFFIDAVIT SWORN AND A VERIFIED CLAIM TO U.S. ATTORNEYS OFFICE CRIMINAL DIVISION; DIRECTING US ATTORNEY OFFICE TO CONDUCT INVESTIGATION AND OBTAIN WARRANTS FROM MAGISTRATE'S COURT ON DUTY.

8-) DECREE AN ORDER, WHICH THIS IS THE SUPPORTING OATH AND AFFIRMATION FOR US ATTORNEY TO OBTAIN SEARCH AND SEIZURE, WARRANTS FOR ARREST THE WRONGDOERS DEFENDANTS AS THE DEFENDANT ALL ACTED OUT OF THEIR OATH OF OFFICE IN BREACH OF CONTRACT, IN BARRATRY, IN RACKEETEERING WITH MALFEASENCE, NON-FEASENCE, WITH MISFEASENCE.

9-) ISSUE AND DECREE AN ORDER; DELIVERING IT TO IMMIGRATION CUSTOM ENFORCEMENT AND IMMIGRATION COURT TO STAND DOWN AND DISMISS THE PROCEEDING, "A LONG" WITH A DECLARATION ORDER DECLARING ME AS A US. NATIONAL WHICH IN RECOGNITION OF EXHIBIT A-2; RELEASING THE AGGRIEVED US NATIONAL, I WE TO MY FREEDOME IN THE LAND OF THE FREE HOME OF THE BRAVE, AMERICA THE GREAT.

10-) ISSUE A DECREEING ORDER DIRECTING US PASSPORT AGENCIES OR ITS AGENTS TO ISSUE ME A DIPLOMATIC US NATIONAL PASSPORT, NOT A US CITIZEN PASSPORT AS I HAVE NO INTENTIONS TO BECOME US CITIZEN. IN ACCORD WITH 1790 TREATY OF TRIPOLI WHICH STATES "PROPER PASSPORT BE ISSUED TO EACHOTHER AS ALL US CITIZENS HAVE A RIGHT TO BECOME TURKISH CITIZEN. (RESERVED AND PRESERVED UNDER TREATY AND VALID AND CURRENT

11-) ISSUE A DECREEING ORDER IN RESTO-RATION OF MY PROPERTY THAT WERE UNLAWFULLY AND ILLEGALY TAKEN FROM ME; MY PERSON. (SEE TRIPOLI TREATY 1790 US CONGRESS 5TH NO#122")

12-) ISSUE AN ORDER FOR RESTITUTION IN ACCORD WITH MY FEE SCHEDULE REGISTERED TO MULTI DEPARTMENTS OF GOVERNMENT LOCAL, STATE AND US;
USE OF PROPERTY;
$100.000.000.00 FOR EACH MINUTE FOR EACH PROPERTY FOR USE AND OCCUPANCY

12-) ISSUE AN ORDER! FOR RESTITUTION IN COMPENSATION IN ACCORD WITH MY FEE SCHEDULE REGISTERED
$100.000.000.00 FOR EACH MINUTE FOR UNLAWFUL DETAINMENT, UNLAWFUL ILLEGAL ARREST.

13-) ISSUE AN ORDER "DO NOT STOP, DO NOT DETAIN, DO NOT ARREST." TO ALL DIRECTIVE ORDERS NATIONWIDE; REGISTRY A DIPLOMAT / APOSTLE / US NATIONAL TO NYPD COMPUTERS AND STATE AGENCIES TO REFLECT SUCH NOTICE. I AGGRIEVED DO NOT BE BOTHERED BY THEIR AGENTS AND AGENCIES LOCAL, CITY, STATE AND NATIONWIDE - ("DIPLOMATIC IMMUNITY 3 WAYS".)

14-) ISSUE AN ORDER, NO FACTS TRIED BY A JURY OF TWELVE PANEL OF PEERS OF TRIBUNALS; SHALL BE OTHERWISE REEXAMINED IN ANY COURT OF UNITED STATES, THAN ACCORDING TO THE RULES" OF COMMON LAW. (SEE AMENDEMENT 7TH)
"SEE US COURTS WEBSITE STATE COURTS IS COMMON LAW COURTS, FEDERAL COURTS ARE COURT OF RECORD, COURT OF RECORD MOVES ONLY UNDER COMMONLAW."
"1801 JURIS NOVIS SECONDOM: FEDERAL COURTS ARE COURT OF RECORD, COMMON LAW COURTS. US DISTRICT COURT IS THE FEDERAL PROPER COURT." (PAGE 322 OR 325,

15-) ISSUE AN ORDER DECREEING DELIVERY OF ALL ORDERS TO STATE, LOCAL, CITY AGENCIES AND ITS PRINCIPALS AND RES PECTFULL THEIR CONGRESSES CITY AND STATE AND TO FEDERAL IMMIGRATION COURT; TO ICE AND TO NYPD, NATIONAL AGENCIES

16-) ISSUE AN ORDER REVERSING MY CONVICTIONS OF PL 265 VOID STATUTORY ACT; WITH VOID CPL 730; ORDER DESTROYING THEIR RECORDS OR RETURNING ALL DNA FINGERPRINTS, FILES TO MY ATTENTION

17-) ISSUE ORDER; RESTORATION OF ALL PROPERTY TAKEN

I, WE THE AGGRIEVED ONE OF THE PEOPLE OF UNITED STATES, FOR THE PEOPLE OF UNITE STATES; BY THE PEOPLE OF UNITED STATE DO HERE BY SOLEMLY SWEAR UPON ALL THE AFOREMENTIONED ABOVEFORE GOING IS TRUE AND CORRECT AND I WE THE PEOPLE WILL VERIFY TO THE SAM IN ANY OPEN COURT OF UNITED STATE AND INTERNATIONAL CRIMINAL COURT OF HAGUE, NETHERLAND.

DECEMBER 16TH, 2025
MUHARREM BALKANLI
AGGRIEVED PLAINTIFF
PROSE; PROPIA PERSONAM

PUBLIC NOTARY

SWORN BEFORE ME, APPEARED ON THIS 17th DAY OF DECEMBER, 2025, KNOWN TO ME AS MUHARREM BALKANLI, WOODBOURN PRISON, N

PUBLIC NOTARY SIGNATURE

BONNIE D. HUEBSCH
Notary Public, State of New York
No. 01HU6367456
Qualified in Sullivan County
Commission Expires November 20, 2029

# EXHIBIT A



AFFI|1074820|1071349

Q23650600

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR, COUNTY OF QUEENS

THE PEOPLE OF THE STATE OF NEW YORK |          STATE OF NEW YORK
                                     |          COUNTY OF QUEENS
                    V.               |
                                     |
    MUHARREM BALKANLI (53Y)          |
                         DEFENDANT|
                                     |

POLICE OFFICER RENZO BETANCUR OF 114TH PRECINCT, TAX REG#: 963402,
BEING DULY SWORN, DEPOSES AND SAYS THAT ON OR ABOUT DECEMBER 31 2023
BETWEEN 4:30PM AND 4:40PM, AT THE SE INTERSECTION OF 35 STREET  AND 21
AVENUE, COUNTY OF QUEENS, STATE OF NEW YORK, THE DEFENDANT COMMITTED
THE OFFENSES OF:

PL 265.03 (1) (B) (EFF 12/15/2006) [CF] CRIMINAL POSSESSION OF A
      WEAPON IN THE SECOND DEGREE - AN ARMED FELONY OFFENSE
PL 265.03 (3)  (12/15/2006) [CF] CRIMINAL POSSESSION OF A WEAPON IN
      THE SECOND DEGREE - AN ARMED FELONY OFFENSE
PL 265.02-8 (EFF.9/4/2022) [DF] CRIMINAL POSSESSION OF A WEAPON IN THE
      THIRD DEGREE
PL 265.01-B-1 (EFF. 3/16/2013) [EF] CRIMINAL POSSESSION OF A FIREARM
      (EFF.  3/16/2013

PL 265.03 (1) (B) (EFF 12/15/2006) [CF] CRIMINAL POSSESSION OF A WEAPON
IN THE SECOND DEGREE - AN ARMED FELONY OFFENSE
      --- WITH INTENT TO USE THE SAME UNLAWFULLY AGAINST ANOTHER,
      POSSESS A LOADED FIREARM;

PL 265.03 (3)  (12/15/2006) [CF] CRIMINAL POSSESSION OF A WEAPON IN THE
SECOND DEGREE - AN ARMED FELONY OFFENSE
      --- POSSESS ANY LOADED FIREARM.  SUCH POSSESSION SHALL NOT,
      EXCEPT AS PROVIDED IN SUBDIVISION ONE OR SEVEN OF SECTION 265.02
      OF THIS ARTICLE CONSTITUTE A VIOLATION OF THIS SUBDIVISION IF
      SUCH POSSESSION TAKES PLACE IN SUCH PERSON'S HOME OR PLACE OF
      BUSINESS;

PL 265.02-8 (EFF.9/4/2022) [DF] CRIMINAL POSSESSION OF A WEAPON IN THE
THIRD DEGREE
      --- POSSESS A LARGE CAPACITY AMMUNITION FEEDING DEVICE;

PL 265.01-B-1 (EFF. 3/16/2013) [EF] CRIMINAL POSSESSION OF A FIREARM
(EFF.  3/16/2013
      --- POSSESS ANY FIREARM.

# INSTRUMENT OF FULL POWERS

## ministry of foreign affairs for superior church



### FULL POWERS

I, j medina bey, Head of State, Head of Diplomatic Missions and Minister of Foreign Affairs],

**HEREBY AUTHORIZE** [maharrem balkanli] foreign member to [sign *, ratify, the following declaration in respect of, The Vienna Convention on Diplomatic Relations of April 18, 1961 and The Hague Convention of October 5, 1961, All International Agreements Effecting U.S. State Laws.] on behalf of All Ministers, and members, of Foreign Affairs In Which as a Group Create a Foreign Entity.

Done at [place] on [date].

Consulate  Jan 3, 2023

_____
[Signature]



# Declaration of Neutral *in Itinere*
## Status Apostille Affidavit

*(Convention de La Hay du 5 Octobre 1961)*

The Undersigned Foreign Member/National, maharrem balkanli, provides to Officers, Officials, Employees, Agents, and Representatives of the United States and its subsidiary municipal corporations final notice of **ENFORCEMENT** by way of affidavit to stand down, cease and desist of all prosecution.

**NOTICE TO FEDERAL AND STATE OFFICIALS**

The person to whom the Credential Hereby depicted pertains is a Private Sovereign of a foreign state in relation to the United States pursuant to the Title 28 USC § 1603 (b), and is immune from the jurisdiction of the Courts of the United States and of the States, Title 28 USC § 1604 just as it is recognized at Public Law 94-583, 90 Stature 2892, the Vienna Convention on Diplomatic Relations of April 18, 1961, and the Hague Convention of October 5, 1961.

Whoever violates the immunity of a foreign state may be criminally sanction in accordance With Public Law 92-539 and 94-467, Title 18 USC § 112, 878 970, 1201, and 1116, as Public Ministers/Nationals are entitled to all of the immunities of the State for whom they act as recognized by the Law of Nations.

I, maharrem balkanli, A Foreign Member/National, declares **neutral *in itinere*** status being the National on the land known as Turtle Island known today as The United States of America and several States, effectively invoking the protections of International Law as against the war powers administered by the United States Department of State.

Signature _____ date 1-3-23AD

All rights Reserved

FRANKLIN JAVIER
Notary Public, State of New York
No. 01JA5067349
Qualified in Bronx
Commission Expires 10/15,26

# EXHIBIT A-3



U.S.A MAIL PUBLIC NOTICE

18 USC
Section 134t
Section 134t
MAIL FRAUD
WARNING

AFFIDAVIT + **NOTICE** + CLAIM

TO WHOM IT MAY CONCERN

To the following Respondents:                                           , Claimant

Honorable Presiding Judge                    c/o

or current office holder in chambers         c/o

Queens County        , in chambers          c/o

Certified Mail No.

Clerk of Court, Supreme Court of State of New York, Criminal Cou
Queens County and District Attorneys and its office
Judges, Legal aid Society and Attorney General
for New York State and US Attorney offices
Date February-21-2024    To All Attorneys of record

Re: MUHARREM BALKANLI ©TMR Case # 000073-24QN

NOTICE TO AGENT IS NOTICE TO PRINCIPAL.
NOTICE TO PRINCIPAL IS NOTICE TO AGENT.

FOREIGN DIPLOMAT AMBASSADOR-DIPLOMAT MINISTER

Dear Judge and other Respondents:

Please note that I have been informed the court sold bonds
and/or securities bearing the name MUHARREM BALKANLI ©TMR
under S.S.N.068802579 without my knowledge and
consent which I believe is securities fraud as well as a breach of
your fiduciary duties. While I am not making such an
accusation at this time, I am giving you an opportunity to rectify
the situation. Enclosed you will find G.S.A. forms OF90
(Release of Lien on Real Property), OF91 (Release of Personal
Property from Escrow), SF28 (Affidavit of Individual Surety),
SF24 (Bid Bond), SF25 (Performance Bond), SF25A (Payment
Bond), and an endorsed bill of exchange. These bonds authorize
you to order the release of the defendant / surety from prison
and/or conditions of release. I demand to be set at liberty
immediately. I also request that the record for Case # 000073-24QN
000073-24QN be amended to reflect the proper accounting to
maintain the integrity of the data used in the national matching

Page 1 of 10

program. It is my intent, through use of these government forms, to access the remedy as the accommodation party in order to settle and close the case and all associated accounts. It is my understanding that the Defendant / Trust has been an agency / vessel of the United States (presumed to be in *Cestui Que Vie*) and a resident of the NEW YORK STATE and the UNITED STATES since 1990.

## MEMORANDUM OF LAW

- 27 C.F.R. § 72.11 defines any type of offense / crime against any Federal or State codes as a commercial exercise (see Commercial Crimes).
- 26 U.S.C. § 2652 (b)(1) defines a trust as "any arrangement (other than an estate) which, although not a trust, has the substantially same effect as a trust".
- Title 12 U.S.C. § 1813 (L)(1) defines a deposit as "any note deposited in a demand deposit account becomes the equivalent of cash and is a cash proceed".
- Title 12 U.S.C. § 411 states that all Federal Reserve Notes may be redeemed for lawful money at any Federal Reserve Bank on demand.
- COMMERCIAL CODE 11-3-104(E) [U.C.C. 3-104 (E)]
"An instrument is a 'note' if it is a promise and is a 'draft' if it is an order. If an instrument falls within the definition of both 'note' and 'draft', a person entitled to enforce the instrument may treat it as either."
- COMMERCIAL CODE 11-3-419(B) [U.C.C. 3-104 (B)]
"An accommodation party may sign the instrument as maker, drawer, acceptor, or indorser and, subject to subsection (d), is obliged to pay the instrument in the capacity in which the accommodation party signs. The obligation of an accommodation party may be enforced notwithstanding any statute of frauds and whether or not the accommodation party receives consideration for the accommodation."
- "Silence can only be equated with **fraud** when there is a

legal or moral duty to speak, or when an inquiry left unanswered would be intentionally misleading. . . . We cannot condone this shocking conduct. . . . If this is the case, we hope our message is clear. This sort of deception will not be tolerated, and if this is routine, it should be corrected immediately." (*U.S. v. Tweel*, 550 F2d 297, 299-300)

- Maxim of Equity: "Where there is a wrong, there must be a remedy."
- insinuation (Black's Law Dictionary 5th and 8th editions) – In civil law, the act of depositing (an instrument) with a public registry for recording. 2. A document that evidences a donation of property.
- [Fed. Reserve Board 2046 balance sheet], [I.R.S. Form 1041 instruction booklet pgs. 2, 6, and 13], [I.R.S. 6209 decoding manual].
- [Federal Rules of Civil Procedure, Rule 8(c)(1) regarding affirmative defenses]

The enclosed accepted bill of exchange is endorsed on the back showing QUEENS CRIMINAL as payee and MUHARREM BALKANLI as the payor as in a check. I am the contracting officer for said Trust, and no contracts are entered into without my signature. The Trust known as MUHARREM BALKANLI account #06802519 , has a bonded escrow account located at the D.T.C. from which all necessary funds may be accessed including all incidents stemming from, relating to, or having any relationship to, from, or with Example County, State for and on behalf of beneficiary m. balkanli This fraud was brought upon the Court when, as co-fiduciary trustees, they represented the plaintiff / principal(s) as the above-listed plaintiff / principal(s) knowing that the Securities and Exchange Commission (S.E.C.) SQ/SA and 424b5 prospectus filing(s) listed different entity(s) ownership(s), and **I believe that no evidence to the contrary exists**. The above-named Administrators, Executors, Representatives, and Fiduciary Trustees while acting in their official capacities agree to hold the Grantor / Beneficiary, m. balkanli , harmless from any liability or loss by indemnification and bond from any and all possible taxable terminations, transfers, distributions, direct

skips originating from the Legal Estate of the Decedent, with political commercial account No.

SSN: 0688025l9

The expiration of seventy-two (72) hours after your receipt of this Indenture Agreement and private Indemnity Bond, without the total and complete correction of the record, will constitute a breach of contract with a summary judgment and an international commercial Notice of lien on the real and movable property, malpractice bond(s), and non-performance bond(s) of each and every Co-Fiduciary / Trustee, Co-Administrator, and all others similarly situated, *et al.*

This appointment will not be affected by the addition of Co-Administrators and Co-Fiduciary Trustees from time to time by the Grantor / Beneficiary, M. balkanli . {*Beatty v. Guggenheim Exploration Co.*, 122 N.E. 378 (/9/9). 225 N.Y. 380. 119 N.E. 575. 223 N.Y. 294 (/9/8). Landmark case all constructive trust} as they become known. Failure to correct the record and settle the account within seventy-two (72) hours will constitute a Trust *ex maleficio* and will result in a claim of Fiduciary Trust fraud for the wrongful conversion of Beneficiary's private beneficial interest including the conversion of counterfeited securities and obstruction of justice with a claim to the international community and to the Criminal Tax Division of the Internal Revenue Service for criminal tax evasion of $500,000.00 including but not limited to many years in prison ( *Trezevant v. City of Tampa* ) and a 1099OID and a 1099C showing you as the recipient of the funds on this taxable instrument(s) for the execution of penalties for counterfeit securities issued against M. BALKANLI without any agreement or lawful contract.

Pursuant to this Private Settlement Agreement Judgment, **IT IS DECLARED:**

There now exists a private contract between us and what I expect of the co-administrators and co-fiduciary trustees to remain on your side of the Declaration of Rights that precedes and attaches to the NEW YORK STATE corporation / CRIMINAL COURTS constitution and that you remain in the state corporation subordinate constitution and out of my domain which is the declaration of

the Bill of Rights and:

*[handwritten: NO BS - STATUTORY legislative codes act...]*

1. THAT any conducted court proceedings are intended to be of competent jurisdiction; *[handwritten: COMMON LAWS OF US CONSTITUTIONS AND NY CONSTITUTIONS - NONE ASSUMPSIT - NO STATORY ACTS]*

2. THAT the Plaintiff is a corporation with DUNS # *[handwritten: ONLY COURT OF RECORD multiple names with multiple CUSIP frauds with multiple DUNS # also Recorded with IRS Criminal Division]*

3. THAT the Plaintiffs have failed to state a claim upon which relief can be granted [12(b)(6)]; *[handwritten: and US Treasury Tax Fraud Dept.]*

4. THAT the act of criminal barratry will be charged to the clerk of court and/or the court administrator for any reassignment of fiduciary duty by the court administrator and/or denial of the filing of this Private Settlement Agreement Order creating the denial of the right to access the court; *[handwritten: 18 USC 241, 242, deprival of colors of law, plus section 1346 + 1242 wire fraud]*

5. THAT the act of criminal barratry will be charged to the judge / agent, clerk of court, and/or court administrator for any controversy brought into this court in opposition to this Private Settlement Agreement; *[handwritten: Plus illegally monopolizing trade and commerce of a private trust 15 USC section -1- and 2, Fines $100000000.00 enti... and 10 years imprisonment, plus $ 1 million for person.]*

***Counterfeit Securities-- Pursuant to Title 18 U.S.C. § 4, of the commission of crimes cognizable by a court of the United States under Title 18 U.S.C. § 513 to wit:***

***"513(a) Whoever makes.. utters or possesses a counterfeited security of a State or political subdivision thereof or of an organization with intent to deceive another person, organization, or government, shall be fined not more than $250,000.00 or imprisoned not more than ten years, or both. See also Sections 2311, 2314, and 2320 for additional fines and sanctions. Among the securities defined at 18 U.S.C. § 2311 is included "evidence of indebtedness" which, in a broad sense, may mean anything that is due and owing which would include a duty, obligation, or right of action.*** *[handwritten: which you will find yourselves right smack dab in center of multiple violations]*

6. THAT abuse of office and official misconduct will occur for any failure of the clerk of court and/or court administrator *[handwritten: including Banking, Tax frauds over 20 years! NO JOKE -]*

and/or judge / agent to place this Private Settlement Agreement into the evidence file;

7. THAT standard judicial operating procedures (S.O.P.) can never overrule obstruction of justice or due process [*Trezevant v. City of Tampa*];

*USE OF PROPERTY FEE*
*Registered Recorded Fee Schedule*

8. THAT any applicable damages shall be assessed at the rate *Consecutively* previously set forth or otherwise stated by invoice / true bill *every 15 mnht* from the Claimant / Attorney in Fact; *$5,000,000,000.00 Fee*
*LAWFUL US DOLLARS MONEY – NO FIAT CURRENCY*

9. THAT the Administrators, Executors, and Fiduciary Trustees provide equal protection of the law as a Matter of Law and as a Matter of Record;

10. THAT the Administrators, Executors, and Fiduciary Trustees comply with Federal Congressional Legislation by not upholding recoupment;

11. THAT the act of criminal barratry, abuse of office, and/or official misconduct will be charged to the judge / agent, clerk of court, and/or court administrator for any failure to acknowledge and deliver this Private Settlement Agreement judgment pursuant to the tenants herein;

12. THAT this judgment is acknowledged and entered with prejudice by the Plaintiff and the Clerk of Court;

13. THAT the bonds sold bearing the name of *MUHARREM* ©(tm)(R) *BALKANLI*©(tm)(R) were insinuated due to the fraud of secrecy; and

14. THAT I have a right to redeem the bonds which the court and/or the prison sold in the Defendant / Inmate's name and social security number; therefore, I am replacing those bonds with the enclosed bonds. I now own this case. The enclosed forms authorize you, and indeed, order you to:

---

*068802519*

a) I - recall all the bonds / securities which were previously sold with the name M. BALKANLI and the above social security number and refund these monies to me as those funds belong to me;
    b)      obtain your funding through the bonds enclosed;
    c)      send a statement of account showing a zero (0) balance, and a check for all bond monies previously received on this account to the above mail

---

location,

(d)   release the Living Man / Woman held as surety from confinement and all conditions of imprisonment immediately; and

(e)   discharge this matter and any financial obligations attached hereto.

SO   ORDERED

THESE FORMS ARE NOT SUBJECT TO THE DISCRETION OF THE COURT or other recipients. If the Plaintiff has reason to reject these forms, you are required to **provide proof of claim via a sworn affidavit under penalty of perjury and assuming full commercial liability** as to why you are not required to accept the forms or advise me of any defect you may find in the forms and **provide your bond in support of your position.** Your failure to do so will be certified as fraud on your part pursuant to *U.S. v. Tweel*. Please note that the court's comments are directed to Internal Revenue Service employees and apply equally to all government employees.

**YOUR RESPONSIBILITY.** I understand it may take sixty **(60)** days to process the enclosed bonds, but I require a letter from you in good faith **within fifteen (15) days of the postmark on this communication** acknowledging receipt of the bonds and your good-faith intention to process the bonds and release me or, in the alternative, your affidavit and bond in support of your claim of a defect in the bonds. I am also requesting copies of the 1099-OIDs which were (or should have been) originally filed in regard to this case as well as copies of I.R.S. forms 706 and 709 which should have been filed, too. Your failure to respond within this time frame and in the manner stipulated will comprise your default and admission that there exists a right of lien on real property pursuant to this Private Settlement and judgment.

**EVENT OF DEFAULT.**
Failure to respond pursuant to the said terms of response or specifically perform under the provisions of the enclosed government forms (i.e., credit and ledger claimant's tender of consideration) will comprise a default on your part. As an operation of law, a default will comprise your agreement, consent, and confession to all of the terms, statements, and facts herein and herewith and all inclusions and indorsements, front and back, annexed hereto. Your default will comprise your

confession **to holding all liability in the aforesaid matter, your stipulation that the above noted party has exhausted his/her administrative remedy, and your consent to all necessary collection procedures**. As well, your default will comprise your confession to securities fraud, tax fraud, breach of fiduciary duty, and false imprisonment and will be certified and reported to the Governor and the Comptroller of your State, the I.R.S., and the local United States Attorney. Your default will comprise your agreement to the **arrest of your bond** and to the filing of criminal complaints and/or torts against any and all agents acting on behalf of the ~~plaintiffs referenced in the above-listed security~~.

*For The Criminal Courts — NEW YORK STATE NYC-NY.*

**CONFESSION OF JUDGMENT.** Default will comprise your agreement to accept and pay certain fees. Your default is your agreement to pay a co-claimant fee as set forth in the attached invoice for the privilege of being joined as a co-Claimant against legal fiction MUTHARREM BALKAN pursuant to each attempt to impair the Claim or stultify the Claimant (me) or Debtor (the Trust) and that any and all diplomatic immunity or other implied immunity from liability is void.

**SELF-EXECUTING POWER OF ATTORNEY.** To facilitate your strict compliance with all of the terms of the Contract, if you fail to correct the default within ten **(10)** days, you give, by remaining silent, unlimited power of attorney to Claimant to sign and execute for you regarding enforcement of your obligations under this Contract. In that event, you instruct and authorize the Claimant to **execute Respondent's signature(s) in representative capacity on a *Self-executing Power of Attorney* document**.

**ESTOPPEL BY ACQUIESCENCE.** Your default will comprise your agreement that all issues pertaining to this Contract are deemed settled and closed *res judicata, stare decisis*, **collateral estoppel**, and, as a result, **judgment by estoppel**, and therein you will be confessing to the criminal act of false imprisonment should you fail to release me.

**WAIVER OF RIGHTS. CONFESSION OF JUDGMENT.** Your Default will comprise your consent, agreement, and confession to **waive any and all rights** to raise a controversy, to

appeal, to object to, or to controvert administratively or judicially any of the terms and provisions in this Contract or the estoppel as well as your consent to serving as a successor surety for all obligations, commercial and corporeal, attributed to the account.  Upon Default, you and your agents may not argue, controvert, or protest the finality of the administrative findings to which you have agreed unless such Waiver of Rights which follows is declined in writing.  Any such argument or controversy will comprise your confession to Perjury, Enticement to Slavery, and various crimes against humanity. The Respondent's confession of judgment in the said amount is *res judicata* and *stare decisis*.

## DENIAL OF WAIVER OF RIGHTS.

The Respondent(s) hereby acknowledge that they have received, read, and fully understand this administrative remedy presentment with attachments, endorsements, and schedules and do hereby reserve the right to raise a justiciable controversy by exhibiting verified proof of claim and loss no later than _72 HRS ONLY_ OR _3 days (Banking)_ [must be within ten **(10)** days of date of signing below unless written permission for a longer period of time is obtained in writing from the Third Party Intervener / Real Party in Interest under injury].  In the event the said claim is honored, they further agree to settle all associated accounts to a zero ($0) balance. Failure to perform may result in claims without immunity against any or all official bonds and in a private or commercial venue.

## CERTIFICATION AND RECORDING OF NON-PERFORMANCE FOR EVIDENTIARY PURPOSES.

For your protection, non-performance will be certified and recorded in the public record as evidence that MUHARREM © TM © TM BALKANLI **has exhausted his/her administrative remedy and that you have elected to waive all rights to raise a controversy or to claim immunity from collection proceedings, having**

declined the opportunity to plead.

Thank you for your assistance with this matter.

*So ORDERED & CORDIALLY YOURS*

*muharrem: a man; balkanli LLC*

*INTERNATIONAL FOREIGN PRIVATE TRUST*

Sincerely,

Government-created *ens legis* /

*MUHARREM BALKANLI © TM ®*

By: *Man person* living

*muharrem; a man; balkanli © TM ®*

Authorized Representative — *Registered International Agent*

Claimant,

Attorney in Fact — *Aggrieved Tribal Beneficiary Heir*

*ALL RIGHTS RESERVED—WITHOUT PREJUDICE UCC-1-207 + UCC-1-308. UNDER DURESS*

*Sworn to before me*

*on 2/20/24*

*NONE ASSUMPSIT*
*NO CUSIP CONSENT*
*NO WIRE FRAUD*
*NO MAIL FRAUD*

NKY EHPIGBO
TARY PUBLIC-STATE OF NEW YORK
NO: 01IG6163948
QUALIFIED IN QUEENS COUNTY
COMMISION EXPIRES APRIL 09, 2023

*ABSOLUTELY, TRIPOLY TREATY 1790 IN EFFECT AT ALL TIMES, US CONGRESS SOVEREIGNTY RESERVED*

*5TH*

*NO # 122*

NOTICE

SUPREME COURT STATE OF NEW YORK:
COUNTY OF QUEENS
----------------------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK

Against                                            ©(tm)®

MUHARREM BALKANLI,
                          Defendant.
----------------------------------------------------------X

NOTICE-ORDER

**SUBPOENA DUCES TECUM**

INDICTMENT # 00D073-24QN
CUSIP FRAUD-MAIL FRAUD
TAX-GSA-BOND-SEC FRAUD
TRESPASS UPON PERSON
BY WAY OF FORGERY

100 %

NO CONSENT
ABSOLUTELY!

NOTICE
ORDER

TO: Letitia James,
ATTORNEY-GENERAL NEW YORK
28 LIBERTY STREET
NEW YORK, NEW YORK

**IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK**

**YOU ARE COMMANDED** to appear before this Court at the Courthouse thereof at
125-01 QUEENS BLV, ~~KEW GARDENS~~, in the County of
QUEENS, NY, on the 8th day of March, 2024 at 9:30 AM as a
witness in a criminal action prosecuted by the People of the State of New York against

MUHARREM BALKANLI ©(tm)®, defendant and that you bring with you
CONSTITUTIONAL OATH OF OFFICE, INDEMNITY BONDS
TO CERTIFY UNDER OATH AND AFFIRMATION THAT
NYS STATUTORY CHARGES MADE ON ACCUSATION
INSTRUMENT INFORMATION AGAINST DEFENDANT
ARE IN COMPLIANCE & ACCORD WITH CONSTITUTION, U.S.

*For a failure to comply with this subpoena you will be deemed guilty of Criminal Contempt of*  @
*Court and be liable to the punishment provided by law therefor*

Dated at February 16, 2024, 2024
PUBLIC NOTARY

Muharrem Balkanli ©(tm)®
Aggrieved Claimant-Defendant
Representative

Justice Judge

NKF CHI ICBO
NOTARY PUBLIC - STATE OF NEW YORK
NO: 01IC6153943
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES APRIL 09, 2027

All rights Reserved
without Prejudice - UCC-1-2
UCC-1-3C

NOTICE-ORDER

**SUPREME COURT OF THE STATE OF NEW YORK**

COUNTY OF QUEENS

PEOPLE OF NEW YORK
                                    Petitioner

-against-

STOCK FRAUD- MAILWIRE FRAUD
CUSIP-TAX-MAIL - GSA FRAUD

Ind. No. 000073-24QN

**SUBPOENA FOR WITNESS**

Respondent(s)

MUHARREM BALKANY

100 %

ABSOLUTE
NOTICE
ORDER

To: Letitia James
CONSTITUTIONAL ATTORNEY GENERAL
FOR NEW YORK STATE

WE COMMAND YOU, that all business and excuses being laid aside, you and each of you appear
and attend before CRIMINAL COURT- QUEENS-NYC , on the 8TH .
day of MARCH at Part Supreme Court Room ANNEX before Honorable
CRIMINAL PART at 9 30 A.m. o'clock in the forenoon, and on any
recessed or adjourned date, to give testimony in the above-entitled action, and bring with you any and
all books, papers or other documents or things which may be pertinent or related hereto.,

Failure to comply with this subpoena, which is duly issued by an officer of the Court pursuant to
the Family Court Act and the Civil Practice Law and Rules, shall be punishable as COMTEMPT OF COURT.

For any questions immediately contact the issuing officer indicated below.

DATED: February 16 , 2024

Letitia JAMES, ESQ

**NAME AND ADDRESS**

SO ORDERED, Defendants Attorney General - NYSTATE
Representative
Aggrieved Claimant 28 Liberty Street
Muharrem-Balkani New York, NY, County

Allrights Reserved
UCC-1-207 + UCC-1-308
without Prejudice
under times

JSC

NKF CHI IGBO
NOTARY PUBLIC-STATE OF NEW YORK
NO: 01C6163948
QUALIFIED IN QUEENS COUNTY
COMMISION EXPIRES APRIL 09. 2027

2/16/2024
No.

IRS - TREASURY - FRAUD PACKAGAGE

# VERIFICATION

STATE OF NEW YORK)
COUNTY OF Queens ) ss.:

c/o a man: muharrem: balkanli , being duly sworn, deposes and says that deponent is the IRS - CID - TREASURY
petitioner in the above captioned proceeding, that he has read the foregoing petition and knows

FRAUD Package

the contents thereof, that the same is true to deponent's own knowledge, except as to matters
therein stated upon information and belief, which matters deponent believes to be true. and Fact. 100(%)

_____
Petitioner, Pro Se

muharrem: anvas: balkanli
Attorney in Fact
Authorized Representative
Registered Agent

Grantor - Beneficiary - Heir
Fiduciary Master Prosecutor
Aggrieved Claimant Corpus Delicti
Injured - Petitioner - Harmed
Allrights Reserved
None Assumpsit. Under Duress
UCC-1-103 - UCC-1-207
UCC-1-308
Without Prejudice and Recourse
Copyrighted - Trademark - Registered
! NO CUSIP CONSENTED !
ABSOLUTE; NO SILENCE CONTRACTS

Sworn to before me this
19 Day of March 20 24.

_____
Notary Public, State of New York

NADINE L GRIFFIN
Notary Public, State of New York
Reg. No. 01GR6331585
Qualified in Queens County
Commission Expires 10-13-2027

IRS-TREASURY- TRUST FRAUD REPORT PACKAGE
CID- SEC- FTC-FBI-DOD TRUST FRAUD TAX EVASION

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK
COUNTY OF QUEENS } s.s.:

I, Muharrem Balkanli, being duly sworn deposed and state:

That I have on the 19 day of March, 20 24, placed and

submitted the original and copies of this petition to be duly mailed via the United States

Postal Service, through the institutional mailroom of the 1600 Hazen Street EAST ELMHURST, NEW YORK, 11370, RIKERS ISLAND NYC Correctional Facility. Said moving papers were mailed to the following concerned parties:

① Clerk of Supreme Court
Queens County
12501 Queens Blvd
Kew Gardens, NY, 11415

② District Attorney
Queens County
12501 Queens Blvd
Kew Gardens, NY, 11415

③ Francis Gibbons, Defense Counsel
Legal Aid Society
120-46 Queens Blvd
Kew Gardens NY, 11415

④ Attorney General
New York State
Letitia James
28 Liberty Street
New York, New York

⑤ Clerk of Court of Appeal
Second Department Division
45 Monroe Place
Brooklyn NY 11201

Yours, etc... ⑥ ⑦ ⑧

PETITIONER
Muharrem Balkanli
All rights Reserved
Without Prejudice
UCC-1-207 UCC-1-308
None Assumpsit-

Registered Agent
Authorized Representative
Attorney in fact

Sworn to before me this
19 day of March, 20 24

NOTARY PUBLIC / COMMISSIONER OF DEEDS

NADINE L. GRIFFIN
Notary Public, State of New York
No. 01GR6331585
Qualified in Queens County
Commission Expires 10-13-2027

INSTRUCTIONS

# EXHIBIT A-4



Case 1:24-cv-07166-AMD-CHK    Document 62    Filed 04/24/26    Page 87 of 153 PageID #: 863



(index.php?lang=EN)

🌐 Languages  English ⌄

## ABOUT US
(APROPOS.PHP?LANG=EN)

## FAQ
(QUESTIONS.PHP?LANG=EN)

## ARCHIVES
(ARCHIVES.PHP?LANG=EN)

## PRICE PER COPYRIGHT
(COST.PHP?LANG=EN)

**Username** ?

Username

**Password**

Password

[ Log in ]

Forgot your password?
RESET PASSWORD

**No account?** ?

## CREATE IT
(INSCRIPTION.PHP?LAN

← It's free!

## CONTACT US

---

Home (index.php?lang=EN)
> 00073238-1 | Business logo | MUHARREM BALKANLI

# 00073238-1 | Business logo | MUHARREM BALKANLI

Copyright 00073238-1 in category Business - Business logo

| | |
|---|---|
| First name | ***** |
| Last name | ***** |
| Pseudonym | MUHARREM BALKANLI |
| City | ***** |
| Country | United States of America |



Copyright number

00073238-1

Received on

2021-11-18 01:24:54

Sole Author

Yes

Manage services   11

1 of 2                                                    8/5/24, 9:49 PM

# EXHIBIT A-5

**NEW YORK STATE OF OPPORTUNITY.**

**Mid-Hudson Forensic Psychiatric Center**

| KATHY HOCHUL | ANN MARIE T. SULLIVAN, MD | KRISTIN ORLANDO, PsyD |
|---|---|---|
| Governor | Commissioner | Executive Director |

August 26, 2024

Lynn McKelvey
Chief Clerk, Supreme Court
Orange County Government Center
255-275 Main Street
Goshen, NY 10924

RE: BALKANLI, Muharrem

Dear Ms. McKelvey:

Enclosed find material concerning our application for court authorization to administer medication over objection to the above-named Mid-Hudson Forensic Psychiatric Center patient. Please place this matter on the next available court calendar.

Respectfully,

Kristin Orlando, Psy.D.
Executive Director

KO/km
Enclosures
cc: AAG Office- Poughkeepsie Regional Office
      Mental Hygiene Legal Service

---

**A FACILITY OF THE OFFICE OF MENTAL HEALTH**

## NOTICE OF PETITION

STATE OF NEW YORK)
SUPREME COURT   )
ORANGE COUNTY  )
Index No.
*----------------------------------------------------------------*

In the Matter of


                        Petitioner,
  -against


              **Muharrem Balkanli**

          A Patient at Mid-Hudson
          Forensic Psychiatric Center
*----------------------------------------------------------------*

        PLEASE TAKE NOTICE that, upon the petition and affidavits of Drs. Zhang, Wang, Laurel and the reports and evaluation appended thereto, an application will be made at the Mental Hygiene Term of this Court to be held at the Courthouse, Orange County, Goshen, New York.

    Next available court calendar date for the relief of:

    Authorization to administer medication as set forth in the "Evaluation for Treatment Over Objection."

Petitioner: Ann Sullivan, Ph.D., Commissioner of the Office of Mental Health, designates Orange County as the hearing place. The basis of venue is petitioner's address.

                        Yours, etc.,

                        LETITIA JAMES, NYS Attorney General
                        Attorney for Petitioner
                        One Civic Center Plaza, Fourth Floor
                        Poughkeepsie, NY 12601
                        Mental Hygiene Legal Service


TO:    Muharrem Balkanli, Ward 31
       Laura Ng, Administrative Assistant 1, AAG Office

STATE OF NEW YORK
SUPREME COURT ORANGE COUNTY

------------------------------------------------------------*

In the Matter of

Muharrem Balkanli
a Patient at Mid-Hudson
Forensic Psychiatric Center

**PETITION**

Index#:

------------------------------------------------------------*

STATE OF NEW YORK)

                     ss.:

COUNTY OF ORANGE)

The petition of Hong Zhang, M.D., respectfully shows:

1. That he is a Psychiatrist III at the Mid-Hudson Forensic Psychiatric Center, wherein Muharrem Balkanli is an involuntary patient.

2. That said patient currently suffers from a mental illness requiring care and treatment and is refusing necessary medication.

3. That appended hereto are the affidavits of Hong Zhang, M.D., Richard Wang, M.D., and Laurel Faith, D.O., who have examined and evaluated Muharrem Balkanli and concluded that said patient is in need of medication and is not competent to make an informed and reasoned treatment decision.

4. That on the basis of these evaluations, an order of this Court is requested to permit the administration of medication as prescribed by the treating physician over the objection of said patient.

5. That, upon information and belief, said patient is in need of legal assistance in order to insure adequate representation in connection with this application and such representation can be furnished by the Mental Hygiene Legal Service.

6. No previous application has been made for the relief sought herein.

WHEREFORE: Petitioner prays:

1. That the Mental Hygiene Legal Service be appointed attorney for said patient in the instant proceeding.

2. That the application herein to administer medication to the patient over his objection as set forth in the "Evaluation for Treatment Over Objection" attached hereto, be granted; and

3. That the petitioner has such other and further relief as to this Court may appear to be just and proper.

Dated: August 26, 2024

Mid-Hudson Forensic Psychiatric Center

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF ORANGE      )

Hong Zhang, M.D., being duly sworn, deposes and says:

That he is a psychiatrist at Mid-Hudson Forensic Psychiatric Center; that he has read the foregoing petition and knows the contents thereof and that the same is true to his own knowledge, except to those matters therein stated to be on information and belief, and as to those matters, he believes it to be true.

Hong Zhang, M.D.
Psychiatrist III

Sworn to before me this

26 day of August, 2024

NOTARY PUBLIC
State of New York

Karen A. Marsh
Notary Public, State of New York
Qual. in Orange Co., No. 01MA6184822
My Commission Expires May 19, 2028

**Mid–Hudson Forensic Psychiatric Center**

| KATHY HOCHUL | ANN MARIE T. SULLIVAN, MD | KRISTIN ORLANDO, PsyD |
|---|---|---|
| Governor | Commissioner | Executive Director |

August 26, 2024

Muharrem Balkanli, Ward 31
Mid–Hudson Forensic Psychiatric Center
PO Box 158
New Hampton, New York 10958

Dear Mr. Balkanli:

After reviewing the findings and evaluation of your treatment team and treating psychiatrist, I agree that treatment with psychotropic medication over your objection is in your best interest. An application will be forwarded to the Orange County Supreme Court forthwith.

Respectfully,

*[signature]* for Dr. Resnick

Kimberly Resnick, M.D.
Acting Clinical Director

KR/km
cc: MHLS

**A FACILITY OF THE OFFICE OF MENTAL HEALTH**

2834 Route 17-M, New Hampton, NY 10958   | (845) 374-8700   |   Fax: (845) 374-8860   |   omh.ny.gov

STATE OF NEW YORK
SUPREME COURT
COUNTY OF ORANGE
Index No.

## AFFIDAVIT

In the Matter of

Muharrem Balkanli a patient at Mid-Hudson Forensic Psychiatric Center

Faith laurel, D.O., Psychiatrist being duly sworn, deposes and says:

I am a physician duly licensed to practice medicine in the State of New York.

I submit this affidavit in support of the application to treat this patient over his objection.

I have received the decision of the treating physician to treat over his objection, attempted to interview the patient, and reviewed medical records.

It is my opinion, with reasonable medical certainty, that the patient is not competent to make an informed, reasoned decision concerning treatment. The basis for this opinion is set forth in the "Evaluation for Medication Over Objection" appended hereto and incorporated herein by reference; and

It is further my opinion that it would be in the patient's best interest to be treated according to the proposed treatment outlined in the "Evaluation for Medication Over Objection."

For the above reasons, I respectfully request that this court grant the application for authorization for the treatment of this patient.

Faith Laurel, D.O
Psychiatrist

Sworn to before me this 23

day of August , 2024

Karen a. Marsh
Notary Public

Karen A. Marsh
Notary Public, State of New York
Qual. in Orange Co., No. 01MA6184829
My Commission Expires May 19, 2028

STATE OF NEW YORK
SUPREME COURT
COUNTY OF ORANGE
Index No.

## AFFIDAVIT

| In the Matter of |
|---|
| <u>Muharrem Balkanli</u> a patient at Mid-Hudson Forensic Psychiatric Center |

Richard Wang, M.D., Psychiatrist II being duly sworn, deposes and says:

I am a physician duly licensed to practice medicine in the State of New York.

I submit this affidavit in support of the application to treat this patient over his objection.

I am familiar with the patient in that I am treating physician to treat over his objection, attempted to interview the patient, and reviewed medical records.

It is my opinion, with reasonable medical certainty, that the patient is not competent to make an informed, reasoned decision concerning treatment. The basis for this opinion is set forth in the "Evaluation for Medication Over Objection" appended hereto and incorporated herein by reference; and

It is further my opinion that it would be in the patient's best interest to be treated according to the proposed treatment outlined in the "Evaluation for Medication Over Objection."

For the above reasons, I respectfully request that this court grant the application for authorization for the treatment of this patient.

_____
Richard Wang, M.D.
Psychiatrist II

Sworn to before me this 23

day of August _____, 2024

_____
Notary Public

Karen A. Marsh
Notary Public, State of New York
Qual. In Orange Co., No. 01MA6184822
My Commission Expires May 19, 2028



**Mid-Hudson Forensic Psychiatric Center**

| KATHY HOCHUL | ANN MARIE T. SULLIVAN, M.D. | KRISTIN ORLANDO, Psy.D. |
|---|---|---|
| Governor | Commissioner | Executive Director |

August 23, 2024

Mr. Muharrem Balkanli, Ward 31
Mid-Hudson Forensic Psychiatric Center
P.O. Box 158
New Hampton, New York 10958

Dear Mr. Balkanli:

As you know, I have determined, as your treating doctor, that treatment with psychotropic medication will be in your best interest. You refused to discuss with me the benefits and risks involved in taking such medication. However, I see that you do not want to take medication now. I have further determined that you lack the capacity to make a reasoned decision concerning this matter and are a danger to yourself and others. I am, therefore, forwarding my evaluation and findings to the Clinical Director with a request for further review.

You are hereby informed that you, or the Mental Hygiene Legal Service on your behalf, may communicate to the Clinical Director, any arguments or other material in support of your continued objection to the proposed medication.

Thank you.

Respectfully,

Richard Wang, M.D.
Psychiatrist II

RW/km
cc: Mental Hygiene Legal Service

**A FACILITY OF THE OFFICE OF MENTAL HEALTH**

2834 Route 17-M, New Hampton, NY 10958 | (845) 374-8700 | Fax: (845) 374-8860 | omh.ny.gov

**NEW YORK STATE OF OPPORTUNITY.** | **Mid-Hudson Forensic Psychiatric Center**

| KATHY HOCHUL | ANN MARIE T. SULLIVAN, M.D. | KRISTIN ORLANDO, Psy.D. |
|---|---|---|
| Governor | Commissioner | Executive Director |

August 23, 2024

Mr. Muharrem Balkanli, Ward 31
Mid-Hudson Forensic Psychiatric Center
P.O. Box 158
New Hampton, New York 10958

Dear Mr. Balkanli:

As you know, I have determined, as your treating doctor, that treatment with psychotropic medication will be in your best interest. You refused to discuss with me the benefits and risks involved in taking such medication. However, I see that you do not want to take medication now. I have further determined that you lack the capacity to make a reasoned decision concerning this matter and are a danger to yourself and others. I am, therefore, forwarding my evaluation and findings to the Clinical Director with a request for further review.

You are hereby informed that you, or the Mental Hygiene Legal Service on your behalf, may communicate to the Clinical Director, any arguments or other material in support of your continued objection to the proposed medication.

Thank you.

Respectfully,

Richard Wang, M.D.
Psychiatrist II

RW/km
cc: Mental Hygiene Legal Service

**A FACILITY OF THE OFFICE OF MENTAL HEALTH**

2834 Route 17-M, New Hampton, NY 10958 | (845) 374-8700 | Fax: (845) 374-8860 | omh.ny.gov

# MID-HUDSON FORENSIC PSYCHIATRIC CENTER
## EVALUATION FOR MEDICATION OVER OBJECTION

## PATIENT IDENTIFYING INFORMATION:

Name:  Balkanli, Muharrem
MH#:  C15333
Date of Admission: 5/6/2024
Date of Birth: 3/20/1970
Ward: 31
Date of Report:  8/23/2024
Date of Exam:  8/23/2024

CONFIDENTIAL
THIS INFORMATION IS BEING RELEASED WITH
THE UNDERSTANDING THAT IT IS FOR YOUR
USE ONLY.  IT IS NOT TO BE SHARED WITH OR
REDISCLOSED TO OTHER PERSONS/AGENCIES.

** Prior to the commencement of the evaluation, the purpose of the evaluation and its non-compulsory nature was explained to Mr. Balkanli. He was also told that the findings and observations gleaned during the evaluation could be included in a report containing the evaluator's opinion regarding his capacity to make decisions about his treatment. Mr. Balkanli was told that his attorney, David Kempinger, Esq., would be available during the evaluation for the purpose of his consultation and protection and that he was free to consult with Mr. Kempinger at any time. He was further offered an evaluation with another psychiatrist on this matter. Mr. Balkanli refused to proceed.**

## SECTION I - CLINICAL ASSESSMENT

- Muharrem Balkanli is a 54-year-old man who was admitted to Mid-Hudson Forensic Psychiatric Center on 5/6/2024for restoration of fitness to proceed under CPL 730.50.
- Mr. Balkanli faces a top charge of Criminal Possession of a Weapon in the Second Degree related to the alleged possession of a loaded firearm on 12/31/2023.
- Court-ordered examinations of the patient's fitness to proceed were conducted on 1/24/2024 in which Mr. Balkanli presented as loud, irate, and disorganized with prominent paranoid and grandiose delusional beliefs.
- Mr. Balkanli's current psychiatric presentation is consistent with a diagnosis of Schizoaffective Disorder, Bipolar Type.
- Mr. Balkanli refuses voluntary compliance with antipsychotic medication treatments for Schizoaffective Disorder.

### Past Psychiatric History:

Muharrem Balkanli has a history of prior psychiatric hospitalizations and evaluation prior to his current hospital stay.  State records show that he was hospitalized at Creedmoor Psychiatric Center from 8/16/2019 to 10/8/2019 after being found unfit to stand trial on charges of Obstruction of Government Administration.  During that hospitalization he was noted to be uncooperative, pressured in speech, and paranoid about various conspiracies. He was diagnosed with Bipolar Disorder and treated with Olanzapine and Divalproex, and then discharged to a psychiatric transitional residence taking Haloperidol decanoate (long-acting antipsychotic), Divalproex (mood stabilizer), Diphenhydramine (antihistamine), and Lorazepam (anxiety medication).

1

Records show subsequent hospitalizations at Bellevue Hospital Center from 2/1/2022 to 2/24/2022 with a diagnosis of Schizoaffective Disorder, and Metropolitan Hospital Center from 2/22/2023 to 3/7/2023 with a diagnosis of Schizoaffective Disorder.

While detained at Rikers Island, Mr. Balkanli was examined by mental health staff and diagnosed with Delusional Disorder. Treatment with Risperidone (antipsychotic) as ordered, but Mr. Balkanli refused voluntary compliance with medication treatment.

**Hospital Course:**

Upon admission to MHFPC, Mr. Balkanli presented with disorganization of thinking, paranoid and grandiose delusional beliefs, unstable mood, and pressured speech. He was diagnosed with Schizoaffective Disorder, Bipolar Type. He was prescribed treatment with Risperidone and Divalproex, but showed little improvement in his pressured speech, labile mood, paranoia, and grandiose beliefs.

Mr. Balkanli was transferred into my care on Unit 31 on 5/16/2024. During his initial stay on this unit, he was compliant with treatment with high dose Risperidone and Divalproex. He was noted to be less pressured in speech and less labile in affect, but maintained delusional beliefs about being a corporation, having "diplomatic immunity" and spent much time focused on asking for odd items of information such as the social security numbers of courtroom personnel, and sending multiple letters to the judge and other governmental officials. I reviewed the patient's treatment history from his 2019 hospitalization at Creedmoor Psychiatric Center under similar circumstances. Mr. Balkanli showed similar symptoms at that time, with mood instability, paranoia, and delusions of governmental conspiracies involving the "Illuminati".

Mr. Balkanli was on leave to court from 5/29/24 to 6/13/2024 during which time he was noncompliant with treatment in jail. He returned to the hospital with a new CPL 730.50 Order of Commitment, but was notably more irritable, argumentative, and paranoid. He stormed out of session claiming, ""They can order all they want ... the 730 order is void. Check out the law 383.107, the Supreme Court, U.S. 383 - 107 Baxtrom versus Herold says 730 is against my rights". He then demanded payment for any further discussions. Despite returning to medication compliance upon return to the hospital, Mr. Balkanli showed ongoing agitation. He was quite irritable, pressured in speech, hyperverbal, and hypergraphic (writing multiple pages of letters repeatedly to the courts). In group sessions he talked over the group leader and is uninterruptible. He voiced various grandiose delusions, such as having lost "$30 million" to the government, then clanging on the word government to mean "mental". He was paranoid regarding the state. He invoked various terms sovereign citizenry, of his name being a corporation, claiming his identity as corporate accounts, etc. Based on his prior treatment records, we recommended a change of antipsychotic medication to Olanzapine to manage both mood instability and psychosis. There was partial improvement of mental status on this medication combination, with a calmer affect noted. However, by 7/23/2024 Mr. Balkanli became entirely noncompliant with psychotropic medication treatment, claiming that someone from his church told him that if he refused, he could be released from the hospital sooner. He claimed that as a member of a church he would claim diplomatic immunity as a resolution to his criminal trial, and would ask to be deported to South Africa. He expressed further plans to sue to State and the hospital in the Hague.

Off of medication, the patient showed a reduction of manic symptoms (less hyperverbal, calmer, able to sleep at night), but remained delusional. This would fit the diagnosis of Schizoaffective Disorder Bipolar Type, as the baseline illness would be a psychotic thought disorder with superimposed episodes of mania. Despite ongoing efforts to re-engage the patient in voluntary medication treatment, Mr. Balkanli continued to cite delusional beliefs in his refusal. For example on 8/2/2024, he informed me that he could not take medication because, "My body is a corporation, my DNA is trademarked and registered in Washington, D.C.". On 8/12/2024, he informed me he could not take medication because "if I take the medication I'll put the paperwork with the Ministry of Foreign Affairs in jeopardy".

On 8/23/2024 I met with Mr. Balkanli in the presence of MHLS to discuss his refusal further. He ranted and rambled throughout the interview, arguing that medication could not be forced upon him because "Neither slavery nor indentured servitude is enforceable in the United States". He then went on a tangent about his diplomatic immunity status, and then argued with MHLS that "You are not acting in my interests. Everyone is liable in this matter!" When he finally agreed to voluntarily comply with the interview process, he was only able to answer two questions about his age and prior

2

hospitalization before proceeding. I don't want to consent to this proceeding at all. This is a transaction and I don't participate in transactions. They're using my trust, my social security number. This is racketeering going on!"

## Diagnostic assessment.:

Muharrem Balkanli is a 54-year-old man who exhibits signs of severe mental illness. He has a baseline of psychotic illness as seen in paranoid and grandiose beliefs, disorganization of thinking, and illogical reasoning. Superimposed on this baseline of thought disorder are episodes of extreme mood elevation with decreased need for sleep, hyperactivity, hypergraphia, and pressured speech. This presentation is consistent over years, and is best described through the diagnosis of Schizoaffective Disorder, Bipolar Type.

## Mental Status Exam:

Mr. Balkanli arrived to the interview in hospital-issued clothing. He was wearing glasses. He was appropriately groomed. He was hyperverbal, speaking over the examiner and MHLS during the brief session. He had difficulty with interruption. His mood was elevated and grandiose. Mr. Balkanli exhibited paranoid and grandiose delusional beliefs during his brief interaction. Thoughts were tangential and disorganized. He was illogical in reasoning. Impulse control was poor and the patient angrily left the meeting. Insight into his mental illness is negligible. Judgment was poor.

## DSM5 Psychiatric Diagnosis:
Schizoaffective Disorder, Bipolar Type

# SECTION II - PROPOSED TREATMENT:

1. Course of treatment recommended by treating physician:

   A. Haloperidol (antipsychotic) up to 40 mg daily, to be given by mouth starting at 5mg twice daily and increased in dose based on efficacy. If the oral dose of Haloperidol is refused, the patient will receive a Haloperidol immediate-release injection in a dosage equivalent to the refused oral dose.

   B. If Haloperidol treatment proves effective and tolerable, the patient may receive the equivalent dose of Haloperidol Decanoate, the long-acting injectable form of Haloperidol. Haloperidol Decanoate will be given using a loading dose strategy to ensure stable blood levels of the drug. This strategy involves initiating the drug with 3 weekly loading doses (dosed at 10x the oral dose), with a one-week continuation of oral medication following the first loading dose. The maintenance dosing begins 2 weeks after the third loading dose and is given at 20x the oral dose, and maintained every 4 weeks thereafter.

   C. ALTERNATIVELY, if the patient is unable to tolerate or does not have improvement of psychotic symptoms from treatment with Haloperidol alone, Fluphenazine (antipsychotic) up to 40 mg daily, to be given by mouth starting at 5mg twice daily and increased in dose based on efficacy. If the oral dose of Fluphenazine is refused, the patient will receive a Fluphenazine immediate-release injection in a dosage equivalent to the refused oral dose.

   D. If Fluphenazine treatment proves effective and tolerable, the patient may receive the equivalent dose of Fluphenazine Decanoate, the long-acting injectable form of Fluphenazine. Fluphenazine Decanoate will be given at a dose conversion of 1.25x the daily oral dose and administered every 2 weeks. This would make the maximum dose of Fluphenazine decanoate 50mg every 2 weeks. As the injectable takes 4-6 weeks to reach a steady state, supplementation with the oral dose at one-half the original daily dose will be continued for 4 weeks.

   E. ADDITIONALLY, for mood stabilization, Divalproex sodium ER will be offered at a dose of 1000mg to

3

3000mg daily. This is a medication that the patient has taken in the past without major side effects.

F. ALTERNATIVELY, for mood stabilization, Olanzapine (antipsychotic/mood-stabilizer) will be administered at a dose of 5mg daily and up to 40mg daily. If the oral dose of Olanzapine is refused, the patient will receive an immediate-release injection of Olanzapine at a dose equivalent to the refused oral dose.

G. ADDITIONALLY, Diphenhydramine (anticholinergic) up to 100mg daily by mouth may be given at a dose of 25 to 50mg twice daily for side effects such as muscle stiffness or tremor. If the oral dose of Diphenhydramine is refused, the medication will be given by an equivalent dose of injection.

H. ALTERNATIVELY, if the patient does not tolerate Diphenhydramine, he may take the anticholinergic drug Benztropine for side effects, starting at an oral dose of 1mg daily and up to 6mg daily in split doses. If the oral dose is refused, the equivalent dose may be given by injection.

2. The hospital requests authorization to perform physical examinations, EKG monitoring, vital sign monitoring, and blood testing (including Complete Blood Count (CBC), blood Chemistry, Liver Function Tests, Lipid Panel, and Prolactin level) as needed to safely monitor treatment.

## 3. Reasonable alternatives, if any:

Alternative antipsychotic medications include Risperidone which the patient has taken in the past with limited improvement. He may be eligible for treatment with Clozapine, an antipsychotic medication indicated in treatment-resistant Schizophrenia, but there is no available injectable should the patient refuse oral dosing.

Alternative mood-stabilizing medications such as Lithium and Carbamazepine have been considered and offered for the treatment of mood instability. Neither of these medications is available as an injectable should he refuse them in oral dosing, nor has Mr. Balkanli tried these medication in the past. Mr. Balkanli does however have a history of prior treatment with Divalproex, including during his current hospitalization and in 2019 when he was able to be discharged from Creedmoor Psychiatric Center while taking the medication in combination with Haloperidol.

## 4. Has the patient been tried on proposed treatment?

Yes. Mr. Balkanli has taken Haloperidol and Haloperidol decanoate as a patient at Creedmoor Psychiatric Center in 2019. He has taken Olanzapine both in the past and during his current admission at MHFPC. He has taken Divalproex ER during his current hospitalization and Divalproex DR (12-hour formula) during his treatment at Creedmoor Psychiatric Center. Mr. Balkanli has had treatment with Diphenhydramine during his treatment at Creedmoor Psychiatric Center as well.

## 5. Has patient been tried on other treatments?
Yes. Mr. Balkanli has had a trial of the antipsychotic medication Risperidone in the early period of his current hospitalization.

## 6. Anticipated benefits of proposed treatment

With effective antipsychotic treatment, we expect symptoms such as paranoia and delusions to diminish and become less prominent or resolved. With effective mood-stabilizing treatment, we expect a reduction of impulsive behavior, unstable affect, pressured speech, and grandiose thinking.

## 7. Reasonably foreseeable adverse effects

4

Possible side effects of the proposed antipsychotic/mood-stabilizing treatment include: weight gain, orthostatic hypotension, dyslipidemia, sedation, muscular rigidity and other extrapyramidal symptoms. Additionally, antipsychotic medications carry a low but potentially long-term risk of tardive dyskinesia. Olanzapine carries a risk of metabolic problems including abdominal obesity, high triglyceride levels, low HDL levels, high fasting levels of blood sugar, and an increased risk of cardiovascular disease and Type 2 diabetes. All medications in the antipsychotic class may cause neuroleptic malignant syndrome, which is a rare but potentially severe adverse event.

Potential side effects of anticholinergic medications include sedation, constipation, dry mouth, and urinary retention.

## 8. Prognosis without treatment
Poor.

## SECTION III - PATIENT'S CAPACITY

1.  **Explained to patient**

|   |   | YES | NO |
|---|---|---|---|
| a. | condition | | X |
| b. | proposed treatment | | X |
| c. | anticipated benefit of treatment | | X |
| d. | risk of adverse effects of treatment | | X |
| e. | availability (if any) of other treatments and comparison of benefits and risks with proposed treatment | | |

**Did not explain condition and/or treatment to patient for the following reasons:**
Mr. Balkanli declined participation in this discussion.

**2. State the nature of the patient's objections to treatment. Use the patient's own words wherever possible.**

Mr. Balkanli declined participation in more than a few minutes of interview, but did express that he felt that "neither slavery not indentured servitude is enforceable in the United States". Previously he had cited concerns that taking medication would prolong his hospital stay, would interfere with his ability to seek diplomatic immunity, and that he was a corporation with trademarked DNA.

**3. Opinion on patient's capacity**

Mr. Balkanli does not understand the nature of his mental illness. He does not understand the nature of the proposed treatment. He does not understand the factual risks and benefits of such treatment, nor does he understand any viable alternative treatments. As such, I do not believe Muharrem Balkanli has capacity to refuse the proposed psychotropic medication treatment.

## SECTION IV - POTENTIAL FOR DANGEROUS BEHAVIOR

1. The patient is believed to be potentially dangerous to others.

Yes ☐     No ☒

If yes, provide basis for opinion:

5

```
-----------------------------------------------------------------------------
    MEDICAL RECORD        |       D O C T O R ' S   O R D E R S
-----------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
-----------------------------------------------------------------------------
  DATE & TIME |              O R D E R S              | SIGNATURES
-----------------------------------------------------------------------------
```

08/22/2024 08:23  a  Renew MAGNESIUM HYDROXIDE
                     2400MG/30ML CUP UD
                     30ML PO/ORAL DAILY PRN for
                     constipation; if not effective in
                     24 hours notify MD                    /es/RICHARD C WANG
                     Start: 08/22/2024 08:23               Psychiatrist 2 Foren


08/22/2024 08:23  a  Renew OLANZAPINE (ZYPREXA)
                     INJ,PWDR
                     5MG/0.5VIAL IM DAILY PRN for
                     severe impulsivity due to
                     psychosis; not over objection; MDD
                     is 40MG from all sources              /es/RICHARD C WANG
                     Start: 08/22/2024 08:23               Psychiatrist 2 Foren


08/22/2024 08:23  a  Renew ACETAMINOPHEN TAB
                     650MG PO/ORAL EVERY_6_HOURS PRN
                     for aches, pains or headache;
                     Notify MD if pt requires > 2 doses
                     in 24 hours                           /es/RICHARD C WANG
                     Start: 08/22/2024 08:23               Psychiatrist 2 Foren
```

```
-----------------------------------------------------------------------------
BALKANLI, MUHARREM          DOB:03/20/1970      |    MEDICAL RECORD
   Loc: 38 31 WARD                              |
   Date: 09/02/2024 17:00                       |  D O C T O R ' S   O R D E R S
                                                |
                                                |_____
```

OMH PHI

```
-----------------------------------------------------------------------
      MEDICAL RECORD          |      D O C T O R ' S   O R D E R S
-----------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
-----------------------------------------------------------------------
 DATE & TIME |              O R D E R S              | SIGNATURES
-----------------------------------------------------------------------
```

08/26/2024 11:58  a  Change CHLORHEXIDINE GLUCONATE AF
                     MOUTHWASH 0.12%
                     15ML PO TWICE_DAILY Rinse for 30
                     seconds and spit out. Start
                     8/21/2024 pm,stop 9/4/2024 pm
                     to CHLORHEXIDINE GLUCONATE
                     RINSE,ORAL 0.12%
                     RINSE AND SPIT (15ML) PO
                     TWICE_DAILY Rinse for 30 seconds
                     and spit out. Start 8/21/2024
                     pm,stop 9/4/2024 pm
                     Start: 08/26/2024 12:00

08/23/2024 13:22  a  HALOPERIDOL (HALDOL) TAB
                     5MG PO/ORAL BEDTIME psychosis
                     Start: 08/23/2024 12:30

08/22/2024 09:16  a  OLANZAPINE (ZYPREXA ZYDIS)
                     TAB,RAPID DISINTEGRATE
                     5MG PO/ORAL EVERY_8_HOURS PRN for
                     impulsivity due to psychosis; not
                     over objection; MDD is 40mg from
                     all sources
                     Start: 08/22/2024 08:23

08/22/2024 08:23  a  Renew DIVALPROEX (DEPAKOTE ER)
                     TAB,SA,24HR (EXTENDED RELEASE)
                     2500MG PO/ORAL DAILY for mood
                     stabilization; WEAR GLOVES FOR
                     DIRECT CONTACT; DO NOT CRUSH         /es/RICHARD C WANG
                     Start: 08/22/2024 08:23             Psychiatrist 2 Foren

-----------------------------------------------------------------------

 BALKANLI, MUHARREM        DOB:03/20/1970      |    MEDICAL RECORD
   Loc: 38 31 WARD                             |
   Date: 09/02/2024 17:00                      | D O C T O R ' S   O R D E R S
                                               |
                                               |_____
```

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE

----------------------------------------------------------------

In the Matter of

**Muharrem Balkanli**

A Patient at Mid-Hudson Forensic Psychiatric Center

----------------------------------------------------------------

FINAL ORDER
Index No. 100051/24

An application having been made herein for authorization to administer medication over the objection of the patient, and the matter having come on before the undersigned on September 6, 2024 and the patient having appeared by the Mental Hygiene Legal Service, in opposition thereto, and a hearing having been held and this Court having determined that said patient lacks capacity to give or withhold consent to the administration of the medication proposed herein and having further found that the treatment hereinafter set forth is so narrowly tailored as to give substantive effective to the patient's liberty interest, **ORDER** and **ADJUDGED**, that the New York State Mental Health Commissioner or designee be, and hereby is, authorized to administer treatment over the objection of the patient for the duration of the patient's current hospitalization at Mid-Hudson Forensic Psychiatric Center, as follows:

A. Haloperidol (antipsychotic) up to 40 mg daily, to be given by mouth starting at 5mg twice daily and increased in dose based on efficacy. If the oral dose of Haloperidol is refused, the patient will receive a Haloperidol immediate-release injection in a dosage equivalent to the refused oral dose.

B. If Haloperidol treatment proves effective and tolerable, the patient may receive the equivalent dose of Haloperidol Decanoate, the long-acting injectable form of Haloperidol. Haloperidol Decanoate will be given using a loading dose strategy to ensure stable blood levels of the drug. This strategy involves initiating the drug with 3 weekly loading doses (dosed at 10x the oral dose), with a one-week continuation of oral medication following the first loading dose. The maintenance dosing begins 2 weeks after the third loading dose and is given at 20x the oral dose, and maintained every 4 weeks thereafter.

C. ALTERNATIVELY, if the patient is unable to tolerate or does not have improvement of psychotic symptoms from treatment with Haloperidol alone, Fluphenazine (antipsychotic) up to 40 mg daily, to be given by mouth starting at 5mg twice daily and increased in dose based on efficacy. If the oral dose of Fluphenazine is refused, the patient will receive a Fluphenazine immediate-release injection in a dosage equivalent to the refused oral dose.

D. If Fluphenazine treatment proves effective and tolerable, the patient may receive the equivalent dose of Fluphenazine Decanoate, the long-acting injectable form of Fluphenazine. Fluphenazine Decanoate will be given at a dose conversion of 1.25x the daily oral dose and administered every 2 weeks. This would make the maximum dose of Fluphenazine decanoate 50mg every 2 weeks. As the injectable takes 4-6 weeks to reach a steady state, supplementation with the oral dose at one-half the original daily dose will be continued for 4 weeks.

E. ADDITIONALLY, for mood stabilization, Divalproex sodium ER will be offered at a dose of 1000mg to 3000mg daily. This is a medication that the patient has taken in the past without major side effects.

F. ALTERNATIVELY, for mood stabilization, Olanzapine (antipsychotic/mood-stabilizer) will be administered at a dose of 5mg daily and up to 40mg daily. If the oral dose of Olanzapine is refused, the patient will receive an immediate-release injection of Olanzapine at a dose equivalent to the refused oral dose.

G. ADDITIONALLY, Diphenhydramine (anticholinergic) up to 100mg daily by mouth may be given at a dose of 25 to 50mg twice daily for side effects such as muscle stiffness or tremor.

If the oral dose of Diphenhydramine is refused, the medication will be given by an equivalent dose of injection.

H. ALTERNATIVELY, if the patient does not tolerate Diphenhydramine, he may take the anticholinergic drug Benztropine for side effects, starting at an oral dose of 1mg daily and up to 6mg daily in split doses. If the oral dose is refused, the equivalent dose may be given by injection.

I. The hospital requests authorization to perform physical examinations, EKG monitoring, vital sign monitoring, and blood testing (including Complete Blood Count (CBC), blood Chemistry, Liver Function Tests, Lipid Panel, and Prolactin level) as needed to safely monitor treatment.

Date: September 6, 2024

_____
Supreme Court Justice

Hon. Timothy P. McElduff, Jr., A.J.S.C.

# EXHIBIT A-6



New York State Unified Court System

## WebCriminal

## Case Details - Summary

### CASE INFORMATION

Court:       **Queens Supreme Criminal Court**
Case #:      **IND-70440-24/001**
Defendant:   **Balkanli, Muharrem**

### Defendant

Name:        **Balkanli, Muharrem**
Birth Year:  **1970**

### Incident and Arrest

**Incident**
Date:    **December 31, 2023**
CJTN:    **70556038J**

**Arrest**
Date:        **December 31, 2023**
Arrest #:    **Q23650600**

**Officer**
Agency:      **NYCPD PCT 114**
Command:

### Attorney Information

**Defense Attorney**
Name:        **Gibbons, Francis Bougher**
Type:        **Legal Aid**
Address:     **12046 QUEENS BLVD KEW GARDENS, New York 11415**
Phone:       **(718) 286-2402**

**Assistant District Attorney**
Name:        **Queens County District Attorney**

### Next Appearance

Date:    **May 19, 2025**
Time:    **09:00 AM**
Court:   **Queens Supreme Criminal Court**
         **125-01 Queens Blvd.**
Judge:   **Cimino, Toni M.**
Part:    **TAP-A**

# New York State Unified Court System

## WebCriminal

## Case Details - Charges

**CASE INFORMATION**

Court:        **Queens Supreme Criminal Court**
Case #:       **IND-70440-24/001**
Defendant:    **Balkanli, Muharrem**

**Note:** The appearance of section 110 in front of the charge indicates it is an attempt to commit the crime.

| Charge | Detail | | Disposition/Sentence |
|---|---|---|---|
| PL 265.02 08 | **DF , 2 counts, Arrest Charge** | | Arraigned, Pled Not Guilty |
| | Description: | Crim Poss Weap 3rd-ammo Clip | |
| | Count: | 4 | |
| PL 265.03 01B ** TOP CHARGE ** | **CF , 1 count, Arrest Charge** | | Arraigned, Pled Not Guilty |
| | Description: | Cpw-2nd: Loaded Firearm | |
| | Count: | 1 | |
| PL 265.01-B 01 | **EF , 1 count, Arrest Charge** | | Arraigned, Pled Not Guilty |
| | Description: | Criminal Possession Firearm | |
| | Count: | 8 | |
| PL 265.03 03 | **CF , 1 count, Arrest Charge** | | Arraigned, Pled Not Guilty |
| | Description: | Cpw-2nd: Loaded Firearm | |
| | Count: | 2 | |
| PL 265.02 01 | **DF , 1 count, Arrest Charge** | | Arraigned, Pled Not Guilty |
| | Description: | Crim Poss Weap-3rd:prev Conv | |
| | Count: | 3 | |
| PL 265.02 01 | **DF , 2 counts, Arrest Charge** | | Arraigned, Pled Not Guilty |
| | Description: | Crim Poss Weap-3rd:prev Conv | |
| | Count: | 6 | |

skips originating from the Legal Estate of the Decedent, with political commercial account No. SSN: 0688025 19

The expiration of seventy-two (72) hours after your receipt of this Indenture Agreement and private Indemnity Bond, without the total and complete correction of the record, will constitute a breach of contract with a summary judgment and an international commercial Notice of lien on the real and movable property, malpractice bond(s), and non-performance bond(s) of each and every Co-Fiduciary / Trustee, Co-Administrator, and all others similarly situated, *et al.*

This appointment will not be affected by the addition of Co-Administrators and Co-Fiduciary Trustees from time to time by the Grantor / Beneficiary, M. balkani . {*Beatty v. Guggenheim Exploration Co.*, 122 N.E. 378 (/9/9). 225 N.Y. 380. 119 N.E. 575. 223 N.Y. 294 (/9/8). Landmark case all constructive trust} as they become known. Failure to correct the record and settle the account within seventy-two (72) hours will constitute a Trust *ex maleficio* and will result in a claim of Fiduciary Trust fraud for the wrongful conversion of Beneficiary's private beneficial interest including the conversion of counterfeited securities and obstruction of justice with a claim to the international community and to the Criminal Tax Division of the Internal Revenue Service for criminal tax evasion of $500,000.00 including but not limited to many years in prison ( *Trezevant v. City of Tampa* ) and a 1099OID and a 1099C showing you as the recipient of the funds on this taxable instrument(s) for the execution of penalties for counterfeit securities issued against M. BALKANL without any agreement or lawful contract.

Pursuant to this Private Settlement Agreement Judgment, **IT IS DECLARED:**

There now exists a private contract between us and what I expect of the co-administrators and co-fiduciary trustees to remain on your side of the Declaration of Rights that precedes and attaches to the NEW YORK STATE corporation / CRIMINAL COURTS constitution and that you remain in the state corporation constitution and out of my domain which is the declaration of

*Subordinate CRIMINAL COURTS*

the Bill of Rights and:

*NO BS - STATUTORY Legislative Regulation Codes, Act 47*

1. THAT any conducted court proceedings are intended to be of competent jurisdiction; *COMMON LAWS OF US CONSTITUTIONS AND NY CONSTITUTIONS -NONE ASSUMPSIT- NO STATORY ACTS ONLY COURT-OF RECORD*

2. THAT the Plaintiff is a corporation with DUNS # *multiple names with multiple CUSIP frauds, with multiple DUNS #, also Recorded with IRS Criminal Division*

3. THAT the Plaintiffs have failed to state a claim upon which relief can be granted [12(b)(6)]; *and US Treasury Tax, Fraud Dept.*

4. THAT the act of criminal barratry will be charged to the clerk of court and/or the court administrator for any reassignment of fiduciary duty by the court administrator and/or denial of the filing of this Private Settlement Agreement Order creating the denial of the right to access the court; *18 USC 241, 242, deprival of Colors of Law, plus section 1346 +1242 WIRE FRAUD*

5. THAT the act of criminal barratry will be charged to the judge / agent, clerk of court, and/or court administrator for any controversy brought into this court in opposition to this Private Settlement Agreement; *Plus illegally monopolizing trade and commerce of a private Trust 15 USC section -1- and 2, Fines $100000000,00 enti- and 10 years imprisonment, plus $1 million for person*

*Counterfeit Securities-- Pursuant to Title 18 U.S.C. § 4, of the commission of crimes cognizable by a court of the United States under Title 18 U.S.C. § 513 to wit:*

*"513(a) Whoever makes.. utters or possesses a counterfeited security of a State or political subdivision thereof or of an organization with intent to deceive another person, organization, or government, shall be fined not more than $250,000.00 or imprisoned not more than ten years, or both. See also Sections 2311 , 2314, and 2320 for additional fines and sanctions. Among the securities defined at 18 U.S.C. § 2311 is included "evidence of indebtedness" which, in a broad sense, may mean anything that is due and owing which would include a duty, obligation, or right of action.* *which you will find Yourselves right smack dab in center of multiple*

6. THAT abuse of office and official misconduct will occur for *violations* any failure of the clerk of court and/or court administrator *including Banking, Tax Frauds over 20 Years! NO JOKE -*

and/or judge / agent to place this Private Settlement Agreement into the evidence file;

7. THAT standard judicial operating procedures (S.O.P.) can never overrule obstruction of justice or due process [*Trezevant v. City of Tampa*];

8. THAT any applicable damages shall be assessed at the rate previously set forth or otherwise stated by invoice / true bill from the Claimant / Attorney in Fact;

9. THAT the Administrators, Executors, and Fiduciary Trustees provide equal protection of the law as a Matter of Law and as a Matter of Record;

10. THAT the Administrators, Executors, and Fiduciary Trustees comply with Federal Congressional Legislation by not upholding recoupment;

11. THAT the act of criminal barratry, abuse of office, and/or official misconduct will be charged to the judge / agent, clerk of court, and/or court administrator for any failure to acknowledge and deliver this Private Settlement Agreement judgment pursuant to the tenants herein;

12. THAT this judgment is acknowledged and entered with prejudice by the Plaintiff and the Clerk of Court;

13. THAT the bonds sold bearing the name of MUHARREM were insinuated due to the fraud of secrecy; and BALKANLI

14. THAT I have a right to redeem the bonds which the court and/or the prison sold in the Defendant / Inmate's name and social security number; therefore, I am replacing those bonds with the enclosed bonds. I now own this case. The enclosed forms authorize you, and indeed, order you to:

a) I - recall all the bonds / securities which were previously sold with the name M. BALKANLI and the above social security number and refund these monies to me as those funds belong to me;
   b)   obtain your funding through the bonds enclosed;
   c)   send a statement of account showing a zero (0) balance, and a check for all bond monies previously received on this account to the above mail

location;

(d) release the Living Man / Woman held as surety from confinement and all conditions of imprisonment immediately; and

(e) discharge this matter and any financial obligations attached hereto.

SO ORDERED

THESE FORMS ARE NOT SUBJECT TO THE DISCRETION OF THE COURT or other recipients. If the Plaintiff has reason to reject these forms, you are required to **provide proof of claim via a sworn affidavit under penalty of perjury and assuming full commercial liability** as to why you are not required to accept the forms or advise me of any defect you may find in the forms and **provide your bond in support of your position.** Your failure to do so will be certified as fraud on your part pursuant to *U.S. v. Tweel.* Please note that the court's comments are directed to Internal Revenue Service employees and apply equally to all government employees.

**YOUR RESPONSIBILITY.** I understand it may take sixty **(60)** days to process the enclosed bonds, but I require a letter from you in good faith **within fifteen (15) days of the postmark on this communication** acknowledging receipt of the bonds and your good-faith intention to process the bonds and release me or, in the alternative, <u>your affidavit and bond in support of your claim of a defect in the bonds</u>. I am also requesting copies of the 1099-OIDs which were (or should have been) originally filed in regard to this case as well as copies of I.R.S. forms 706 and 709 which should have been filed, too. Your failure to respond within this time frame and in the manner stipulated will comprise your default and admission that there exists a right of lien on real property pursuant to this Private Settlement and judgment.

**EVENT OF DEFAULT.**
Failure to respond pursuant to the said terms of response or specifically perform under the provisions of the enclosed government forms (i.e., credit and ledger claimant's tender of consideration) will comprise a default on your part. As an operation of law, a default will comprise your agreement, consent, and confession to all of the terms, statements, and facts herein and herewith and all inclusions and indorsements, front and back, annexed hereto. Your default will comprise your

confession **to holding all liability in the aforesaid matter, your stipulation that the above noted party has exhausted his/her administrative remedy, and your consent to all necessary collection procedures.** As well, your default will comprise your confession to securities fraud, tax fraud, breach of fiduciary duty, and false imprisonment and will be certified and reported to the Governor and the Comptroller of your State, the I.R.S., and the local United States Attorney. Your default will comprise your agreement to the **arrest of your bond** and to the filing of criminal complaints and/or torts against any and all agents acting on behalf of the ~~plaintiffs~~ referenced in the above-listed security.

*For the Criminal Courts NEW YORK STATE NY (~NY)*

**CONFESSION OF JUDGMENT.** Default will comprise your agreement to accept and pay certain fees. Your default is your agreement to pay a co-claimant fee as set forth in the attached invoice for the privilege of being joined as a co-Claimant against legal fiction MUHARREM BALKAN pursuant to each attempt to impair the Claim or stultify the Claimant (me) or Debtor (the Trust) and that any and all diplomatic immunity or other implied immunity from liability is void.

**SELF-EXECUTING POWER OF ATTORNEY.** To facilitate your strict compliance with all of the terms of the Contract, if you fail to correct the default within ten **(10)** days, you give, by remaining silent, unlimited power of attorney to Claimant to sign and execute for you regarding enforcement of your obligations under this Contract. In that event, you instruct and authorize the Claimant to **execute Respondent's signature(s) in representative capacity on a *Self-executing Power of Attorney* document**.

**ESTOPPEL BY ACQUIESCENCE.** Your default will comprise your agreement that all issues pertaining to this Contract are deemed settled and closed *res judicata, stare decisis,* **collateral estoppel,** and, as a result, **judgment by estoppel,** and therein you will be confessing to the criminal act of false imprisonment should you fail to release me.

**WAIVER OF RIGHTS. CONFESSION OF JUDGMENT.** Your Default will comprise your consent, agreement, and confession to **waive any and all rights** to raise a controversy, to

appeal, to object to, or to controvert administratively or judicially any of the terms and provisions in this Contract or the estoppel as well as your consent to serving as a successor surety for all obligations, commercial and corporeal, attributed to the account. Upon Default, you and your agents may not argue, controvert, or protest the finality of the administrative findings to which you have agreed unless such Waiver of Rights which follows is declined in writing. Any such argument or controversy will comprise your confession to Perjury, Enticement to Slavery, and various crimes against humanity. The Respondent's confession of judgment in the said amount is *res judicata* and *stare decisis*.

## DENIAL OF WAIVER OF RIGHTS.

The Respondent(s) hereby acknowledge that they have received, read, and fully understand this administrative remedy presentment with attachments, endorsements, and schedules and do hereby reserve the right to raise a justiciable controversy by exhibiting verified proof of claim and loss no later than ___72 HRS ONLY___ OR ___3 days (Banking)___ [must be within ten (10) days of date of signing below unless written permission for a longer period of time is obtained in writing from the Third Party Intervener / Real Party in Interest under injury]. In the event the said claim is honored, they further agree to settle all associated accounts to a zero ($0) balance. Failure to perform may result in claims without immunity against any or all official bonds and in a private or commercial venue.

## CERTIFICATION AND RECORDING OF NON-PERFORMANCE FOR EVIDENTIARY PURPOSES.

For your protection, non-performance will be certified and recorded in the public record as evidence that MUHARREM ©™® BALKANLI has exhausted his/her administrative remedy and that you have elected to waive all rights to raise a controversy or to claim immunity from collection proceedings, having

declined the opportunity to plead.

Thank you for your assistance with this matter.

*So ORDERED & CORDIALLY YOURS*

*muharrem; a man; balkanli LLC*

Sincerely,

*INTERNATIONAL FOREIGN PRIVATE TRUST*

Government-created *ens legis* /

(Trust)

*MUHARREM BALKANLI © TM ®*

By: *Man person* living

Man / ~~Woman~~

*muharrem; a man; balkanli © TM ®*

Authorized Representative — *Registered INTERNATIONAL Agent*

Attorney in Fact — *Aggrieved Tribal Beneficiary Heir*   Claimant,

*ALL RIGHTS RESERVED — WITHOUT PREJUDICE*
*UCC-1-207 + UCC-1-308 · UNDER DURESS*
*Sworn to before me*        *NONE ASSUMPT*
                            *NO CUSIP CONSENT*
*on 2/20/24*                *NO WIRE FRAUD*
                            *NO MAIL FRAUD*

NKO IFEIGBO
TARY PUBLIC-STATE OF NEW YORK
NO: 01IG6163948
QUALIFIED IN QUEENS COUNTY
COMMISION EXPIRES APRIL 09, 2027

*ABSOLUTELY, TRIPOLY TREATY 1790 IN*
*EFFECT AT ALL TIMES, US CONGRESS*
*SOVEREIGNTY         5TH*
*RESERVED         NO# 122*

NOTICE

**SUPREME COURT STATE OF NEW YORK:**
**COUNTY OF** QUEENS

----------------------------------------------X

**THE PEOPLE OF THE STATE OF NEW YORK**

**Against**

MUHARREM BALKANLI,
                  **Defendant.**

----------------------------------------------X

TO: Letitia James,
ATTORNEY-GENERAL NEW YORK
28 LIBERTY STREET
NEW YORK, NEW YORK

NOTICE - ORDER

**SUBPOENA DUCES TECUM**

INDICTMENT # 00073-24QN
CUSIP FRAUD-MAIL FRAUD
TAX-GSA-BOND-SEC FRAUD
TRESPASS UPON PERSON
BY WAY OF FORGERY

100 %

NO CONSENT
ABSOLUTELY !
NOTICE
ORDER

**IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK**

**YOU ARE COMMANDED** to appear before this Court at the Courthouse thereof at

125-01 QUEENS BLV, ~~KEW GARDENS~~ in the County of

QUEENS, NY, on the 8th day of March, 2024 at 9:30 AM as a

witness in a criminal action prosecuted by the People of the State of New York against

MUHARREM BALKANLI, defendant and that you bring with you

CONSTITUTIONAL OATH OF OFFICE, INDEMNITY BONDS TO CERTIFY UNDER OATH AND AFFIRMATION THAT NYS STATUTORY CHARGES MADE ON ACCUSATION INSTRUMENT INFORMATION AGAINST DEFENDANT ARE IN COMPLIANCE & ACCORD WITH CONSTITUTION'S, U.

*For a failure to comply with this subpoena you will be deemed guilty of Criminal Contempt of*

*Court and be liable to the punishment provided by law therefor*

Dated at February 16, 2024, 2024

PUBLIC NOTARY

Muharrem Balkanli
Aggrieved Claimant-Defendant
Representative

Justice Judge

All rights Reserved
without Prejudice - UCC-1-D
UCC-1-30

NKF CHI ICBO
NOTARY PUBLIC STATE OF NEW YORK
NO: 01IC6153943
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES APRIL 09, 2027

NOTICE - ORDER

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF QUEENS

PEOPLE OF NEW YORK

Petitioner

-against-

STOCK FRAUD - MAILWIRE FRAUD
CUSIP-TAX-MAIL - GSA FRAUD

Ind. No. 000073-24QN

SUBPOENA FOR WITNESS

Respondent(s)

MUHARREM BALKANY © TM R

100 1%

ABSOLUTE
NOTICE
ORDER

To: Letitia James
CONSTITUTIONAL ATTORNEY GENERAL
FOR NEW YORK STATE

WE COMMAND YOU, that all business and excuses being laid aside, you and each of you appear and attend before CRIMINAL COURT- QUEENS-NYC , on the 8TH . day of MARCH at Part Supreme Court Room ANNEX before Honorable CRIMINAL PART at 930 A.M. o'clock in the forenoon, and on any recessed or adjourned date, to give testimony in the above-entitled action, and bring with you any and all books, papers or other documents or things which may be pertinent or related hereto.,

Failure to comply with this subpoena, which is duly issued by an officer of the Court pursuant to the Family Court Act and the Civil Practice Law and Rules, shall be punishable as COMTEMPT OF COURT.

For any questions immediately contact the issuing officer indicated below.

DATED: February 16, 2024

©

SO ORDERED, Defendant Attorney General - NYSTATE
Aggrieved Claimant Representative ©
Muharrem=Balkani TM R 28 Liberty Street
New York, NY, County

Letitia JAMES, ESQ

NAME AND ADDRESS

JSC

All rights Reserved
UCC-1-207 + UCC-1-308
without Prejudice
under terms

2/16/2024
No. ...

NKF CHI IGBO
NOTARY PUBLIC-STATE OF NEW YORK
NO: 01C6163948
QUALIFIED IN QUEENS COUNTY
COMMISION EXPIRES APRIL 09. 20

IRS-TREASURY-FRAUD PACKAGE

# VERIFICATION

STATE OF NEW YORK )
COUNTY OF Queens ) ss.:

c/o a man: muharrem: balkan , being duly sworn, deposes and says that deponent is the IRS-CID-TREASURY petitioner in the above captioned proceeding, that he has read the foregoing petition and knows the contents thereof, that the same is true to deponent's own knowledge, except as to matters therein stated upon information and belief, which matters deponent believes to be true. and Fact. 100%

FRAUD Package

Petitioner, Pro Se

muharrem: awas: balkan
Attorney in Fact
Authorized Representative
Registered Agent
Grantor-Beneficiary-Heir
Fiduciary Master Prosecutor
Aggrieved Claimant Corpus Delicti
Injured - Petitioner, Harmed
All rights Reserved
None Assumpsit. Under Duress
UCC-1-103 - UCC-1-207
UCC-1-308
without Prejudice and Recourse
Copyrighted-Trademark-Registered
! NO CUSIP CONSENTED !
ABSOLUTE: NO SILENCE
CONTRACTS

Sworn to before me this

19 Day of March 20 24.

Notary Public, State of New York

NADINE L GRIFFIN
Notary Public, State of New York
Reg. No. 01GR6331585
Qualified in Queens County
Commission Expires 10-13-2027

IRS—TREASURY—TRUST FRAUD REPORT PACKAGE
CID— SEC— FTC—FBI—DOD   TRUST FRAUD TAX EVASION

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK
COUNTY OF QUEENS } s.s.:

I, _Muharrem Balkanli_, being duly sworn deposed and state:

That I have on the 19 day of _March_, 20 24, placed and

submitted the original and copies of this petition to be duly mailed via the United States

Postal Service, through the institutional mailroom of the _1600 Hazen Street EAST ELMHURST, NEW YORK, 11370, RIKERS ISLAND NYC_
Correctional Facility. Said moving papers were mailed to the following concerned parties:

① Clerk of Supreme Court
Queens County
12501 Queens Blvd
Kew Gardens, NY, 11415

② District Attorney
Queens County
12501 Queens Blvd
Kew Gardens, NY, 11415

③ Francis Gibbons, Defense Counsel
Legal Aid Society
120-46 Queens Blvd
Kew Gardens NY, 11415

④ Attorney General
New York State
Letitia James
28 Liberty Street
New York, New York

⑤ Clerk of Court of Appeal
Second Department Division
45 Monroe Place
Brooklyn NY 11201

Yours, etc...   ⑥

PETITIONER
Muharrem Balkanli
All rights Reserved
Without Prejudice
UCC-1-207 + UCC-1-308
None Assumpsit

Sworn to before me this
19 day of _March_, 20 24

NOTARY PUBLIC / COMMISSIONER OF DEEDS

NADINE L. GRIFFIN
Notary Public, State of New York
No. 01GR6331585
Qualified in Queens County
Commission Expires 10-13-2027

INSTRUCTIONS

Registered Agent
Authorized Representative
Attorney in fact

9

# EXHIBIT A-4



Case 1:24-cv-07166-AMD-CHK   Document 62   Filed 04/24/26   Page 122 of 153 PageID #: 898



**COPYRIGHT DEPOT.COM**

(index.php?lang=EN)

🌐 Languages  English ⌄

**ABOUT US**

**(APROPOS.PHP?LANG=EN)**

**FAQ**

**(QUESTIONS.PHP?LANG=EN)**

**ARCHIVES**

**(ARCHIVES.PHP?LANG=EN)**

**PRICE PER COPYRIGHT**

**(COST.PHP?LANG=EN)**

**Username**  ?

Username

**Password**

Password

Log in

Forgot your password?

**RESET PASSWORD**

**No account?**  ?

**CREATE IT**
**(INSCRIPTION.PHP?LAN**

← It's free!

**CONTACT US**

*Home (index.php?lang=EN)*

> *00073238-1 | Business logo | MUHARREM BALKANLI*

# 00073238-1 | Business logo | MUHARREM BALKANLI

Copyright 00073238-1 in category Business - Business logo

| | |
|---|---|
| **First name** | ***** |
| **Last name** | ***** |
| **Pseudonym** | MUHARREM BALKANLI |
| **City** | ***** |
| **Country** | United States of America |

Copyright number

00073238-1

Received on

2021-11-18 01:24:54

**Sole Author**

Yes

Manage services   11

1 of 2

8/5/24, 9:49 PM

# EXHIBIT A-5

**NEW YORK STATE OF OPPORTUNITY.** | **Mid-Hudson Forensic Psychiatric Center**

| KATHY HOCHUL | ANN MARIE T. SULLIVAN, MD | KRISTIN ORLANDO, PsyD |
|---|---|---|
| Governor | Commissioner | Executive Director |

August 26, 2024

Lynn McKelvey
Chief Clerk, Supreme Court
Orange County Government Center
255-275 Main Street
Goshen, NY 10924

RE: BALKANLI, Muharrem

Dear Ms. McKelvey:

Enclosed find material concerning our application for court authorization to administer medication over objection to the above-named Mid-Hudson Forensic Psychiatric Center patient. Please place this matter on the next available court calendar.

Respectfully,

Kristin Orlando, Psy.D.
Executive Director

KO/km
Enclosures
cc:   AAG Office- Poughkeepsie Regional Office
       Mental Hygiene Legal Service

---

**A FACILITY OF THE OFFICE OF MENTAL HEALTH**

## NOTICE OF PETITION

STATE OF NEW YORK)
SUPREME COURT    )
ORANGE COUNTY   )
Index No.

\*--------------------------------------------------------------------\*

In the Matter of


                              Petitioner,

    -against


                    **Muharrem Balkanli**

          A Patient at Mid-Hudson
          Forensic Psychiatric Center

\*------------------------------------------------------------------\*


PLEASE TAKE NOTICE that, upon the petition and affidavits of Drs. Zhang, Wang, Laurel and the reports and evaluation appended thereto, an application will be made at the Mental Hygiene Term of this Court to be held at the Courthouse, Orange County, Goshen, New York.

Next available court calendar date for the relief of:

Authorization to administer medication as set forth in the "Evaluation for Treatment Over Objection."

Petitioner: Ann Sullivan, Ph.D., Commissioner of the Office of Mental Health, designates Orange County as the hearing place. The basis of venue is petitioner's address.

                    Yours, etc.,

                    LETITIA JAMES, NYS Attorney General
                    Attorney for Petitioner
                    One Civic Center Plaza, Fourth Floor
                    Poughkeepsie, NY 12601
                    Mental Hygiene Legal Service


TO:    Muharrem Balkanli, Ward 31
       Laura Ng, Administrative Assistant 1, AAG Office

STATE OF NEW YORK
SUPREME COURT ORANGE COUNTY

-------------------------------------------------*

In the Matter of

Muharrem Balkanli
a Patient at Mid-Hudson
Forensic Psychiatric Center

**PETITION**

Index#:

-------------------------------------------------*

STATE OF NEW YORK)

                              ss.:

COUNTY OF ORANGE)

The petition of Hong Zhang, M.D., respectfully shows:

1.    That he is a Psychiatrist III at the Mid-Hudson Forensic Psychiatric Center, wherein Muharrem Balkanli is an involuntary patient.

2.    That said patient currently suffers from a mental illness requiring care and treatment and is refusing necessary medication.

3.    That appended hereto are the affidavits of Hong Zhang, M.D., Richard Wang, M.D., and Laurel Faith, D.O., who have examined and evaluated Muharrem Balkanli and concluded that said patient is in need of medication and is not competent to make an informed and reasoned treatment decision.

4.    That on the basis of these evaluations, an order of this Court is requested to permit the administration of medication as prescribed by the treating physician over the objection of said patient.

5.    That, upon information and belief, said patient is in need of legal assistance in order to insure adequate representation in connection with this application and such representation can be furnished by the Mental Hygiene Legal Service.

6.    No previous application has been made for the relief sought herein.

WHEREFORE: Petitioner prays:

1.    That the Mental Hygiene Legal Service be appointed attorney for said patient in the instant proceeding.

2.    That the application herein to administer medication to the patient over his objection as set forth in the "Evaluation for Treatment Over Objection" attached hereto, be granted; and

3.    That the petitioner has such other and further relief as to this Court may appear to be just and proper.

Dated: August 26, 2024

_____
Mid-Hudson Forensic Psychiatric Center

STATE OF NEW YORK   )
                           ) ss:
COUNTY OF ORANGE   )

Hong Zhang, M.D., being duly sworn, deposes and says:

That he is a psychiatrist at Mid-Hudson Forensic Psychiatric Center; that he has read the foregoing petition and knows the contents thereof and that the same is true to his own knowledge, except to those matters therein stated to be on information and belief, and as to those matters, he believes it to be true.

Hong Zhang, M.D.
Psychiatrist III

Sworn to before me this

26 day of August, 2024

NOTARY PUBLIC
State of New York

Karen A. Marsh
Notary Public, State of New York
Qual. in Orange Co., No. 01MA6184822
My Commission Expires May 19, 2028

**Mid–Hudson Forensic Psychiatric Center**

STATE OF OPPORTUNITY.

| KATHY HOCHUL | ANN MARIE T. SULLIVAN, MD | KRISTIN ORLANDO, PsyD |
|---|---|---|
| Governor | Commissioner | Executive Director |

August 26, 2024

Muharrem Balkanli, Ward 31
Mid–Hudson Forensic Psychiatric Center
PO Box 158
New Hampton, New York 10958

Dear Mr. Balkanli:

After reviewing the findings and evaluation of your treatment team and treating psychiatrist, I agree that treatment with psychotropic medication over your objection is in your best interest. An application will be forwarded to the Orange County Supreme Court forthwith.

Respectfully,

for Dr. Resnick

Kimberly Resnick, M.D.
Acting Clinical Director

KR/km
cc: MHLS

**A FACILITY OF THE OFFICE OF MENTAL HEALTH**

2834 Route 17-M, New Hampton, NY 10958   | (845) 374-8700  |  Fax: (845) 374-8860  |  omh.ny.gov

STATE OF NEW YORK
SUPREME COURT
COUNTY OF ORANGE
Index No.

## AFFIDAVIT

In the Matter of

Muharrem Balkanli a patient at Mid-Hudson Forensic
Psychiatric Center

Faith laurel, D.O., Psychiatrist being duly sworn, deposes and says:

I am a physician duly licensed to practice medicine in the State of New York.

I submit this affidavit in support of the application to treat this patient over his objection.

I have received the decision of the treating physician to treat over his objection, attempted to interview the patient, and reviewed medical records.

It is my opinion, with reasonable medical certainty, that the patient is not competent to make an informed, reasoned decision concerning treatment. The basis for this opinion is set forth in the "Evaluation for Medication Over Objection" appended hereto and incorporated herein by reference; and

It is further my opinion that it would be in the patient's best interest to be treated according to the proposed treatment outlined in the "Evaluation for Medication Over Objection."

For the above reasons, I respectfully request that this court grant the application for authorization for the treatment of this patient.

Faith Laurel, D.O
Psychiatrist

Sworn to before me this 23

day of August , 2024

Karen a. Marsh
Notary Public

Karen A. Marsh
Notary Public, State of New York
Qual. in Orange Co., No. 01MA6184822
My Commission Expires May 19, 2028

STATE OF NEW YORK
SUPREME COURT
COUNTY OF ORANGE
Index No.

## AFFIDAVIT

In the Matter of

Muharrem Balkanli a patient at Mid-
Hudson Forensic Psychiatric Center

Richard Wang, M.D., Psychiatrist II being duly sworn, deposes and says:

I am a physician duly licensed to practice medicine in the State of New York.

I submit this affidavit in support of the application to treat this patient over his objection.

I am familiar with the patient in that I am treating physician to treat over his objection, attempted to interview the patient, and reviewed medical records.

It is my opinion, with reasonable medical certainty, that the patient is not competent to make an informed, reasoned decision concerning treatment. The basis for this opinion is set forth in the "Evaluation for Medication Over Objection" appended hereto and incorporated herein by reference; and

It is further my opinion that it would be in the patient's best interest to be treated according to the proposed treatment outlined in the "Evaluation for Medication Over Objection."

For the above reasons, I respectfully request that this court grant the application for authorization for the treatment of this patient.

_____
Richard Wang, M.D.
Psychiatrist II

Sworn to before me this 23

day of August_____, 2024

_____
Notary Public

Karen A. Marsh
Notary Public, State of New York
Qual. in Orange Co., No. 01MA6184822
My Commission Expires May 19, 2028

**NEW YORK STATE OF OPPORTUNITY.** | **Mid-Hudson Forensic Psychiatric Center**

| KATHY HOCHUL | ANN MARIE T. SULLIVAN, M.D. | KRISTIN ORLANDO, Psy.D. |
|:---:|:---:|:---:|
| Governor | Commissioner | Executive Director |

August 23, 2024

Mr. Muharrem Balkanli, Ward 31
Mid-Hudson Forensic Psychiatric Center
P.O. Box 158
New Hampton, New York 10958

Dear Mr. Balkanli:

As you know, I have determined, as your treating doctor, that treatment with psychotropic medication will be in your best interest. You refused to discuss with me the benefits and risks involved in taking such medication. However, I see that you do not want to take medication now. I have further determined that you lack the capacity to make a reasoned decision concerning this matter and are a danger to yourself and others. I am, therefore, forwarding my evaluation and findings to the Clinical Director with a request for further review.

You are hereby informed that you, or the Mental Hygiene Legal Service on your behalf, may communicate to the Clinical Director, any arguments or other material in support of your continued objection to the proposed medication.

Thank you.

Respectfully,

Richard Wang, M.D.
Psychiatrist II

RW/km
cc: Mental Hygiene Legal Service

**NEW YORK STATE OF OPPORTUNITY.** | **Mid-Hudson Forensic Psychiatric Center**

| KATHY HOCHUL | ANN MARIE T. SULLIVAN, M.D. | KRISTIN ORLANDO, Psy.D. |
|:---:|:---:|:---:|
| Governor | Commissioner | Executive Director |

August 23, 2024

Mr. Muharrem Balkanli, Ward 31
Mid-Hudson Forensic Psychiatric Center
P.O. Box 158
New Hampton, New York 10958

Dear Mr. Balkanli:

As you know, I have determined, as your treating doctor, that treatment with psychotropic medication will be in your best interest. You refused to discuss with me the benefits and risks involved in taking such medication. However, I see that you do not want to take medication now. I have further determined that you lack the capacity to make a reasoned decision concerning this matter and are a danger to yourself and others. I am, therefore, forwarding my evaluation and findings to the Clinical Director with a request for further review.

You are hereby informed that you, or the Mental Hygiene Legal Service on your behalf, may communicate to the Clinical Director, any arguments or other material in support of your continued objection to the proposed medication.

Thank you.

Respectfully,

Richard Wang, M.D.
Psychiatrist II

RW/km
cc: Mental Hygiene Legal Service

**A FACILITY OF THE OFFICE OF MENTAL HEALTH**

# MID-HUDSON FORENSIC PSYCHIATRIC CENTER
## EVALUATION FOR MEDICATION OVER OBJECTION

## PATIENT IDENTIFYING INFORMATION:

Name:  Balkanli, Muharrem
MH#:  C15333
Date of Admission: 5/6/2024
Date of Birth: 3/20/1970
Ward: 31
Date of Report:  8/23/2024
Date of Exam:   8/23/2024

CONFIDENTIAL
THIS INFORMATION IS BEING RELEASED WITH THE UNDERSTANDING THAT IT IS FOR YOUR USE ONLY.  IT IS NOT TO BE SHARED WITH OR REDISCLOSED TO OTHER PERSONS/AGENCIES.

** Prior to the commencement of the evaluation, the purpose of the evaluation and its non-compulsory nature was explained to Mr. Balkanli. He was also told that the findings and observations gleaned during the evaluation could be included in a report containing the evaluator's opinion regarding his capacity to make decisions about his treatment. Mr. Balkanli was told that his attorney, David Kempinger, Esq., would be available during the evaluation for the purpose of his consultation and protection and that he was free to consult with Mr. Kempinger at any time. He was further offered an evaluation with another psychiatrist on this matter. Mr. Balkanli refused to proceed.**

## SECTION I - CLINICAL ASSESSMENT

- Muharrem Balkanli is a 54-year-old man who was admitted to Mid-Hudson Forensic Psychiatric Center on 5/6/2024for restoration of fitness to proceed under CPL 730.50.
- Mr. Balkanli faces a top charge of Criminal Possession of a Weapon in the Second Degree related to the alleged possession of a loaded firearm on 12/31/2023.
- Court-ordered examinations of the patient's fitness to proceed were conducted on 1/24/2024 in which Mr. Balkanli presented as loud, irate, and disorganized with prominent paranoid and grandiose delusional beliefs.
- Mr. Balkanli's current psychiatric presentation is consistent with a diagnosis of Schizoaffective Disorder, Bipolar Type.
- Mr. Balkanli refuses voluntary compliance with antipsychotic medication treatments for Schizoaffective Disorder.

**Past Psychiatric History:**

Muharrem Balkanli has a history of prior psychiatric hospitalizations and evaluation prior to his current hospital stay.  State records show that he was hospitalized at Creedmoor Psychiatric Center from 8/16/2019 to 10/8/2019 after being found unfit to stand trial on charges of Obstruction of Government Administration.  During that hospitalization he was noted to be uncooperative, pressured in speech, and paranoid about various conspiracies. He was diagnosed with Bipolar Disorder and treated with Olanzapine and Divalproex, and then discharged to a psychiatric transitional residence taking Haloperidol decanoate (long-acting antipsychotic), Divalproex (mood stabilizer), Diphenhydramine (antihistamine), and Lorazepam (anxiety medication).

1

Records show subsequent hospitalizations at Bellevue Hospital Center from 2/1/2022 to 2/24/2022 with a diagnosis of Schizoaffective Disorder, and Metropolitan Hospital Center from 2/22/2023 to 3/7/2023 with a diagnosis of Schizoaffective Disorder.

While detained at Rikers Island, Mr. Balkanli was examined by mental health staff and diagnosed with Delusional Disorder. Treatment with Risperidone (antipsychotic) as ordered, but Mr. Balkanli refused voluntary compliance with medication treatment.

**Hospital Course:**

Upon admission to MHFPC, Mr. Balkanli presented with disorganization of thinking, paranoid and grandiose delusional beliefs, unstable mood, and pressured speech. He was diagnosed with Schizoaffective Disorder, Bipolar Type. He was prescribed treatment with Risperidone and Divalproex, but showed little improvement in his pressured speech, labile mood, paranoia, and grandiose beliefs.

Mr. Balkanli was transferred into my care on Unit 31 on 5/16/2024. During his initial stay on this unit, he was compliant with treatment with high dose Risperidone and Divalproex. He was noted to be less pressured in speech and less labile in affect, but maintained delusional beliefs about being a corporation, having "diplomatic immunity" and spent much time focused on asking for odd items of information such as the social security numbers of courtroom personnel, and sending multiple letters to the judge and other governmental officials. I reviewed the patient's treatment history from his 2019 hospitalization at Creedmoor Psychiatric Center under similar circumstances. Mr. Balkanli showed similar symptoms at that time, with mood instability, paranoia, and delusions of governmental conspiracies involving the "Illuminati".

Mr. Balkanli was on leave to court from 5/29/24 to 6/13/2024 during which time he was noncompliant with treatment in jail. He returned to the hospital with a new CPL 730.50 Order of Commitment, but was notably more irritable, argumentative, and paranoid. He stormed out of session claiming, ""They can order all they want ... the 730 order is void. Check out the law 383.107, the Supreme Court, U.S. 383 - 107 Baxtrom versus Herold says 730 is against my rights". He then demanded payment for any further discussions. Despite returning to medication compliance upon return to the hospital, Mr. Balkanli showed ongoing agitation. He was quite irritable, pressured in speech, hyperverbal, and hypergraphic (writing multiple pages of letters repeatedly to the courts). In group sessions he talked over the group leader and is uninterruptible. He voiced various grandiose delusions, such as having lost "$30 million" to the government, then clanging on the word government to mean "mental". He was paranoid regarding the state. He invoked various terms sovereign citizenry, of his name being a corporation, claiming his identity as corporate accounts, etc.

Based on his prior treatment records, we recommended a change of antipsychotic medication to Olanzapine to manage both mood instability and psychosis. There was partial improvement of mental status on this medication combination, with a calmer affect noted. However, by 7/23/2024 Mr. Balkanli became entirely noncompliant with psychotropic medication treatment, claiming that someone from his church told him that if he refused, he could be released from the hospital sooner. He claimed that as a member of a church he would claim diplomatic immunity as a resolution to his criminal trial, and would ask to be deported to South Africa. He expressed further plans to sue to State and the hospital in the Hague.

Off of medication, the patient showed a reduction of manic symptoms (less hyperverbal, calmer, able to sleep at night), but remained delusional. This would fit the diagnosis of Schizoaffective Disorder Bipolar Type, as the baseline illness would be a psychotic thought disorder with superimposed episodes of mania. Despite ongoing efforts to re-engage the patient in voluntary medication treatment, Mr. Balkanli continued to cite delusional beliefs in his refusal. For example on 8/2/2024, he informed me that he could not take medication because, "My body is a corporation, my DNA is trademarked and registered in Washington, D.C.". On 8/12/2024, he informed me he could not take medication because "if I take the medication I'll put the paperwork with the Ministry of Foreign Affairs in jeopardy".

On 8/23/2024 I met with Mr. Balkanli in the presence of MHLS to discuss his refusal further. He ranted and rambled throughout the interview, arguing that medication could not be forced upon him because "Neither slavery nor indentured servitude is enforceable in the United States". He then went on a tangent about his diplomatic immunity status, and then argued with MHLS that "You are not acting in my interests. Everyone is liable in this matter!" When he finally agreed to voluntarily comply with the interview process, he was only able to answer two questions about his age and prior

2

hospitalization before proceeding. I don't want to consent to this proceeding at all. This is a transaction and I don't participate in transactions. They're using my trust, my social security number. This is racketeering going on!"

## Diagnostic assessment.:

Muharrem Balkanli is a 54-year-old man who exhibits signs of severe mental illness. He has a baseline of psychotic illness as seen in paranoid and grandiose beliefs, disorganization of thinking, and illogical reasoning. Superimposed on this baseline of thought disorder are episodes of extreme mood elevation with decreased need for sleep, hyperactivity, hypergraphia, and pressured speech. This presentation is consistent over years, and is best described through the diagnosis of Schizoaffective Disorder, Bipolar Type.

## Mental Status Exam:

Mr. Balkanli arrived to the interview in hospital-issued clothing. He was wearing glasses. He was appropriately groomed. He was hyperverbal, speaking over the examiner and MHLS during the brief session. He had difficulty with interruption. His mood was elevated and grandiose. Mr. Balkanli exhibited paranoid and grandiose delusional beliefs during his brief interaction. Thoughts were tangential and disorganized. He was illogical in reasoning. Impulse control was poor and the patient angrily left the meeting. Insight into his mental illness is negligible. Judgment was poor.

## DSM5 Psychiatric Diagnosis:
Schizoaffective Disorder, Bipolar Type

# SECTION II - PROPOSED TREATMENT:

1. Course of treatment recommended by treating physician:

    A. Haloperidol (antipsychotic) up to 40 mg daily, to be given by mouth starting at 5mg twice daily and increased in dose based on efficacy. If the oral dose of Haloperidol is refused, the patient will receive a Haloperidol immediate-release injection in a dosage equivalent to the refused oral dose.

    B. If Haloperidol treatment proves effective and tolerable, the patient may receive the equivalent dose of Haloperidol Decanoate, the long-acting injectable form of Haloperidol. Haloperidol Decanoate will be given using a loading dose strategy to ensure stable blood levels of the drug. This strategy involves initiating the drug with 3 weekly loading doses (dosed at 10x the oral dose), with a one-week continuation of oral medication following the first loading dose. The maintenance dosing begins 2 weeks after the third loading dose and is given at 20x the oral dose, and maintained every 4 weeks thereafter.

    C. ALTERNATIVELY, if the patient is unable to tolerate or does not have improvement of psychotic symptoms from treatment with Haloperidol alone, Fluphenazine (antipsychotic) up to 40 mg daily, to be given by mouth starting at 5mg twice daily and increased in dose based on efficacy. If the oral dose of Fluphenazine is refused, the patient will receive a Fluphenazine immediate-release injection in a dosage equivalent to the refused oral dose.

    D. If Fluphenazine treatment proves effective and tolerable, the patient may receive the equivalent dose of Fluphenazine Decanoate, the long-acting injectable form of Fluphenazine. Fluphenazine Decanoate will be given at a dose conversion of 1.25x the daily oral dose and administered every 2 weeks. This would make the maximum dose of Fluphenazine decanoate 50mg every 2 weeks. As the injectable takes 4-6 weeks to reach a steady state, supplementation with the oral dose at one-half the original daily dose will be continued for 4 weeks.

    E. ADDITIONALLY, for mood stabilization, Divalproex sodium ER will be offered at a dose of 1000mg to

3

3000mg/daily. This is a medication that the patient has taken in the past without major side effects.

F. ALTERNATIVELY, for mood stabilization, Olanzapine (antipsychotic/mood-stabilizer) will be administered at a dose of 5mg daily and up to 40mg daily. If the oral dose of Olanzapine is refused, the patient will receive an immediate-release injection of Olanzapine at a dose equivalent to the refused oral dose.

G. ADDITIONALLY, Diphenhydramine (anticholinergic) up to 100mg daily by mouth may be given at a dose of 25 to 50mg twice daily for side effects such as muscle stiffness or tremor. If the oral dose of Diphenhydramine is refused, the medication will be given by an equivalent dose of injection.

H. ALTERNATIVELY, if the patient does not tolerate Diphenhydramine, he may take the anticholinergic drug Benztropine for side effects, starting at an oral dose of 1mg daily and up to 6mg daily in split doses. If the oral dose is refused, the equivalent dose may be given by injection.

2. The hospital requests authorization to perform physical examinations, EKG monitoring, vital sign monitoring, and blood testing (including Complete Blood Count (CBC), blood Chemistry, Liver Function Tests, Lipid Panel, and Prolactin level) as needed to safely monitor treatment.

## 3. Reasonable alternatives, if any:

Alternative antipsychotic medications include Risperidone which the patient has taken in the past with limited improvement. He may be eligible for treatment with Clozapine, an antipsychotic medication indicated in treatment-resistant Schizophrenia, but there is no available injectable should the patient refuse oral dosing.

Alternative mood-stabilizing medications such as Lithium and Carbamazepine have been considered and offered for the treatment of mood instability. Neither of these medications is available as an injectable should he refuse them in oral dosing, nor has Mr. Balkanli tried these medication in the past. Mr. Balkanli does however have a history of prior treatment with Divalproex, including during his current hospitalization and in 2019 when he was able to be discharged from Creedmoor Psychiatric Center while taking the medication in combination with Haloperidol.

## 4. Has the patient been tried on proposed treatment?

Yes. Mr. Balkanli has taken Haloperidol and Haloperidol decanoate as a patient at Creedmoor Psychiatric Center in 2019. He has taken Olanzapine both in the past and during his current admission at MHFPC. He has taken Divalproex ER during his current hospitalization and Divalproex DR (12-hour formula) during his treatment at Creedmoor Psychiatric Center. Mr. Balkanli has had treatment with Diphenhydramine during his treatment at Creedmoor Psychiatric Center as well.

## 5. Has patient been tried on other treatments?
Yes. Mr. Balkanli has had a trial of the antipsychotic medication Risperidone in the early period of his current hospitalization.

## 6. Anticipated benefits of proposed treatment

With effective antipsychotic treatment, we expect symptoms such as paranoia and delusions to diminish and become less prominent or resolved. With effective mood-stabilizing treatment, we expect a reduction of impulsive behavior, unstable affect, pressured speech, and grandiose thinking.

## 7. Reasonably foreseeable adverse effects

4

Possible side effects of the proposed antipsychotic/mood-stabilizing treatment include: weight gain, orthostatic hypotension, dyslipidemia, sedation, muscular rigidity and other extrapyramidal symptoms. Additionally, antipsychotic medications carry a low but potentially long-term risk of tardive dyskinesia. Olanzapine carries a risk of metabolic problems including abdominal obesity, high triglyceride levels, low HDL levels, high fasting levels of blood sugar, and an increased risk of cardiovascular disease and Type 2 diabetes. All medications in the antipsychotic class may cause neuroleptic malignant syndrome, which is a rare but potentially severe adverse event.

Potential side effects of anticholinergic medications include sedation, constipation, dry mouth, and urinary retention.

## 8. Prognosis without treatment
Poor.

# SECTION III - PATIENT'S CAPACITY

1.　**Explained to patient**

| | | YES | NO |
|---|---|---|---|
| a. | condition | | X |
| b. | proposed treatment | | X |
| c. | anticipated benefit of treatment | | X |
| d. | risk of adverse effects of treatment | | X |
| e. | availability (if any) of other treatments and comparison of benefits and risks with proposed treatment | | X |

**Did not explain condition and/or treatment to patient for the following reasons:**
Mr. Balkanli declined participation in this discussion.

## 2. State the nature of the patient's objections to treatment. Use the patient's own words wherever possible.

Mr. Balkanli declined participation in more than a few minutes of interview, but did express that he felt that "neither slavery not indentured servitude is enforceable in the United States". Previously he had cited concerns that taking medication would prolong his hospital stay, would interfere with his ability to seek diplomatic immunity, and that he was a corporation with trademarked DNA.

## 3. Opinion on patient's capacity

Mr. Balkanli does not understand the nature of his mental illness. He does not understand the nature of the proposed treatment. He does not understand the factual risks and benefits of such treatment, nor does he understand any viable alternative treatments. As such, I do not believe Muharrem Balkanli has capacity to refuse the proposed psychotropic medication treatment.

# SECTION IV - POTENTIAL FOR DANGEROUS BEHAVIOR

1. The patient is believed to be potentially dangerous to others.

Yes　☐　No　☒

If yes, provide basis for opinion:

5

```
--------------------------------------------------------------------------
    MEDICAL RECORD        |       D O C T O R ' S   O R D E R S
--------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
--------------------------------------------------------------------------
   DATE & TIME |              O R D E R S            | SIGNATURES
--------------------------------------------------------------------------
08/22/2024 08:23   a   Renew MAGNESIUM HYDROXIDE
                       2400MG/30ML CUP UD
                       30ML PO/ORAL DAILY PRN for
                       constipation; if not effective in
                       24 hours notify MD                /es/RICHARD C WANG
                       Start: 08/22/2024 08:23           Psychiatrist 2 Foren


08/22/2024 08:23   a   Renew OLANZAPINE (ZYPREXA)
                       INJ,PWDR
                       5MG/0.5VIAL IM DAILY PRN for
                       severe impulsivity due to
                       psychosis; not over objection; MDD
                       is 40MG from all sources          /es/RICHARD C WANG
                       Start: 08/22/2024 08:23           Psychiatrist 2 Foren


08/22/2024 08:23   a   Renew ACETAMINOPHEN TAB
                       650MG PO/ORAL EVERY_6_HOURS PRN
                       for aches, pains or headache;
                       Notify MD if pt requires > 2 doses
                       in 24 hours                        /es/RICHARD C WANG
                       Start: 08/22/2024 08:23            Psychiatrist 2 Foren
```

---

```
BALKANLI, MUHARREM        DOB:03/20/1970      |    MEDICAL RECORD
   LOC: 38 31 WARD                            |
   Date: 09/02/2024 17:00                     | D O C T O R ' S   O R D E R S
                                              |
                                              |_____
```

OMH PHI

```
------------------------------------------------------------------------
      MEDICAL RECORD          |        D O C T O R ' S   O R D E R S
------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
------------------------------------------------------------------------
  DATE & TIME |               O R D E R S              | SIGNATURES
------------------------------------------------------------------------
```

08/26/2024 11:58  a   Change CHLORHEXIDINE GLUCONATE AF
                      MOUTHWASH 0.12%
                      15ML PO TWICE_DAILY Rinse for 30
                      seconds and spit out. Start
                      8/21/2024 pm,stop 9/4/2024 pm
                      to CHLORHEXIDINE GLUCONATE
                      RINSE,ORAL 0.12%
                      RINSE AND SPIT (15ML) PO
                      TWICE_DAILY Rinse for 30 seconds
                      and spit out. Start 8/21/2024
                      pm,stop 9/4/2024 pm
                      Start: 08/26/2024 12:00

08/23/2024 13:22  a   HALOPERIDOL (HALDOL) TAB
                      5MG PO/ORAL BEDTIME psychosis
                      Start: 08/23/2024 12:30

08/22/2024 09:16  a   OLANZAPINE (ZYPREXA ZYDIS)
                      TAB,RAPID DISINTEGRATE
                      5MG PO/ORAL EVERY_8_HOURS PRN for
                      impulsivity due to psychosis; not
                      over objection; MDD is 40mg from
                      all sources
                      Start: 08/22/2024 08:23

08/22/2024 08:23  a   Renew DIVALPROEX (DEPAKOTE ER)
                      TAB,SA,24HR (EXTENDED RELEASE)
                      2500MG PO/ORAL DAILY for mood
                      stabilization; WEAR GLOVES FOR
                      DIRECT CONTACT; DO NOT CRUSH         /es/RICHARD C WANG
                      Start: 08/22/2024 08:23             Psychiatrist 2 Foren


------------------------------------------------------------------------
                                              |
  BALKANLI, MUHARREM      DOB:03/20/1970       |    MEDICAL RECORD
    Loc: 38 31 WARD                            |
    Date: 09/02/2024 17:00                     |  D O C T O R ' S   O R D E R S
                                              |
                                              |_____
```

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE

-----------------------------------------------------------------------

In the Matter of

**Muharrem Balkanli**

A Patient at Mid-Hudson Forensic Psychiatric Center

-----------------------------------------------------------------------

FINAL ORDER

Index No. 100051/24

An application having been made herein for authorization to administer medication over the objection of the patient, and the matter having come on before the undersigned on September 6, 2024 and the patient having appeared by the Mental Hygiene Legal Service, in opposition thereto, and a hearing having been held and this Court having determined that said patient lacks capacity to give or withhold consent to the administration of the medication proposed herein and having further found that the treatment hereinafter set forth is so narrowly tailored as to give substantive effective to the patient's liberty interest, **ORDER** and **ADJUDGED**, that the New York State Mental Health Commissioner or designee be, and hereby is, authorized to administer treatment over the objection of the patient for the duration of the patient's current hospitalization at Mid-Hudson Forensic Psychiatric Center, as follows:

A. Haloperidol (antipsychotic) up to 40 mg daily, to be given by mouth starting at 5mg twice daily and increased in dose based on efficacy. If the oral dose of Haloperidol is refused, the patient will receive a Haloperidol immediate-release injection in a dosage equivalent to the refused oral dose.

B. If Haloperidol treatment proves effective and tolerable, the patient may receive the equivalent dose of Haloperidol Decanoate, the long-acting injectable form of Haloperidol. Haloperidol Decanoate will be given using a loading dose strategy to ensure stable blood levels of the drug. This strategy involves initiating the drug with 3 weekly loading doses (dosed at 10x the oral dose), with a one-week continuation of oral medication following the first loading dose. The maintenance dosing begins 2 weeks after the third loading dose and is given at 20x the oral dose, and maintained every 4 weeks thereafter.

C. ALTERNATIVELY, if the patient is unable to tolerate or does not have improvement of psychotic symptoms from treatment with Haloperidol alone, Fluphenazine (antipsychotic) up to 40 mg daily, to be given by mouth starting at 5mg twice daily and increased in dose based on efficacy. If the oral dose of Fluphenazine is refused, the patient will receive a Fluphenazine immediate-release injection in a dosage equivalent to the refused oral dose.

D. If Fluphenazine treatment proves effective and tolerable, the patient may receive the equivalent dose of Fluphenazine Decanoate, the long-acting injectable form of Fluphenazine. Fluphenazine Decanoate will be given at a dose conversion of 1.25x the daily oral dose and administered every 2 weeks. This would make the maximum dose of Fluphenazine decanoate 50mg every 2 weeks. As the injectable takes 4-6 weeks to reach a steady state, supplementation with the oral dose at one-half the original daily dose will be continued for 4 weeks.

E. ADDITIONALLY, for mood stabilization, Divalproex sodium ER will be offered at a dose of 1000mg to 3000mg daily. This is a medication that the patient has taken in the past without major side effects.

F. ALTERNATIVELY, for mood stabilization, Olanzapine (antipsychotic/mood-stabilizer) will be administered at a dose of 5mg daily and up to 40mg daily. If the oral dose of Olanzapine is refused, the patient will receive an immediate-release injection of Olanzapine at a dose equivalent to the refused oral dose.

G. ADDITIONALLY, Diphenhydramine (anticholinergic) up to 100mg daily by mouth may be given at a dose of 25 to 50mg twice daily for side effects such as muscle stiffness or tremor.

If the oral dose of Diphenhydramine is refused, the medication will be given by an equivalent dose of injection.

H. ALTERNATIVELY, if the patient does not tolerate Diphenhydramine, he may take the anticholinergic drug Benztropine for side effects, starting at an oral dose of 1mg daily and up to 6mg daily in split doses. If the oral dose is refused, the equivalent dose may be given by injection.

I. The hospital requests authorization to perform physical examinations, EKG monitoring, vital sign monitoring, and blood testing (including Complete Blood Count (CBC), blood Chemistry, Liver Function Tests, Lipid Panel, and Prolactin level) as needed to safely monitor treatment.

Date: September 6, 2024

_____

Supreme Court Justice

Hon. Timothy P. McElduff, Jr., A.J.S.C.

# EXHIBIT A-6



New York State Unified Court System

## WebCriminal

## Case Details - Summary

**CASE INFORMATION**

Court:          **Queens Supreme Criminal Court**
Case #:         **IND-70440-24/001**
Defendant:      **Balkanli, Muharrem**

---

**Defendant**

Name:           **Balkanli, Muharrem**
Birth Year:     **1970**

---

**Incident and Arrest**

**Incident**
  Date:         **December 31, 2023**
  CJTN:         **70556038J**

**Arrest**
  Date:         **December 31, 2023**
  Arrest #:     **Q23650600**

**Officer**
  Agency:       **NYCPD PCT 114**
  Command:

---

**Attorney Information**

**Defense Attorney**
  Name:         **Gibbons, Francis Bougher**
  Type:         **Legal Aid**
  Address:      **12046 QUEENS BLVD KEW GARDENS, New York 11415**
  Phone:        **(718) 286-2402**

**Assistant District Attorney**
  Name:         **Queens County District Attorney**

---

**Next Appearance**

Date:    **May 19, 2025**
Time:    **09:00 AM**
Court:   **Queens Supreme Criminal Court**
         **125-01 Queens Blvd.**
Judge:   **Cimino, Toni M.**
Part:    **TAP-A**

# New York State Unified Court System

## WebCriminal

## Case Details - Charges

### CASE INFORMATION

Court:        **Queens Supreme Criminal Court**
Case #:       **IND-70440-24/001**
Defendant:    **Balkanli, Muharrem**

**Note:** The appearance of section 110 in front of the charge indicates it is an attempt to commit the crime.

| Charge | Detail | Disposition/Sentence |
|---|---|---|
| PL 265.02 08 | **DF , 2 counts, Arrest Charge**<br>Description:    *Crim Poss Weap 3rd-ammo Clip*<br>Count:    *4* | Arraigned, Pled Not Guilty |
| PL 265.03 01B<br>** TOP CHARGE ** | **CF , 1 count, Arrest Charge**<br>Description:    *Cpw-2nd: Loaded Firearm*<br>Count:    *1* | Arraigned, Pled Not Guilty |
| PL 265.01-B 01 | **EF , 1 count, Arrest Charge**<br>Description:    *Criminal Possession Firearm*<br>Count:    *8* | Arraigned, Pled Not Guilty |
| PL 265.03 03 | **CF , 1 count, Arrest Charge**<br>Description:    *Cpw-2nd: Loaded Firearm*<br>Count:    *2* | Arraigned, Pled Not Guilty |
| PL 265.02 01 | **DF , 1 count, Arrest Charge**<br>Description:    *Crim Poss Weap-3rd:prev Conv*<br>Count:    *3* | Arraigned, Pled Not Guilty |
| PL 265.02 01 | **DF , 2 counts, Arrest Charge**<br>Description:    *Crim Poss Weap-3rd:prev Conv*<br>Count:    *6* | Arraigned, Pled Not Guilty |

*B*

 **ARREST CHECKLIST**
PD 244-041 (Rev. 04-23)

| Arresting/Assigned Officer |||||||
|---|---|---|---|---|---|---|
| Rank **PO** | First Name, M.I., Last Name **Renzo Betancu** | Shield **1608** | Tax **963602** | | Command **114** ||
| Department Cell Phone Number **929 287 8750** | Alternate Cell Phone Number | Squad/Steady RDOs | | Tour **1500 X 2335** |||

| Arrest Information ||||
|---|---|---|---|
| Defendant Name (First Name, M.I., Last Name) **Muherrem Balkanlr** | Arrest Number **R 23650600** | | Date of Arrest **12-31-22** |
| Co-Defendant Names and Arrest Numbers (if applicable) ||||

☐ On Line Booking System Arrest Worksheet *(if applicable)*
☐ Complaint Report Worksheet *(if applicable)*
☐ All Property Clerk Invoices *(if none, initial here _____ )*
☐ Copy of Prisoner Pedigree Stamp, from Command Log
☐ Prisoner Movement Slip
☐ Copy of any Active Warrants

☐ On Line Booking System Arrest Report
☐ Complaint Report
☐ Activity Log Entries *(A/O, partner, and other UMOS involved)*
☐ ICAD Print Out/DAS Print Out of Event
☐ Prisoner Pedigree Card
☐ Warrant Check *(DAS w/ NYSPIN or WINQ)*

### Body-Worn Camera Discovery

Was Multicam checked for additional videos? ☐   Are all videos categorized properly? ☐   Has custom metadata been added to videos? ☐

### Additional Items *(if applicable)*

☐ Stop Report
☐ Request for Laboratory Examination Report
☐ Field Test Report *(for arrests involving narcotics)*
☐ Statements Made by any Witness *(not in ECMS)*
☐ Neighborhood Policing Application Material
☐ VMVS Footage (Dash-Cam Video)

☐ Supporting Deposition
☐ Arrest Related Summonses
☐ Complainant's Report of Lost or Stolen Property/ID Theft
☐ Statements Made by any Defendants *(not in ECMS)*
☐ NYCHA Building Trespass Crimes - Fact Sheet and Supporting Deposition (PD 351-145)

### Items related to Domestic Incident Arrests *(if applicable)*

☐ Search in DAS revealed prior Domestic Incident Reports prepared between defendant and complainant
☐ Active Orders of Protection
☐ Photos *(injuries, damage, etc.)*

☐ Search in DAS revealed prior Domestic Violence Home Visits conducted for the complainant
☐ Report of Suspected Child Abuse or Maltreatment

### Items related to VTL 1192 (DWI) or a Motor Vehicle is Involved *(if applicable)*

☐ Arresting Officer's Report – Intoxicated Driver Arrest
☐ Highway District Intoxicated Driver Examination—Page 1
☐ Highway District Intoxicated Driver Examination—Page 2
☐ Standardized Field Sobriety Test Notes
☐ Advanced Roadside Impaired Driving Enforcement
☐ Report of Refusal to Submit to Chemical Test
☐ Notice of Chemical Test Refusal Hearing *(Person under age 21)*
☐ Notice of Hearing *(Operating a Motor Vehicle After Consuming Alcohol)*

☐ Vehicle Checkpoint form (PD 371-143)
☐ Z-Finest DMV NYS Driver Check
☐ Police Accident Reports (MV104AN)
☐ Collision Report—Police Department Vehicle
☐ Interrogation Warnings to Persons in Police Custody
☐ Intoxicated Driver Examination—Blood
☐ Highway District Impaired Driver Examination Request for Urine

### Use of Force and/or Injuries Involved *(if applicable)*

☐ Threat, Resistance, Injury Report (TRI)
☐ Photos of Injuries
☐ Line-of-Duty Injury Report

☐ Medical Treatment of Prisoner form
☐ Aided Report

### Items related to Investigative Unit Arrests *(if applicable)*

☐ All files in ECMS case
☐ Search Warrant

☐ All files in Companion ECMS cases
☐ Search Warrant Request

### Items for All Desk Appearance Ticket Arrests

☐ Signed Desk Appearance Ticket

### Other Items

☐ _____
☐ _____
☐ _____

☐ _____
☐ _____
☐ _____

| Desk Officer | Rank **SGT** | Last Name **Licenfe** | Signature | Shield **2400** | Tax **95 1342** | Command **14** |
|---|---|---|---|---|---|---|

②

**COMPLAINT REPORT WORKSHEET**
PD 313-152A (Rev 07-22)

☐ Complaint Report
☐ Juvenile Report

ICAD No

Cmd /Pct. Taking Report: 1/4

**Jurisdiction Of Complaint:**   ☐ NYPD (Unless One Of The Following):

☐ NYPD Transit Bureau
☐ NYPD Housing Bureau
☐ Triborough Bridge And Tunnel Police
☐ Staten Island Rapid Transit Police
☐ Port Authority Police
☐ Health & Hospitals Corp. Police
☐ Long Island Railroad M.T.A.
☐ U.S. Park Police
☐ N.Y. State Police
☐ Metro North M.T.A.
☐ Amtrak Police
☐ Conrail Police
☐ Other

Did This Offense Occur on NYC Parks Department Property? ☐ Yes ☑ No   Command: 7/4   NYC Parks Department Property Name

**Location Of Occurrence**
☑ Inside   ☐ Rear Of
☐ In Front Of   ☐ Opposite Of
Address: 36-01 Ditmars Blvd   County: Queens   Zip Code: _____ Apt#/Room#: _____

Cross Streets: _____ & _____   OR   Intersection Of _____ & _____   Corner: ☐ NW ☐ NW ☐ SE ☐ SW

| Military Time And Date Of This Report. | Time 1647 | Date 12-31-23 | Occurrence On Or From | Time 1630 | Date 12-31-23 | Day Of Week Sun | Occurrence Through | Time 1647 | Date 12-31-23 | Day of Week Su |

Pct. Of Occ. 114   Complaint # 9451a   Aided #   Accident #   Case Status ☐ Open ☑ Closed   Unit Referred To: ATRSC   Log/Case #   File #

Stop Report # 357   Confirmed Shots Fired ☐ Yes ☐ No   Was The Victim's Personal Information Taken Or Possessed? ☐ Yes ☐ No   Was The Victim's Personal Information Used To Commit A Crime? ☐ Yes ☐ No

Comp. Rec'd ☑ Radio ☐ Walk-In ☐ Phone ☐ Written ☐ Pick-Up   Visible By Patrol ☐ Yes ☑ No   Pct. Sector Of Occ.   Beat Of Occ.   Post Of Occ.   Possible Hate Crime ☐ Yes ☐ No   Prints Requested ☐ Yes ☑ No

Possibly Gang Related ☐ Yes ☐ No   If Yes, Detective Borough Wheel Log #   Name Of Gang   If Arson: ☐ Building ☐ Motor Vehicle ☐ Other Property   ☐ Occupied ☐ Unoccupied   Damage Caused By ☐ Explosion ☐ Fire ☐ Unk   Child Abuse Suspected ☐ Yes ☐ No

Domestic Incident Report Required Because Incident Involved Persons Belonging To The NYS Family Court Act Or NYPD Expanded Definition Of A Domestic Relationship? ☐ Yes ☑ No   Child In Common? ☐ Yes ☑ No   Intimate Relationship? ☐ Yes ☐ No   Body Worn Camera ☑ Yes ☐ No

| OFFENSES | ATTEMPTED/COMPLETED | LAW | SECTION | SUB | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Top Off. | ☐ / ☑ | PL | 265.03 | | F | C | 1 | CPW |
| 2nd Off | ☐ / ☑ | PL | 170.25 | | F | D | 1 | Forged |
| 3rd Off. | ☐ / ☑ | PL | 265.02 | | F | D | 1 | P Per conl |
| 4th Off. | ☐ / ☐ | | | | | | | |
| 5th Off. | ☐ / ☐ | | | | | | | |
| 6th Off. | ☐ / ☐ | | | | | | | |
| 7th Off. | ☐ / ☐ | | | | | | | |
| 8th Off. | ☐ / ☐ | | | | | | | |
| 9th Off | ☐ / ☐ | | | | | | | |
| 10th Off. | ☐ / ☐ | | | | | | | |

**PREMISES TYPE (Must Choose One)**

Residential:
☐ Homeless Shelter
☐ Residence – Private House
☐ Residence – Apt. Building
☐ Residence – Public Housing

House Of Worship:
☐ Church
☐ Synagogue
☐ Mosque
☐ Other

School:
☐ Public (NYC Dept Of Ed)
☐ Private/Parochial
☐ College/University
☐ Other

Public Transportation:
☐ Airport Terminal
☐ Bus (NYC Transit)
☐ Bus (Other)
☐ Bus Stop
☐ Bus Terminal
☐ Ferry/Ferry Terminal
☐ Taxi (Yellow Licensed)
☐ Taxi (Livery Licensed)
☐ Taxi/Livery (Unlicensed)
☐ Tramway
☐ Transit – NYC Subway
☐ Transit Facility (Other)

Commercial:
☐ ATM
☐ Bar
☐ Bar/Night Club
☐ Beauty & Nail Salon
☐ Bodega/Card Store
☐ Candy Store
☐ Chain Store
☐ Check Cashing Business
☐ Clothing/Boutique
☐ Commercial Building
☐ Daycare Facility
☐ Department Store
☐ Doctor/Dentist
☐ Drug Store
☐ Dry Cleaner/Laundry
☐ Factory/Warehouse
☐ Fast Food
☐ Gas Station
☐ Grocery/Bodega
☐ Gym/Fitness Facility
☐ Hospital
☐ Hotel/Motel
☐ Jewelry Store
☐ Liquor Store
☐ Loan Company
☐ Mobile Food Carts/Stands
☐ Photo/Copy Store
☐ Real Estate Office
☐ Restaurant/Diner
☐ Shoe Store
☐ Small Merchant
☐ Social Club/Policy Location
☐ Storage Facility
☐ Store Unclassified
☐ Supermarket
☐ Telecomm. Store
☐ Variety Store
☐ Video Store

Indicate Name Of Business _____

Other:
☐ Abandoned Building
☐ Bridge
☐ Cemetery
☐ Construction Site
☐ Highway/Parkway
☐ Marina/Pier
☐ Open Lot/Area
☐ Park/Playground
☐ Parking Lot/Garage
☐ Private
☐ Public
☑ Street
☐ Tunnel
☐ Public Building
☐ Mailbox Inside
☐ Mailbox Outside
☐ Other _____

Indicate Name If Known: _____

**Exact Location Within Premises Type, If Known (Choose One):**
☐ Apartment
☐ Basement
☐ Commercial Establishment
☐ Community Center
☐ Driveway
☐ Elevator
☐ Elevator Equipment Room
☐ Freight Elevator
☐ Garage
☐ Hallway
☐ Laundry Room
☐ Lobby/Door/Vestibule
☐ Maintenance/Storage Area
☐ Management Offices/Other Offices
☐ Parking Lot
☐ Play/Park Area
☐ Public Sidewalk
☐ Rest Room
☐ Roof
☐ Roof Top Landing
☐ Stairway
☐ Terrace
☐ Walkways
☐ Motor Vehicle
☑ Car
☐ Motorcycle
☐ Truck
☐ Other _____

If Burglary, Forcible Entry? ☐ Yes ☐ No ☐ Att. Forcible Entry ☐ Unknown (If Yes, Explain In Details)   If Burglary, Describe: ☐ Bldg. Commercial ☐ Bldg. Residential ☐ Garage   ☐ Vehicle ☐ Truck ☐ Trailer ☐ Building Other   ☐ Truck ☐ Watercraft   Location of Entry ☐ Front ☐ Rear ☐ Side ☐ Unknown   ☐ Front ☐ Roof ☐ Other   Crime Prev Survey Requested ☐ Yes ☐ No

Point of Entry ☐ Window ☐ Wall ☐ Security Gate ☐ Door ☐ Floor ☐ Skylight ☐ Vent/Duct ☐ Other   Alarm Bypassed ☐ Yes ☐ No ☐ N/A   Alarm ☐ Yes ☐ No   Company   Responded ☐ Yes ☐ No ☐ N/A   Alarm Company Name And Telephone #   Complainant/Reporter Present During Burglary ☐ Yes ☐ No

Supervisor On Scene ☑ Yes ☐ No   Rank SGT   Name (Print) Villalobos   Cmd 114   Was Translator Used: ☐ Yes ☐ No   If Yes, Indicate Name, Address, Phone # and Language   Name _____ Phone # _____   Address _____ Language _____

Canvass Conducted ☑ Yes ☐ No (Indicate Interviews And Results)

Taxi Robbery: Partition Present ☐ Yes ☐ No   Amber Stress Light Activated ☐ Yes ☐ No   Method of Conveyance: ☐ Street Hail ☐ Dispatch   Location of Pick-up

**N.Y.C. DEPT. OF ED. SCHOOLS**

NYC Dept Of Ed School ☐ On School Property ☐ Traveling   School Sponsored Event   School Safety Division Operations Control #

Incident ☐ Yes ☐ No   ☐ During School Hours ☐ To School ☐ From School   ☐ Yes ☐ No

Victim Status ☐ General Ed Student ☐ Special Ed Student ☐ Resource Room/Related Services ☐ Teacher ☐ School Safety Agent ☐ Other Staff ☐ Other (Specify) _____

Type of School ☐ Elementary ☐ IS ☐ JHS ☐ HS ☐ SP. ED   School Number   School Name

Exact Location On School Property ☐ Hall ☐ Floor ☐ Classroom # ☐ Cafeteria ☐ Staircase # ☐ Gym/Locker Room ☐ Bathroom # ☐ Playground/Field ☐ On School Grounds ☐ Auditorium ☐ Other _____

Suspect Status ☐ General Ed. Student ☐ Special Ed Student ☐ Resource Room/Related Services ☐ Teacher ☐ Other Staff (Title) _____ ☐ Student Intruder ☐ Intruder ☐ Visitor ☐ Family Member ☐ Unknown ☐ Other _____

1 of 6

PAPER EXCHANGED, GIVEN OUT IF NEEDED.

PLEASE TAKE NOTICE THAT THE ATMOSPHERE IS VERY GOOD AND FRIENDLY, NO FIGHTS OR STEALING HAPPENS IN ENTIRE BUILDING, THE CHURCH PRISON WHILE I HEARD FROM FELLOW INMATES WHO WAS BROUGT HERE FOR THEIR REMAING TIME FROM FISHSKILL AND MARCY OTHER STATE PRISONS BEING SOMETHING LIKE NOTORIOUS CITY JAIL - NYC DOC - RIKERS ISLAND.

THE FOOD BEING DUGUSTY "DOG FOOD", AND GUARDS ASSAULTING, SEXUALLY HARRASING INMATES AND INMATE FIGHTS, CUTTING, STABING HAPPENING IN FISHSKILL AND MARCY, STATE PRISONS JUST LIKE NOTORIUS RIKERS ISLAND CITY JAIL. (ON LOCKDOWNS 24/7)

PLEASE TAKE FURTHER NOTICE THAT WE HAVE A MASJEED, CHURCH AND A SYNAGOUSE LOCATED WITHIN CHURCH-CONVERTED STATE PRISON WHICH HAS BEEN LOCKED DOWN.

FIRST REASON BEING GUARDS WERE ON STRIKE SECOND IMAM (APOSTLE, PRIEST) BEING RETIRED, NO NEW (A-PRIEST) WAS BROUGHT OVER. YOUR HONORS.

PLEASE TAKE FURTHER NOTICE THAT WE MUSLIMS AROUND 700 PEOPLE MOSTLY NEW CONVERTS TO ISLAM AS I HOLD MY SERMON (QUTHBAH) AT THE DORM WITH FEW FELLOW MUSLIMS AND PROSTRATE OUR PRAYERS (SALAT) TOGETHER IN CONGREGATION IN DORMS, ALSO GIVE SERMON AT YARD TO NEWLY CONVERTS TEACHING THEM WHATEVER I CAN TEACH FROM HOLY BOOKS - (NO CONGREGATION DUE TO SNOW-COLD WEATHER)

PLEASE TAKE NOTILE THAT I AGGRIEVED WROTE TO CAPTAIN LANG THREE TIMES OVER OCTOBER 30 2025 AND WHO FAILED TO RESPOND AS I ATTEMPTED ALL DIPLOMATIC WAYS REMINDING HIM HIS OATH AND CONSTITUTIONS OF USA AND NY ABOUT FREEDOME OF RELIGION AND

NY STATE PRISONER RIGHTS AND LAW #610 HOW WE HAD RIGHTS TO CONGRATE TOGETHER AT CUMA (PROUNOUNCE JOOMAH - SERVICES FRIDAY) (THE WORD CUMA "JOOMAH" MEANS FRIDAY WHERE MUSLIMS PROSTRATE IN CONGREGATION, IN UNION TO GET 27 TIMES BLESSINGS IN MASJEED)

AS KINDLY I CAN BE, I REMINDED HIM THAT HE IS MY BROTHER I WISHED AND PRAY FOR HIM AND HIS FAMILY AND I AM AN APOSTLE (A SHEIK, AN IMAM) WHO CAN LEAD PRAYERS AND GIVE LESSONS IN ARABIC IN CLASSESS TUESDAYS AND THURSDAY, TO NO AVAIL; TO NO RESPONSE UPTO TODAY.

PLEASE TAKE FURTHER NOTICE THAT I ALSO NOTIFIED THE WARDEN OF CHURCH-CONVERTED STATE PRISON IN KIND MANNER PUTTING HER IN HIS RESPONSIBILITY WITH HIS OATH, LAWS OF CONSTITUTIONS USA AND NY AND NY PRISONER'S RIGHTS AND LAW #610 DIPLOMATICALLY; TO NO AVAIL, AND TO NO RESPONSE UPTO TODAY

AS THIS RESTRICTION USE OF AVAILIBILITY ~~OPPRESSED~~ OF MASJEED, CHURCH AND SYNAGOUGE IS THE TALK OF YARD AND MANY OF MY BROTHERS MUSLIMS WISHES FOR CLASS ACTION LAW SUIT - AT CLAIMS COURT AND THEN TO FEDERAL COURT IS WHAT THE FELLOW BROTHERS WANNA DO; DESPITE I NOTICED DIPLOMACY; FIRST WHICH I HAD ATTEMPTED 4 TIMES BETWEEN THE CAPTAIN LANG AND THE WARDEN TO NO AVAIL.

PLEASE TAKE NOTICE THAT THE CHURCH CONVERTED STATE PRISON AND ITS OFFICIALS CAN NOT MAKE EXCUSE AS TO NOT OPENING MASJEED, CHURCH AND SYNAGOUGE DUE TO THE LOW AMOUNT OF GUARDS OF CORRECTION OFFICERS BECAUSE OF GOVERNOR'S ORDER NATIONAL GUARDS ARE HERE AT DORMS PRESENT, 24/7.

(4)

YOUR EXCELLENCIES, PLEASE NOTICE.
THAT LAWLESSNESS IS A MODIS OPERANDIS
AN ADAPTED POLICY OF CITY OF NEW YORK
IN ITS JAIL AND COURTS AND POLICE
DEPARTMENTS AS SAME GOES FOR
NEW YORK STATE AND ITS PRISONS

ITS OFFICIAL DO NOT GIVE A
FLYING RATS ASS, TO LAWS WHETHER
ITS STATE OR LOCAL CITY OR FEDERAL,
US-CONSTITUTIONS OR NY CONSTITUTIONS,
IS I AGGRIEVED SPEAKING TURKISH.

PLEASE NOTICE THAT SPEAK TURKISH
MEANS "SPEAK TRUTH, SPEAK STRAIGHT,
SPEAK HONEST" WHILE ITS GREEK TO ME
MEANS "I DO NOT UNDERSTAND"!

AT THIS TIME I WILL BE TAKING
SIGNATURES FOR A PETITION FROM
FELLOW BROTHERS. "WE FEW, WE ARE
HAPPY FEW, BUT WE ARE BAND OF
BROTHERS" (WILLIAM SHEAKSPEARE).

YOUR EXLELLENCIES, PLEASE TAKE
NOTICE THAT EXHIBIT A-7 CONTAINS
PICTURE OF D.O.T EXEMPT PLATES, AND
PICTURE OF MY DIPLOMATIC IDENTIFICATION
ALONG WITH A CONSULATE IDENTIFICATION
OF A MEXICAN (RECEIVED DURING DISCOVERY
AT CRIMINAL'S COURT) AND RECEIPTS OF
DESTRUCTION OF MY TRUCK (COWBOY CADDY)
ALONG WITH MY COMMERCIAL TRUCK-VAN
KEYS WHICH HAD MY PROPERTY (MERCHANDISE)
THAT WAS PARKED ON BAYSIDE, NY
PARKING ON BAYSIDEPARK (WHICH I AM
SURE CITY PICKED UP MY COMMERCIAL VAN
TRUCK WITH PLATES "A TURK" (TEXAS REGISTERED)
AS ABONDONED.

# EXHIBIT A-7







Activity Log Report   **Amilcar Garcia (968422)**

**Image Appendix**



Image 2:prop return



Activity Log Report   Amilcar Garcia (968422)

**Image Appendix**

Image 1: prop return